# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **David E. Jones**, presiding.   Deputy Clerk: Karen

DATE: **January 26, 2016**   Court Reporter:

CASE NO. **16-M-25**   Time Called: 2:17:00

UNITED STATES v. **Samy Mohamed Hamzeh**   Time Concluded: 2:44:20

PROCEEDING: **Initial Apperaance**

UNITED STATES by: **Paul Kanter**

    Probation Officer: **Joseph Madia**

    Interpreter:

DEFENDANT: **Samy Mohamed Hamzeh**, in person, and by

ATTORNEY: **Ronnie Murray (USFD)**

---

Crt. advised deft. of rights. Counsel will be appointed. Govt. advised deft. of charges, penalties and fines:

  #1 – 10 Yrs. imprisonment   $250,000 fine   3 Yrs. Supervise Release   $100 Special Assessment (as to each count)

  #2 – 10 Yrs. imprisonment   $250,000 fine   3 Yrs. Supervise Release   $100 Special Assessment (as to each firearm)

Govt. is seeking detention pending trial. The deft. poses an extreme danger. Deft. contemplated travel to the Middle East late last year.

PTS notes that the deft. refused to be interviewed.

Defense counsel indicates that the deft. has no criminal record. He denies all charges. He lives w/his mother and sister. He is a U.S. citizen and has a U.S. passport. He is currently only charged with possession. He supports his mother and sister.

Crt. statements. This is a very serious charge. Deft. is a danger and a risk of flight. The court orders the defendant detained at this time but will re-address the matter if/when defense counsel has something to proffer.

Crt. sets **A & P/prelim. hrg. for 2/9/16 at 2:30 p.m.** The defendant can address detention at that time if counsel has something to proffer.