UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                      Case No. 16-M-25 (DEJ)

SAMY M. HAMZEH,

        Defendant.
_____

**NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT**

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that SAMY M. HAMZEH, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2016.

        Respectfully submitted,

        **/s/ Craig W. Albee**
        Craig W. Albee, Bar No. 1015752
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        517 E. Wisconsin Avenue, Room 182
        Milwaukee, Wisconsin  53202
        Telephone: 414-221-9900
        Fax: 414-221-9901
        E-mail: craig_albee@fd.org

        Counsel for Samy M. Hamzeh