AO 442 (Rev. 11/11) Arrest Warrant

U.S. District Court
Eastern District of Wis.  } **
I hereby certify that this is a
~~true and correct copy of the original~~
now remaining of record in my
office.
DAVID E. JONES
U.S. Magistrate Judge
DATED: 1/26/16
By: JDH

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

U.S. DISTRICT COURT
FILED
2016 JAN 28  A 8:46

JON W. SANFILIPPO
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  16-M-025 |
| SAMY MOHAMED HAMZEH | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    SAMY MOHAMED HAMZEH                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Unlawfully possessing a machinegun in violation of 18 U.S.C. § 922(o)(1).

Unlawfully receiving and possessing firearms not registered to him in the National Firearms Registration and Transfer
Record in violation of 26 U.S.C. § 5861(d).


Date:     01/26/2016

City and state:     Milwaukee, WI

_Issuing officer's signature_

U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 1/26/2016 , and the person was arrested on _(date)_ 1/25/2016 at _(city and state)_ Pleasant Prairie, WI . |
| Date: 1/26/2016                                              _Arresting officer's signature_  JONATHAN T. ADKINS  _Printed name and title_  SPECIAL AGENT |