U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Samy Mohamed Hamzeh | Address: City, State and Zip Code: Milwaukee, WI |
|---|---|
| Date of Birth: xx-xx-1992 | Occupation: |
| Name of Defendant's Attorney: Craig W. Albee, Federal Defender Services | Address of Defendant's Attorney: 517 E. Wisconsin Ave., Milwaukee, WI |

Name of U.S. Attorney: Paul L. Kanter

| Has warrant been issued? ☒ YES ☐ NO | When? 1/26/16 | By Whom? Jones |
|---|---|---|
| Has warrant been executed? ☒ YES ☐ NO | When? 1/26/16 | Where? |
| Has defendant appeared before a Magistrate? ☒ YES ☐ NO | When? 1/26/16 | Who? Jones |
| Is the defendant in custody? ☒ YES ☐ NO | Where? Kenosha County Jail | |

Pretrial Scheduling Conference Necessary? ☐ YES ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☒ |

Milwaukee Case ☒   Green Bay Case ☐   County: Kenosha

Minor Offense
Petty Offense

Arraignment & plea before:    Judge:    Magistrate:
(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Count | Date | Charge | Penalty |
|---|---|---|---|
| 1-3 | 1/25/2016 | 26 USC § 5861(d) | 10 years imprisonment; $250,000 fine; 3 years supervised release |

**Agency/Agent: FBI**
**OCDETF: ☐ YES  ☒ NO**