# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ARRAIGNMENT AND PLEA HEARING** |
| **SAMY MOHAMMED HAMZEH** | CASE NUMBER 16-CR-21 |

HONORABLE DAVID E. JONES, presiding  
Deputy Clerk: Katina Hubacz  
Hearing Held: February 9, 2016

Court Reporter: FTR Gold  
Hearing Began: 2:30:47  
Hearing Ended: 2:49:08

**Appearances:**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA by: | Paul Kanter | |
| SAMY MOHAMMED HAMZEH, in person, and by: | Craig Albee | ☐ CJA ☒ FDS ☐ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |
| , in person, and by: | | ☐ CJA ☐ FDS ☐ RET |
| U.S. PROBATION OFFICE by: | James Fetherston | |

INTERPRETER: ☒ None   ☐ Sworn

☒ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | 4/19/16 | Trial Estimate: | no estimate at this time |
| Final Pretrial Date: | 4/5/16 at 9:00 AM | Voir Dire: | |
| Jury Trial Date: | 4/18/16 at 9:00 AM | Motions Due: | TO BE SET |
| District Judge: | Pamela Pepper | Responses Due: | TO BE SET |
| Magistrate Judge: | William E. Duffin | Replies Due: | TO BE SET |

- ☒ Defendant advised of rights
- ☐ Court orders counsel appointed
  - ☐ Defendant to reimburse at $ _____ per month
- ☒ Defendant advised of charges, penalties, and fines
- ☒ Copy of indictment received by defendant
- ☐ ☐ Indictment read; or ☐ Defendant waives reading
- ☒ Not guilty plea entered by:
  - ☒ defendant   ☐ the court

- ☒ Open file policy applies
- Discovery available: _____
  - ☐ Court discussed availability for incarcerated defendants
- ☒ Government to disclose GJ materials one day prior to trial
- ☒ Case designated complex
- ☒ Status conference set for:
  3/29/16 at 10:00 a.m.
  before ☒ WED

Maximum Penalties:
Cts 1-3 Received and possessed firearms not registered - machine guns and silencer
10 yrs, $250,000 fine, 3 yrs SR, $100 SA
Govt states case should be designated complex.  Approx 100 DVD's of recorded conversations in Arabic.
Govt plans to turn over original oral communications/recordings. Defense will need significant amount of time to review since they are actual recordings and will need to be translated.
Counsel agrees trial dates provided will need to be pushed out.

Suggest setting a status conference 30-45 days out, which will be held before Judge Duffin.
Court makes Speedy Trial finding that the time from today until 3/29/16 is excluded.

Bond:
Deft is detained.  Defense is not prepared at this time to revisit detention.  Detention is continued as previously set.

**SAMY MOHAMMED HAMZEH**

**Bond Status:**
- ☐ Defendant is ordered detained pending trial.  SEE Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of :  ☐ 3 days  ☐ 5 days  ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☒ Detention continued as previously set by Judge Jones
- ☐ Defendant is released on:  ☐ O/R bond  ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by:  ☐ Cash  ☐ Property  ☐ Cash/property

**Conditions of Release**:
- ☐ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $ _____  Location: _____
  - ☐ Cash or property: _____
- ☐ Seek/maintain employment
- ☐ Surrender passport to: _____
- ☐ Obtain no passport
- ☐ Travel restricted to:  ☐ ED-WI  ☐ _____
- ☐ No direct or indirect contact with: _____
  _____
- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol  ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment _____
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew:  ☐ as directed by USPO; or  ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS

- ☐
- ☐
- ☐