# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin**, presiding. | Deputy Clerk: Mary |
| DATE: **March 29, 2016 at 10:00 AM** | Court Reporter: FTR Gold |
| CASE NO. **16-CR-21** | Time Called: 10:01:23 |
| UNITED STATES v. **Samy Mohammed Hamzeh** | Time Concluded: 10:09:53 |
| PROCEEDING: **Status/Scheduling Conference (COUNSEL ONLY)** | |

UNITED STATES by: **Paul L. Kanter**

DEFENDANT: **not present**
ATTORNEY: **Craig W. Albee**

---

GOVT: FBI has concluded the declassification of all the material with the exception of the translations of recorded conversations. Approximately 100 hours of recorded conversations. 12 disks of discovery will be delivered today. The only thing left are the translations. Time line for those are end of April. Govt did provide 99 disks of the recorded conversations to defense at the arraignment, but they were all in Arabic.

**Status Conference set for May 13, 2016 at 10:00 AM**

GOVT is working on protective order and will be filing it today.

COURT makes a Speedy Trial finding under 18:3161(h)(7)(A)(ii) and (iv) because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. Specifically, court finds given the complexity of the case, nature of the prosecution and the case taken as a whole, the failure to grant such a continuance would unreasonably deny defendant reasonable time for effective preparation. **The time from today until May 13, 2016 is excluded under the Speedy Trial Act.**