UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## MOTION FOR A PROTECTIVE ORDER

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Assistant United States Attorney Paul L. Kanter, moves for the entry of the accompanying protective order limiting disclosure of pretrial discovery material.

Counsel for the parties have conferred, and the defendant's attorney, Associate Federal Defender Craig W. Albee, has indicated that he agrees to the entry of the accompanying protective order.

WHEREFORE, it is requested that the Court enter the accompanying protective order limiting the disclosure of government evidence provided to the defendant as pretrial discovery.

    Respectfully submitted,

    GREGORY J HAANSTAD
    United States Attorney

By:    s/ PAUL L. KANTER
    PAUL L. KANTER
    Assistant United States Attorney
    Bar No: 1005035

Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin  53202
Telephone: (414) 297-4104
Fax: (414) 297-1738
E-Mail: paul.kanter@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Craig W. Albee, Counsel for
    Samy Mohammed Hamzeh

|   |   |
|---|---|
| By: | s/ PAUL L. KANTER |
|   | PAUL L. KANTER |
|   | Assistant United States Attorney |
|   | Bar No: 1005035 |
|   | Attorney for Plaintiff |
|   | Office of the United States Attorney |
|   | Eastern District of Wisconsin |
|   | 517 East Wisconsin Avenue, Room 530 |
|   | Milwaukee, Wisconsin 53202 |
|   | Telephone: (414) 297-4104 |
|   | Fax: (414) 297-1738 |
|   | E-Mail: paul.kanter@usdoj.gov |