# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin**, presiding.  Deputy Clerk: Mary

DATE: **June 28, 2016 at 10:00 AM**  Court Reporter: FTR Gold

CASE NO. **16-CR-21**  Time Called: 10:07:02

UNITED STATES v. **Samy Mohammed Hamzeh**  Time Concluded: 10:17:04

PROCEEDING: **Status/Scheduling Conference (COUNSEL ONLY)**

UNITED STATES by: **Paul L. Kanter, Gregory Haanstad, FBI Agent**

DEFENDANT: **not present**
ATTORNEY: **Craig W. Albee**

---

Court reviews prior hearings regarding the discovery status.

GOVT:

- Only remaining discovery were the translation of the recordings.

- Turned over a disk today which contains the summary translations of recordings made 1/19-1/25/2016.

- Govt is focusing on this one week period. There are other recordings done prior to that, back to October 2015. Those recordings from the govt's perspective may be addressed at sentencing.

- FBI continues to work on the translations for the recordings prior to 1/19/16. Do not have an estimate on when those will be done. From govt's perspective all conversations that are relevant to the charges in the indictment have been produced.

DEFENSE requesting another status hearing, so he can review discovery and get an idea of what motions he will be filing. Would like to receive the prior recordings and would like confirmation that they are being prepared.

GOVT confirms they are working on translations, they occur over longer time period. It will be similar to what they just turned over. Will need the same amount of time to translate these. All recordings have gone through 1 pass through. The information turned over today was gone through 2 times.

FBI AGENT: Everything went through a first pass, some verbatim, but it was not a court ready transcript. They had to create a summary transcript off the verbatim transcript. Then they have to go through it a

second time so it would be court ready.

**Status Conference set for August 26, 2016 at 10:00 AM**

COURT makes a Speedy Trial finding. The court is satisfied that this case is so unusual and complex due to the nature of charges being prosecuted that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the times limits established by 18:3161. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. **The time from today until August 26, 2016 is excluded under the Speedy Trial Act.**