UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

        Defendant.
_____

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that SAMY M. HAMZEH, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2016.

        Respectfully submitted,

        **/s/ Joseph A. Bugni**
        Joseph A. Bugni, Bar No. 1062514
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        22 E. Mifflin Street, Ste 1000
        Madison, Wisconsin  53703
        Telephone: 608-260-9900
        Fax: 608-260-9901
        E-mail: joseph_bugni@fd.org

        Counsel for Samy M. Hamzeh

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
Case 2:16-cr-00021-PP   Filed 08/15/16   Page 1 of 1   Document 13