UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*　　　　　　　　　　　　　　　　　　　　　　Case No. 16-CR-21 (WED)

SAMY MOHAMMED HAMZEH,

    *Defendant*.

---

## MOTION TO PRODUCE DEFENDANT FOR HEARING

Samy Hamzeh, by undersigned counsel, respectfully moves this Court for an order requiring the United States Marshals Service to produce Mr. Hamzeh for the status conference on Friday, August 26, 2016, at 10:00 a.m. While his presence is not mandatory, Mr. Hamzeh would like to be present for the hearing. Counsel notes that Mr. Hamzeh is in custody and has not been present for any court hearings since his arraignment on February 9, 2016. Given the time that has lapsed since Hamzeh has been in Court and his obvious interest in these proceedings, his request to be present is reasonable.

AUSA Paul Kanter has indicated that the government does not object to this request.

*Federal Defender Services*
*of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin this 23rd day of August, 2016.

        Respectfully submitted,

        /s/    *Craig W. Albee*
        Craig W. Albee, WI Bar #1015752
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        517 E. Wisconsin Ave - Rm 182
        Milwaukee, WI 53202
        Tel.: (414) 221-9900
        E-mail: craig_albee@fd.org

        *Counsel for Defendant,* Samy M. Hamzeh

2   *Federal Defender Services of Wisconsin, Inc.*

Case 2:16-cr-00021-PP   Filed 08/23/16   Page 2 of 2   Document 14