# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           Case No. 16-CV-21

SAMY MOHAMMED HAMZEH,

        Defendant.

## ORDER

Before the court is defendant's unopposed motion to produce defendant (ECF No. 14) for a status conference scheduled for August 26, 2016 at 10:00 a.m. Defendant has not been present in court since his arraignment on February 9, 2016, and seeks to appear, given his interest in these proceedings. The court, finding good cause, will **grant** the motion.

**IT IS THEREFORE ORDERED** that the United States Marshals Service shall produce Mr. Hamzeh for the status conference on Friday, August 26, 2016, at 10:00 a.m.

Dated at Milwaukee, Wisconsin this 24th day of August, 2016.

*/s/ William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge