UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

---

## NOTICE OF APPEARANCES

---

Please take notice that plaintiff, United States of America, is now also represented by Kiersten Korczynski and Alicia H. Cook, Trial Attorneys for the United States Department of Justice, National Security Division, Counterterrorism Section.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2016.

                        GREGORY J. HAANSTAD
                        United States Attorney

        By:    */s/ Paul L. Kanter*

                        PAUL L. KANTER
                        Assistant United States Attorney

KIERSTEN KORCZYNSKI
Bar No: 75089VA
Trial Attorney U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202)353-9007
Fax: (202)514-8714
E-mail: kiersten.korczynski@usdoj.gov

ALICIA H. COOK
Bar No: 8851UT
Trial Attorney U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202)305-1601
Fax: (202)514-8714
E-mail: alicia.cook2@usdoj.gov