UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *vs.*                                                                         Case No.   16CR21

SAMY HAMZEH,

    *Defendant*.

---

## MOTION FOR EXTENSION OF TIME

Samy Hamzeh, by counsel, files this motion for extension of time to file pretrial motions. I have conferred with AUSA Paul Kanter, and he has no objection to this request. In addition, the parties have discussed a proposed briefing schedule, which is provided below.

Mr. Hamzeh is charged with three counts of violating 26 U.S.C. § 5861. But this is not a normal gun case. Rather, as this Court knows, the case grew out of a terrorism sting and involves over a 116 disks of discovery, including numerous reports and recordings. These recordings are almost all in Arabic and have to be translated. Given the breadth of the discovery, the defense originally believed that the current deadline would be sufficient for motions but after working through the discovery and outlining the motions, it is apparent that more time is needed.

This additional time is necessary for three reasons. One, the scope of the case makes it difficult to complete (within the current schedule) the proposed

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC

briefing in a persuasive manner. Two, Craig Albee, the lead attorney in this case, is preparing for trial in *United States v. Santo,* 16CR152, which is set for a week after the deadline. And the demands of trial prep have occupied his energy and attention. Three, my wife is pregnant and set to give birth any day (she is due on the 8th), and afterwards I plan on taking several weeks of paternity leave to be with her and the baby. So while much has been accomplished on the motions, the ability to give them the work needed has not and will not be available to counsel. Thus, the defense seeks an extension of time to complete its pretrial motions.

As noted above, I have discussed this matter with AUSA Paul Kanter, who does not object to this request. And after discussing the matter, the parties would jointly request the following briefing schedule: The defense's opening brief be due, on or before February 24, 2017; the government's response due on or before March 24, 2017; and the defense's reply due on or before April 7, 2017.

This extension is meant to give the parties adequate time to prepare the motions in this case, and the defense anticipates that it will be the only extension requested pertaining to the motions. Thus, the defense respectfully requests that the Court grant this motion and enter the proposed briefing schedule.

Dated at Madison, Wisconsin this January 4, 2017.

>Respectfully submitted,
>
>*/s/ Joseph A. Bugni*
>Joseph A. Bugni
>Counsel for (Samy Hamzeh)

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org