# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 16-CR-21

SAMY HAMZEH,

        Defendant.

# ORDER

Before the court is the defendant's first motion for extension of time to file pretrial motions. (ECF No. 23.) The United States has no opposition to this request. Currently the deadline for the defense to submit pretrial motions is January 10, 2017, which the defendant seeks to extend to February 24, 2017. No trial date has been set. As cause, the defendant cites the voluminous discovery—involving over 116 disks of discovery, most of which must be translated from Arabic to English—as well as other matters affecting the attorneys' schedules. The defendant's motion shall be **granted**.

All pretrial motions are due no later than **February 24, 2017.** Responses are due no later than **March 24, 2017.** And any replies are due no later than **April 7, 2017.**

The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. The court makes this finding because, taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. Therefore, the period from January 10, 2017, until February 24, 2017, is excluded under the Speedy Trial Act.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 5th day of January, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge