UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

       *Plaintiff,*

   *vs.*                                     Case No. 16-CR-21 (WED)

SAMY M. HAMZEH,

       *Defendant.*

_____

**SECOND PRETRIAL MOTION:**
**MOTION TO DISMISS COUNTS AS MULTIPLICITOUS**

     Samy Hamzeh, by counsel, files this motion to dismiss certain counts of the Indictment as multiplicitous. The facts and law supporting this argument are set out in the contemporaneously filed omnibus memorandum.

     Dated at Milwaukee, Wisconsin this 24th day of February, 2017.

                    Respectfully submitted,

                    /s/       *Joseph A. Bugni*     _
                    Joseph A. Bugni, WI Bar #1062514
                    Craig W. Albee, WI Bar #1015752
                    FEDERAL DEFENDER SERVICES
                      OF WISCONSIN, INC.
                    517 E. Wisconsin Ave - Rm 182
                    Milwaukee, WI 53202
                    Tel.: (414) 221-9900
                    E-mail:      joseph_bugni@fd.org
                                      craig_albee@fd.org

                    *Counsel for Defendant,* Samy Hamzeh

*Federal Defender Services*
*of Wisconsin, Inc.*