# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

      v.                              Case No. 16-CR-21

SAMY M. HAMZEH,

          Defendant.

---

## ORDER ON SECOND MOTION FOR EXTENSION OF TIME

---

Currently before the court is defendant Samy M. Hamzeh's unopposed request for a second extension of time to file a pretrial motion. (ECF No. 25.) On February 24, 2017, Hamzeh filed three pretrial motions (ECF Nos. 26-28) and desires to file a fourth. Because this fourth pretrial motion will use verbatim transcripts of the recordings in this case, Hamzeh would like to provide a draft of the motion to the Assistant United States Attorney in order to ensure compliance with the protective order. The Assistant United States Attorney assigned to the case was unavailable at the previous deadline and did not oppose the requested extension. Thus, Hamzeh asks for a one week extension, until March 3, 2017, to file his fourth pretrial motion.  Finding good cause,

**IT IS THEREFORE ORDERED** that the defendant shall file his fourth pretrial motion no later than **March 3, 2017.** The government shall respond to all four motions no later than **March 31, 2017,** and the defense shall file any reply no later than **April 14, 2017.**

The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from **February 24, 2017,** until **March 3, 2017,** is excluded under the Speedy Trial Act.

Dated at Milwaukee, Wisconsin this 27th day of February, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge