UNITED STATES DISTRICT COURT
EASEMENT DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*      Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

___

## ORDER

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Date:_____      _____
                                                Honorable Pamela Pepper
                                                United States District Court Judge