UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 16-CR-21-PP

SAMY M. HAMZEH,

        Defendant.

---

## ORDER

---

Based on defendant Samy M. Hamzeh's motion to seal (ECF No. 33) and finding good cause thereupon,

**IT IS THEREFORE ORDERED**, pursuant to General Local Rule 79(d) of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the defendant's submission filed on April 7, 2017 (ECF No. 34), in the above-mentioned matter be **sealed** until further order of this court.

Dated at Milwaukee, Wisconsin this 11th day of April, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge