UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*                                    Case No. 16-CR-21

SAMY HAMZEH,

    *Defendant*.

---

## NOTICE OF ADDITIONAL FACTS

Samy Hamzeh, by counsel, files this notice of additional facts which support the defense's motion to file an out-of-time reply brief. After filing the motion for additional time, I received an email from AUSA Paul Kanter, who stated he has no objection to the defense's request.

Dated at Madison, Wisconsin this April 18, 2017.

                                              Respectfully submitted,

                                              */s/ Joseph A. Bugni*
                                              Joseph A. Bugni
                                              Counsel for Samy Hamzeh

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
joseph_bugni@fd.org