UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by United States Attorney Gregory J. Haanstad as co-counsel to Assistant United States Attorney Paul L. Kanter.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2017.

    Respectfully submitted,

    s/Gregory J. Haanstad

    GREGORY J. HAANSTAD
    United States Attorney
    Attorney for Plaintiff
    Gregory J. Haanstad Bar No. 1036125
    517 E. Wisconsin Avenue
    Milwaukee, WI 53202
    (414) 297-1700