# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin,** presiding.  Deputy Clerk: Mary Murawski

DATE: **May 12, 2017 at 11:00 AM**  Court Reporter:

CASE NO. **16-CR-021**  Time Called: 11:02:06

UNITED STATES v. **Sammy Mohammed Hamzeh**  Time Concluded: 11:04:56

PROCEEDING: **Hearing on Motion to Compel (COUNSEL ONLY)**

UNITED STATES by: **Gregory Haanstad, Paul. L. Kanter**

Probation Officer: **not present**

DEFENDANT: **not present,** in person, and by

ATTORNEY: **Craig W. Albee**

---

    GOVT advises the court that the parties have resolved the defendant's motion to compel. Govt has already provided audio recordings of all recorded conversations, as well as English language summaries of all those calls. Will also turn over verbatim transcripts of all those calls the government intends to produce at trial. Have turned most of them over, but there are still more to be produced. Will produce those to the defense no later than 90 days before the start of trial, with the idea that defense will also provide to the govt any phone conversations they intend to produce at trial. Will work back from when Judge Pepper sets the trial date to determine when those transcripts need to be turned over.

    DEFENSE concurs that this is accurate. Also requesting completed transcripts on both sides be provided on a rolling basis to the extent possible.

    COURT will complete the pretrial aspect of this case and parties to contact Judge Pepper to get a trial date.