UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs*.　　　　　　　　　　　　　　　　　　　　Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.
_____

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Hamzeh's unredacted Memorandum in Support of Bond and the exhibits referenced in the memorandum as this information is subject to a protective order issued by this Court. A redacted version of the memorandum is being separately filed.

Dated at Milwaukee, Wisconsin this 22nd day of June, 2017.

                                                    Respectfully submitted,

                                                    */s/     Craig W. Albee*
                                                    Craig W. Albee, WI Bar #1015752
                                                    FEDERAL DEFENDER SERVICES
                                                       OF WISCONSIN, INC.
                                                  517 E. Wisconsin Ave - Rm 182
                                                  Milwaukee, WI 53202
                                                  Tel.: (414) 221-9900
                                                  E-mail: craig_albee@fd.org

                                                      *Federal Defender Services*
                                                            *of Wisconsin, Inc.*