UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs*.                                                              Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant.*
_____

**ORDER**

Upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Hamzeh's Memorandum in Support of Bond and the attached exhibits filed on June 22, 2017, in the above-captioned case be **SEALED** until further order of this Court.

SO ORDERED this _____ day of _____, 2017.

                                                   _____
                                                   Honorable David E. Jones
                                                 United States Magistrate Judge