# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

    v.      **Case No. 16-CR-21**

**SAMY MOHAMMED HAMZEH**,

    Defendant.

## SEALING ORDER

Upon the motion of the defendant and good cause appearing therefore,

**IT IS HEREBY ORDERED**, that pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Mr. Hamzeh's Memorandum in Support of Bond and the attached exhibits filed on June 22, 2017, in the above-captioned case be **SEALED** until further order of this Court.

Dated at Milwaukee, Wisconsin, this 22nd day of June, 2017.

                                                       **BY THE COURT:**

                                                       *s/ David E. Jones*
                                                       DAVID E. JONES
                                                       United States Magistrate Judge