UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

        Defendant.
_____

## NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that SAMY M. HAMZEH, the individual defendant in the above-referenced matter, is represented by FEDERAL DEFENDER SERVICES OF WISCONSIN through undersigned counsel.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2017.

        Respectfully submitted,

        **/s/ Gabriela A. Leija**
        Gabriela A. Leija , Bar No. 1088023
        FEDERAL DEFENDER SERVICES
            OF WISCONSIN, INC.
        517 E. Wisconsin Avenue, Room 182
        Milwaukee, Wisconsin 53202
        Telephone: 414-221-9900
        Fax: 414-221-9901
        E-mail: gabriela_leija@fd.org

        Counsel for Samy M. Hamzeh

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
Case 2:16-cr-00021-PP   Filed 07/11/17   Page 1 of 1   Document 52