UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

        Defendant.

## SEALING ORDER

Upon consideration of the government's motion to seal, and for the reasons set forth in that motion,

**IT IS HEREBY ORDERED** that the three discs (marked Disc 98; Disc 99 – Part 1; and Disc 99 – Part 2) submitted by the government under cover of a letter dated July 13, 2017 (Docket #57) be filed under seal.

                                                                      _____
                                                                      HONORABLE DAVID E. JONES
                                                                      United States Magistrate Judge