UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.                                          Case No. 16-CR-21 (DEJ)

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Hamzeh's attachments referenced in his letter addressed and filed via CM/ECF to the Court today as this information is subject to a protective order issued by this Court.

*Federal Defender Services*
*of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin this 26th day of July, 2017.

        Respectfully submitted,

        /s/        *Craig W. Albee*
        Craig W. Albee, WI Bar #1015752
        Joseph A. Bugni, WI Bar # 1062514
        FEDERAL DEFENDER SERVICES
          OF WISCONSIN, INC.
        517 E. Wisconsin Ave - Rm 182
        Milwaukee, WI 53202
        Tel.: (414) 221-9900
        E-mail: craig_albee@fd.org

        *Counsel for Defendant,* Samy M. Hamzeh