UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

  *Plaintiff*,

 *vs.*               Case No. 16-CR-21 (DEJ)

SAMY M. HAMZEH,

  *Defendant*.

## ORDER

Upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, the attachments referenced in Hamzeh's letter filed on July 26, 2017, in the above-captioned case be **SEALED** until further order of this Court.

SO ORDERED this _____ day of _____, 2017.

                  Honorable David E. Jones
                  U.S. Magistrate Judge