# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

    v.                                    **Case No. 16-CR-21**

**SAMY M. HAMZEH**,

        Defendant.

---

## SEALING ORDER

---

Upon consideration of the defendant's motion to seal, and for good cause appearing therefore,

**IT IS HEREBY ORDERED** that pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, the attachments, ECF No. 61, referenced in Hamzeh's letter filed on July 26, 2017, ECF No. 59, be **SEALED** until further order of this Court.

Dated at Milwaukee, Wisconsin, this 27th day of July, 2017.

                                           **BY THE COURT:**

                                         *s/ David E. Jones*
                                          DAVID E. JONES
                                          United States Magistrate Judge