# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant
Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 11, 2017

Honorable David E. Jones
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE:   *United States v. Samy M. Hamzeh*
      Case No. 16-CR-21

Dear Magistrate Judge Jones:

I am writing to follow up on Mr. Hamzeh's bail hearing from July 12. After hearing argument from the parties, the Court took the case under advisement and indicated that it anticipated that a decision would be rendered in about a week. After that the Court requested that the record be supplemented and additional documents were filed. This case is in a very different posture than most involving a request for bail as the parties submitted over 100 pages of briefing along with a number of exhibits. The parties appreciate the Court's thoughtful consideration of this important matter and recognize its complexity.

Our concern is that, as acknowledged at the bail hearing, this matter almost certainly will be appealed to Judge Pepper so there will be additional delay in this case after this Court's decision. We don't mean to rush the Court, but thought we'd inquire at this point whether any additional information is needed.

Honorable David E. Jones
September 11, 2017
Page 2

Thank you for your consideration.

Sincerely,


/s/   Craig W. Albee

CWA/cm