# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin Avenue
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

October 19, 2017

Honorable David E. Jones
United State District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI   53202

RE:   *United States v. Samy M. Hamzeh*
      Case No. 16-CR-21

Dear Magistrate Judge Jones:

On behalf of Mr. Hamzeh, we are requesting a status conference next week on his bail motion.

Thank you for your consideration.

Respectfully,


/s/        *Craig W. Albee*

CWA/cm