UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *vs*.                      Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the documents filed on today's date and its attachments. The grounds for the request to seal are detailed in the submissions.

Dated at Milwaukee, Wisconsin this 29th day of November, 2017.

                Respectfully submitted,

                /s/     Craig W. Albee
                Craig W. Albee, WI Bar #1015752
                Federal Defender Services
                  Of Wisconsin, Inc.
                517 E. Wisconsin Ave – Rm 182
                Milwaukee, WI  53202
                Tel. (414) 221-9900
                E-mail:  craig_albee@fd.org

                *Counsel for Defendant*, Samy M. Hamzeh

*Federal Defender Services*
*Of Wisconsin, Inc.*