UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## JOINT STIPULATION

The Court has ordered the parties to propose dates for disclosure of witness lists, exhibit lists, proposed *voir dire*, proposed jury instructions, and proposed verdict forms. The parties jointly propose that the material be disclosed by the end of the day on January 16, 2018.

Dated this 1st day of December, 2017.

| | |
|---|---|
| s/Gregory J. Haanstad<br>GREGORY J. HAANSTAD<br>United States Attorney | s/Craig W. Albee<br>CRAIG W. ALBEE<br>Attorney for Defendant |
| s/Paul L. Kanter<br>PAUL L. KANTER<br>Assistant United States Attorney | s/Joseph Bugni<br>JOSEPH BUGNI<br>Attorney for Defendant |