Ex A MACHINE GUN RENTALS SPREADSHEET

| Company Name | Price | Rental | Source |
|---|---|---|---|
| AV Guns<br>4920 Lena Road, Unit 102<br>Bradenton, Fl 34211<br>941.219.4236 | Call for pricing | Range, ammunition, targets and Eye and ear protection are provided by Take aim Gun range and are subject to their ammunition and membership fees. | http://www.avguns.com/rentals.html |
| Bill's Gun Shop & Range<br>1920 Crest View Drive<br>Hudson, WI 54016<br>715.690.1198 | $60/ hour | Rental includes firearm and instructor for up to one hour. Additional charges would be fore range fees, ammunition and there is a $20 non-refundable reservation fee. Machine gun rentals are available with a 72 hour notice only. | https://www.billsgs.com/machine-gun-rental/ |
| Big Sandy Shoot<br>P.O. Box 5672<br>Scottsdale, AZ 85261<br>602.327.7933 | $35 dollars per 20 rounds | Largest Machine Gun shoot in the U.S. The selection of automatic weapons varies from shoot to shoot. Certified range operators on site. | http://www.mgshooters.com/Rentals.php |

| Company Name | Price | Rental | Source |
|---|---|---|---|
| Bullet Trap LLC<br>2608 K. Avenue<br>Plano, Texas 75074<br>972.881.0372 | Heckler & Kock MP5 &MP7: $35.00 for members/$40.00 for non-members (plus the cost of ammunition) | Bullet Trap, LLC. Ammo is required for all rental guns | http://www.bullettrapinc.com/ |
| Fireline Shooting & Training<br>4811 W. Michaels Drive<br>Appleton, WI 54913<br>920.202.3080 | $60.00/ hour for either a FNP90 Tactical or a FN SCAR 16 CQC | Machine gun rentals are available upon request w/ 72 hour notice. | http://www.firelinestc.com/locations/appleton.php |
| Fletcher Arms<br>1441 E. Main Street<br>Waukesha, WI 53186<br>262.549.4488 | $100 dollars to fire off three 30 round magazines of 9mm through a Madsen 50. Price includes the ammunition. | 30 round magazines | https://www.fletcherarms.com/gun-rental/ |
| Frisco Gun Club<br>6565 Eldorado Pkwy<br>Frisco, TX 75033<br>214.618.4144 | As low as 34.99 for HKMP5 Full Auto 5 + mags. | Machine gun rental packages include eye/ear protection, target, and RSO Range fee (additional time requires paid range fee) Members get 10 % off magazine purchases. | http://www.friscogunclub.com/machine-gun-rentals/ |
| The Heritage Guild<br>70 Hilton Street<br>Easton, PA 18042<br>610.258.5500 | The cost of renting a machine gun ranges from $50 – $85 dollars plus the cost of ammunition. | Must be 21 years of age to rent/operate the machine guns. Rental includes gun, range time, eye/ear | http://www.heritageguild.com/Ranges/Machine-Gun-Rentals.aspx |

| Company Name | Price | Rental | Source |
|---|---|---|---|
| | | protection, targets, and one-on-one instruction. Firearm rentals do not include the cost of ammunition. | |
| Knob Creek Gun Range<br>690 Ritchey Lane<br>West Point, KY 40177<br>502.922.4457 | Gun Rental is an additional $10 dollars per gun per hour plus ammunition and targets. | Machine gun rentals are available Friday, Saturday and Sunday | http://www.knobcreekrange.com/contact |
| Lock and Load Miami<br>2545 North Miami Ave<br>Miami, Fl 33127<br>305.424.8999 | Packages start at $134.00 which include 75 rounds. | All packages include eye and ear protection, target, and one-on-one instruction from a firearms specialist. | http://www.lockandloadmiami.com/firearms-packages/#MACHINE |
| The Machine Gun Nest<br>7910 Reichs Ford Rd.<br>Frederick, MD 21704<br>301.304.6001 | Packages range from $60 - $175. Each rental includes two loaded belts/mags. | One can purchase additional belts or mags for an additional price. | https://www.themachinegunnest.com/full-auto/ |
| MGA Machine Gun America<br>5825 West IRLO Bronson Memorial Highway<br>Kissimmee, Florida 34746 | Packages start at $24.99. (Does not list how long or how many rounds this will get you) | They offer 5 other packages that allow you to shoot machine guns, starting at 159.99. | https://machinegunamericaorlando.com/gun_types/machine-guns/ |
| Midwest Gun and Range<br>128 Rush Court<br>Elkhart, IN 46515<br>574.293.2030 | $60/hour<br>Up to 200 rounds of ammunition | Not including Lane Change, Ammunition, Eye and Ear protection and Targets | http://www.midwestgunandrange.com/machine-gun-rentals.cfm |

| Company Name | Price | Rental | Source |
|---|---|---|---|
| Pittsburgh Machine Guns<br>Mckeesport, PA 15132<br>412.896.1653 | Price not listed | Must book one week in advance, only use their ammunition, eye and ear protection required, and for sale. No shooters under the age of 16. | http://www.pittsburghmachineguns.com/ |
| Scottsdale Gun Club<br>14860 N Northsight Blvd.<br>Scottsdale, AZ 85260<br>480.348.1111 | As low as $99.00 includes 9mm Submachine gun (2 mags) | This package also includes 9mm handgun, lane rental, eye and ear rental and 2 targets. | https://scottsdalegunclub.com/firearm-rentals/machine-gun-adventures.html |
| Sheridan Arms LLC.<br>8259 Tittabawassee Road<br>Saginaw, MI 48603<br>989.607.0130 | $100/ hour for a single gun<br>Multiple gun packages start at $250 and up to $1000 for the Rambo package. | Basic package included one gun and mags/belt w/ direct RSO/instructor supervision.<br>30 caliber rental machine guns will only be available on request and availability. | http://sheridanarms.com/machine-guns-range/ |
| Shooters World<br>116 E. Fletcher Ave<br>Tampa, FL 33612<br>813.381.1111 | Full-auto inventory begins at $50 dollars per person. | All firearm rentals must use ammunition purchased at Shooters World, and are fired under the direct supervision at Shooters World range officer. | http://www.shootersworld.com/firearm-rentals/fully-automatic.aspx |

| Company Name | Price | Rental | Source |
|---|---|---|---|
| The Vegas Machine Gun Experience<br>3084 S. Highland Drive<br>Las Vegas, NV 89109<br>702.285.9700 | Packages start as low as $80 | Basic package includes a Glock 17 9mm (20 rounds) and a MP5 Submachine gun (25 rounds), 2 targets, eye protection, hearing protection, and instructed by a Range Safety officer. | https://machinegunexperience.com/shooting-packages/bold-and-beautiful/ |
| Washington County Machine Guns LLC<br>25 Greaves Road<br>West Alexander, PA 15376<br>724.249.5112 | $99 Basic package – shooter chooses any 2 machine guns plus 1 of the bonus firearm. | The cost does not include PA tax, which means the rental fee, ammo, range fees, and instructor fees are included in that price. | http://www.washingtoncountyguns.com/rates/ |
| Wetzel Firearms LLC.<br>177 E 6th Street<br>Franklin, Ohio 45005<br>937.704.4180 | $500 for 15 magazines for any gun in stock and they supply the ammo. Each additional magazine is $30. | Rentals for groups up to 10. | http://www.wetzelfirearms.com/machine-gun-rentals.html |