UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.                                                   Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

**NOTICE OF ADDITIONAL AUTHORITY**

Samy Hamzeh, by counsel, provides notice of additional manuals that the defense believes are material and helpful to the defense and should be produced by the government. These are illustrative of the requests made in our *Brady* motion and while these are older versions we would ask for the most recent that governed this investigation.

    1.    FBI, Domestic Investigations and Operations Guide, October 2011 or version in effect at time of this investigation.

    2.    Terrorism & Political Islam: Origins, Ideologies, and Methods: A Counterterrorism Textbook (2d Ed). Unknown date.

*Federal Defender Services*
*of Wisconsin, Inc.*

Dated at Milwaukee, Wisconsin this 31st day of January, 2018.

    Respectfully submitted,

    /s/    Craig W. Albee
    Craig W. Albee, WI Bar #1015752
    Joseph A. Bugni, WI Bar #1062514
    FEDERAL DEFENDER SERVICES
      OF WISCONSIN, INC.
    517 E. Wisconsin Ave. - Rm 182
    Milwaukee, WI 53202
    Tel. (414) 221-9900
    e-mail: craig_albee@fd.org

    *Counsel for Defendant*, Samy M. Hamzeh