# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **William E. Duffin,** presiding.  Deputy Clerk: Mary Murawski
DATE: **January 31, 2018 at 10:00 A.M.**  Court Reporter: FTR Gold
CASE NO. **16-CR-021**  Time Called: 10:14:14
UNITED STATES v. **Sammy Mohammed Hamzeh**  Time Concluded: 11:14:30
PROCEEDING: **Status Conference**

UNITED STATES by: **Paul Kanter, Gregory Haanstad**

DEFENDANT: **not present**
ATTORNEY: **Craig Albee, Joseph Bugni**

---

COURT requested the hearing to discuss the defendant's Motion for Release of Brady Materials and the government's response and defendant's reply.

COURT hears the parties' arguments as to the pending discovery disputes.

COURT will take into consideration the discussion today, and will issue an order.

COURT:
- Government's supplemental response to defendant's Motion for Release of Brady Materials is due by **February 9, 2018**.
- Defendants reply due by **February 16, 2018**.