UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | March 21, 2018 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2016-cr-21 |
| CASE NAME: | United States of America v. Samy Hamzeh |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Gregory Haanstad – Attorney for the government |
| | Paul Kanter – Attorney for the government |
| | Craig Albee – Attorney for the defendant |
| | Joseph Bugni – Attorney for the defendant |
| | Samy Hamzeh – Defendant |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 12:34 p.m. – 12:59 p.m. |
| HEARING: | Final pretrial set for August 6, 2018 at 9:00 a.m. |
| | Trial set for August 20, 2018 at 8:30 a.m. |

The court noted that it scheduled this status hearing ahead of the trial currently scheduled for June 18. The court recounted that it had adjourned the trial to June because the parties needed to work through the Arabic transcripts. Judge Duffin had ruled on the defendant's motion to compel production of Brady materials and had issued a report and recommendation on the motion to dismiss Count Two. The parties had communicated with the court's staff about the possibility of adjourning the trial again.

Counsel for the government reported that the parties now have a realistic sense of how long it will take to work through the transcripts. They hope to be able to come up with an agreed translation of all of the transcripts for use at trial. Counsel proposed that the court adjourn the June trial date and schedule the trial for August.

Counsel for the defendant agreed that the translation of the transcripts had been a difficult process. Counsel also told the court that he had just received over eight hundred pages of reports from surveillance, photos videos and more from the government. Counsel asked that the court extend the date by which the defendant could appeal Judge Duffin's order on the motion to compel Brady; the current deadline for such an appeal was March 22. Counsel also confirmed that the parties were in agreement about adjourning the trial to a date in August. Counsel made it clear that the defendant was frustrated with the time it was taking to get the case to trial, but told the court that the defendant understood that some things need more time.

Counsel for the government indicated that he did not object to the extension of the deadline to appeal Judge Duffin's order, and asked that the court extend that deadline by two weeks.

1

The parties discussed setting disclosure deadlines for certain documents, to help manage the issues the parties would need to cover at the final pretrial conference.

The court agreed to reschedule the trial and to extend the time for the parties to file an appeal of Judge Duffin's order. The court further agreed to setting dates for the parties to file trial documents.

The court **ORDERS** the following:

Any party wishing to appeal Judge Duffin's order (Dkt. No. 107) shall do so no later than the end of the day on April 6, 2018.

The government shall file expert disclosures no later than July 2, 2018.

The defendant shall file expert disclosures no later than July 20, 2018.

The government shall disclose any Rule 404(b) materials no later than July 23, 2018.

Parties shall file motions *in limine* no later than the end of the day on July 30, 2018.

The government shall turn over grand jury transcripts no later than the end of the day on August 13, 2018.

The court **ORDERS** that the parties shall appear for a final pretrial conference on August 6. 2018 at 9:00 a.m. in Room 222.

The court further **ORDERS** that the trial, which the parties estimate will take two weeks, is **ADJOURNED** to August 20, 2018 at 8:30 a.m.

Dated in Milwaukee, Wisconsin this 21st day of March, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**