UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

        Defendant.

## GOVERNMENT'S RESPONSE TO THE MAGISTRATE JUDGE'S ORDER CONCERNING THE DISCLOSURE OF *BRADY/GIGLIO* MATERIAL

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Assistant United States Attorneys Gregory J. Haanstad and Paul L. Kanter, hereby files this "Response"[1] to the Magistrate Judge's Order of March 8, 2018, Docket Document 107, and states as follows:

In order to comply with the Court's order and complete provision of any related discovery, the government intends to file a classified ex parte, in camera, and under seal motion pursuant to Section 4 of the Classified Information Procedures Act (CIPA). The government requests that the Court review Docket Document 17, filed by the government on October 26, 2016, for further information on CIPA. The government will be available to answer any additional questions regarding this process in an ex parte hearing prior to filing its motion.

---

[1] The government technically objects to that part of the order directing it "to release all underlying documentation regarding payments given to informants," Order at 15, but seeks to comply pursuant to CIPA.

Dated the 6th day of April, 2018.

Respectfully submitted,

*s/ Gregory J. Haanstad*
GREGORY J. HAANSTAD
Assistant United States Attorney
Wisconsin Bar: 1036125
email: greg.haanstad@usdoj.gov

*s/ Paul L. Kanter*
PAUL L. KANTER
Deputy Criminal Chief
Wisconsin Bar: 1005035
email: paul.kanter@usdoj.gov

Attorneys for the Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700