UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.            Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

**MOTION TO EXTEND TIME
TO FILE RESPONSE BY ONE DAY**

Samy M. Hamzeh, by counsel, moves this Court to extend the deadline to file his response to the government's Objection to April 23, 2018. In support, Hamzeh invites the Court's attention to the following:

1. At a status conference held on March 21, 2018, this Court ordered that any party wishing to object to the magistrate judge's Discovery Order file objections by April 6.

2. On April 6, 2018, both parties filed Objections to the Order. Pursuant to Local Rule 72(c)(2), responses are due within 14 days (April 20).

3. Hamzeh now seeks a one-day extension to April 23, 2018, as Hamzeh's lead counsel Craig Albee has been out of town conducting a training this week and attorney Joseph Bugni is ill and out of the office.

*Federal Defender Services
of Wisconsin, Inc.*

For these reasons, Hamzeh, by counsel, respectfully asks this Court to extend his deadline to file his response to April 23, 2018.

Dated at Milwaukee, Wisconsin this 20th day of April, 2018.

Respectfully submitted,

/s/      *Gabriela A. Leija*
Gabriela A. Leija, WI Bar # 1088023
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave. - Rm 182
Milwaukee,  WI  53202
Tel. (414) 221-9900
E-mail: gabriela_leija@fd.org

*Counsel for Defendant*, Samy M. Hamzeh