# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **David E. Jones,** presiding. | Deputy Clerk: Tony Byal |
| DATE: **June 6, 2018 at 1:30 PM** | Court Reporter: Liberty |
| CASE NO. **16-CR-21** | Time Called: 1:30:37 |
| UNITED STATES v. **SAMY MOHAMMED HAMZEH** | Time Concluded: 1:40:31 |

PROCEEDING: **Motion Hearing**

UNITED STATES by: **Paul Kanter**

Probation Officer: **Joshua Hanzlik**

DEFENDANT: **Samy Mohammed Hamzeh,** in person, and by

ATTORNEY: **Craig Albee**

---

Parties here to discuss Motion for Release From Custody – Temporary Release (ECF no. 121).

Government:
- Parties came up with proposal that does not require a court order.
- Defendant would be transported from Kenosha County. Government would prepare paperwork that would put defendant in FBI custody and have him brought from U.S. Marshal facility in the basement to a secured room on the third floor.
- This would meet requirements and safety concerns for an in-custody defendant.
- The room is separated by a door. Law enforcement personnel would be on other side of door. There is video recording in room but no audio.

Defense:
- Requests to hold motion in abeyance.
- Is still in process of getting transcripts.
- Would anticipate defendant would be here a couple days per week.
- Door in secure room is soundproof and camera does not zoom in. This alleviates privacy concerns.
- Has several attorneys, mitigation specialists, paralegals, and interns involved with case. Has been told this will not be a problem.
- This plan will meet the needs of defendant.

Deputy Loesch:
- There are bathrooms and water in room.
- Parties will not be able to bring food due to defendant being in custody. U.S. Marshals will provide food per DOJ guidelines. This accommodates any religious diets.
- Has no issue with staff from defense helping with case. Will come up with a list of approved people.

Court;
- Motion will remain open.
- Directs parties to advise Court of any issues.