# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **David E. Jones,** presiding. | Deputy Clerk: Tony Byal |
| DATE: **June 25, 2018 at 2:00 PM** | Court Reporter: Liberty |
| CASE NO. **16-CR-21** | Time Called: 2:00:37 |
| UNITED STATES v. **Samy Mohammed Hamzeh** | Time Concluded: 2:11:37 |
| PROCEEDING: **Bond Review** | |
| UNITED STATES by: **Gregory Haanstad** | |
| Probation Officer: **Joshua Hanzlik** | |
| DEFENDANT: **Samy Mohammed Hamzeh,** in person, and by | |
| ATTORNEY: **Joseph Bugni** | |

---

Parties here re: MOTION for Bond (Renewed) or Temporary Release from Custody (ECF no. 124).

Court:
- Parties previously reached an agreement on the process to allow defendant to work with counsel and assist in own defense. This has broken down.
- Is not convinced defendant can be released on conditions. Considers defendant to be a danger to the community still.
- Due process crisis has not been reached yet
- Inclined to temporarily release defendant to defense counsel custody on Tuesdays and Thursdays. Defendant would remain in detention status and would have no contact with family while in the custody of defense counsel.

Defense:
- Court's plan would solve problem.
- Still does not have transcripts.
- Might have to ask to have defendant temporarily released four times a week, but would be able to work this out between parties.

Government:
- Discusses security concerns.
- Defendant is a danger to the community.
- Will address security concerns with US Marshals.

Court:
- Defendant will be kept in leg irons and hand restraints while being escorted by US Marshals to defense counsel office. Hand restraints will be removed but leg irons will remain in place while working with defense counsel. US Marshals will then escort defendant back to holding facility after defendant is done working with defense counsel. Anticipates defendant will have no need to leave defense counsel office. Lunch will be provided by US Marshals and there are restrooms.

Deputy Kadish:
- Defendant will remain in jail uniform to assist court security staff in identifying him.

Court:
- Discusses identifying speakers in transcripts. Once parties agree who the speakers are, they may be identified by name.
- DENIES Motion for Release from Custody – Temporary Release (ECF no. 121).
- GRANTS in part and DENIES in part Motion for Bond (Renewed) or Temporary Release from Custody (ECF no. 124).
- Defendant to remain in detention status. Defendant will be transported from Kenosha County every Tuesday and Thursday to defense counsel office in order to allow him to assist in his own defense.
- Parties to contact courtroom deputy with any concerns or modifications. No motions need to be filed.