UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs*.                                    Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

_____

**ORDER**

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Date:_____                  _____
                                                      Honorable Pamela Pepper
                                                      United States District Court Judge