UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 16-CR-21

SAMY MOHAMMAD HAMZEY,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, will also be represented by Assistant United States Attorney Benjamin P. Taibleson.

Dated at Milwaukee, Wisconsin, this 3rd day of July, 2018.

                                        MATTHEW D. KRUEGER
                                      United States Attorney

                     By:    s/BENJAMIN P. TAIBLESON
                            Assistant United States Attorney