UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

  *Plaintiff*,

  *vs*.                Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

  *Defendant*.
_____

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the document filed on today's date and its attachments. The grounds for the request to seal are detailed in the submission.

Dated at Milwaukee, Wisconsin this 13th day of July, 2018.

            Respectfully submitted,

            /s/  *Craig W. Albee*
            Craig W. Albee, WI Bar #1015752
            Joseph A. Bugni, WI Bar #1062514
            FEDERAL DEFENDER SERVICES
             OF WISCONSIN, INC.
            517 E. Wisconsin Ave - Rm 182
            Milwaukee, WI 53202
            Tel.: (414) 221-9900
            E-mail: craig_albee@fd.org

*Federal Defender Services of Wisconsin, Inc.*