# WILLIAM A. MERRICK, Ph.D.

P.O. Box 14477
Madison, Wisconsin 53708-4477
608-345-3792
drwamerrick@aol.com

# *CURRICULUM VITA*

## *EDUCATION*

May, 1990      Postdoctoral Fellow (Forensic Neuropsychology), **Whiting Institute**, Department of Psychology, Middletown, Connecticut, January 1989 – May, 1990

March, 1989      Doctor of Philosophy (Ph.D.), **University of Chicago**, Department of Psychology, Chicago, Illinois, August, 1982 – March, 1989

June, 1988      Predoctoral Fellow (Clinical Psychology), **Yale University School of Medicine**, Department of Psychiatry, New Haven, Connecticut, July 1, 1987 – June 30, 1988

July, 1987      Family Therapy Trainee, Center for Family Studies, **Northwestern University Medical School**, Chicago, Illinois, August, 1986 – July, 1987

August, 1984      Neuropsychology Extern, **University of Chicago Medical School**, Chicago, Illinois, July, 1983 – August, 1984

August, 1982      Master of Arts (M.A.), **University of Chicago**, Division of Social Sciences, Chicago, Illinois, September, 1981 – August, 1982

May, 1976      Bachelor of Arts (Psychology Major, Philosophy Minor), **Northeastern Illinois University**, Chicago, Illinois, September, 1975 – May, 1976

## *LICENSURE*

1991 - Present    Wisconsin Psychology License (# 1686-057)
1981 - 2000       National Register of Health Service Providers in Psychology (# 41429)
1988 - 1991       Connecticut Psychology License (#1650), Oklahoma Psychology License (#603)

## *PROFESSIONAL AFFILIATIONS*

American Psychological Association (Member: Clinical Neuropsychology; Behavior and the Law)
Association for the Treatment of Sexual Abusers (ATSA)
American Academy of Psychiatry and the Law (AAPL)

## *AWARDS*

2013          Discretionary Merit Award, Department of Health Services, State of Wisconsin
1981-2005     World Record, Northern Redhorse, International Game Fish Association (Plantation, FL)

## *UNITED STATES ARMED SERVICES*

1976-1982     United States Army (Enlisted, 1976-1979; Inactive Reserve: 1979-1982)
                  Walter Reed Army Medical Center (Washington, DC)
                  Primary Mode of Specialty: 91-B (Field Medic), Secondary MOS: 91-G (Psychology)

*REVIEWER ACTIVITIES*
○   Institutional Review Board (Sand Ridge Secure Treatment Center)
○   Journals:
○        Sexual Abuse: A Journal of Research and Treatment (ATSA)
○        International Journal of Offender Therapy and Comparative Criminology

*TESTING MATERIALS DEVELOPED*

•   Merrick Ganzer Interview.  Copyright, 1992.
•   Merrick Aggressive Behavior Scale.  Copyright, 1990.
•   Merrick Orientation Test.  Copyright, 1990.
•   Scoring Sheet for the Visual Memory Span subtest of the Wechsler Memory Scale - Revised.  Copyright, 1988.
•   Merrick Acoustic Recognition Test (MART).  Copyright, 1987.

*PROFESSIONAL EXPERIENCE*

| | |
|---|---|
| 2008 – Present | Forensic Neuropsychologist, Mansion Hill Psychological Services (Private Practice), Madison, Wisconsin |
| 2007 – Present | Senior Psychologist, Evaluation Unit, Sand Ridge Secure Treatment Center, Madison, Wisconsin |
| 2004 – 2007 | Medical Consultant (Psychology, Adult), Social Security Disability Determination Bureau, Madison, Wisconsin |
| 2001 – 2004 | Psychologist (Private Practice), Counseling Resources and Neuropsychological Associates, Madison, Wisconsin |
| 1995 – 2007 | Neuropsychologist, AANDRUS Medical Services (Private Practice specializing in Neuropsychological Assessment and Treatment), Kenosha & Madison, Wisconsin |
| 1992 – 1993 | Neuropsychology Representative to Medicare for Wisconsin Psychological Association, Madison, Wisconsin |
| 1993 – 1994 | Neuropsychology Representative to (Wisconsin) State Medical Society Commission Task Force for Evaluation of Older Drivers, Madison, Wisconsin |
| 1991 - 1998 | Neuropsychologist, The Psychology Center, S.C. (Private Practice), Madison, Wisconsin |
| 1993 - 1994 | Co-chair, Wisconsin Brain Injury Coalition |
| 1992 - 1995 | Volunteer, Alzheimer's Association (Media Communications) |
| 1990 – 1991 | Acting Director and Staff Neuropsychologist, Department of Behavioral Medicine, Oklahoma City, Oklahoma |

**Ex. A**

| | |
|---|---|
| 1990 | Clinical Assessor, Yale University School of Medicine, Department of Genetic Epidemiology, New Haven, Connecticut |
| 1989 – 1990 | Principal Investigator, Neuropsychiatry of Dissociative Disorders, Whiting Institute, Middletown, Connecticut |
| 1989 – 1990 | Principal Investigator, New Approaches in the Study of Overt Aggression, Department of Psychology, Whiting Institute, Middletown, Connecticut |
| 1989 – 1990 | Principal Investigator, The Social Ecology of the Experience of Anger, Department of Psychology, Whiting Institute, Middletown, Connecticut |
| 1988 – 1990 | Clinical Forensic Neuropsychology Postdoctoral Fellowship, Whiting Institute, Middletown, Connecticut |
| 1987 – 1988 | Clinical Psychology Predoctoral Fellowship, Yale University School of Medicine, Department of Psychiatry, New Haven, Connecticut |
| 1987 | Lecturer, "Theories of Personality," Yale University, New Haven, Connecticut |
| 1986 – 1990 | Principal Investigator, Processing of Acoustic Semantic Memories, Department of Behavioral Sciences, University of Chicago, Chicago, Illinois |
| 1986 – 1987 | Family Therapy Trainee, Center for Family Studies, Northwestern University Medical School, Chicago, Illinois |
| 1985 – 1987 | Research Assistant, Childhood Depression Study, Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois |
| 1985 – 1986 | Neuropsychology Extern, University of Chicago Hospitals and Clinics, Department of Psychiatry, Chicago, Illinois |
| 1985 – 1986 | Geriatric Therapy Extern, University of Chicago Hospitals and Clinics, Department of Psychiatry, Geriatric Psychiatry Clinic, Chicago, Illinois |
| 1983 | Teaching Assistant, "Developmental Biopsychology," University of Chicago, Chicago, Illinois |
| 1982 – 1984 | Teaching Assistant, "Personality and Psychopathology," University of Chicago, Chicago, Illinois |
| 1982 | Instructor, "Introduction to Psychology," College of DuPage, DuPage, Illinois |
| 1981 – 1985 | Research Assistant, Personality and Stress Project, University of Chicago, Department of Behavioral Sciences, Chicago, Illinois |

*PUBLICATIONS*

Merrick, W.A. (2014).  Changes in DSM-5 diagnostic criteria for paraphilic disorders:  Sexual Sadism Disorder and Pedophilic Disorder.  *Archives of Sexual Behavior, 45 (8)*, 2173-2178.

Merrick, W.A. (1991).  The everyday life of psychopathology.  In M. DeVries (Ed.), *Clinical applications of the Experience Sampling Method*.  New York:  Oxford Universities Press.

Merrick, W.A. (1990).  Classics in intelligence testing.  *Journal of Polymorphous Perversity*.

Merrick, W.A., & Augustine, E.A. (1989).  Phineas Gage and the place of technology in neuropsychological assessment (Abstract).  *Journal of Clinical and Experimental Neuropsychology, 11*, 58-59.

Merrick, W.A., Lewandowski, L.A., & Littman, E.A. (1989).  Initial neuropsychological response of a patient with Acquired Immunodeficiency Syndrome (AIDS) to azidothymidine (AZT)  (Abstract).  *Archives of Clinical Neuropsychology, 4*, 129.

Merrick, W.A., & Moulthrop, M.A. (1989). Acquired Immunodeficiency Syndrome (AIDS) and AIDS Related Complex (ARC) (Abstract).  *Archives of Clinical Neuropsychology, 4*, 58.

Merrick, W.A., Moulthrop, M.A., & Luchins, D.J. (1989).  Recall and recognition of acoustic semantic memories:  The Development of the Acoustic Recognition Test (ART) (Abstract).  *Journal of Clinical and Experimental Neuropsychology, 11*, 87-88.

Mokros, H.B., Poznanski, E., & Merrick, W.A. (1989).  Depression and learning disabilities in children:  A test of an hypothesis.  *Journal of Learning Disabilities, 22*, 230-244.

Merrick, W.A. (1988). *The Merrick Acoustic Recognition Test (MART) Manual*.  University of Chicago.

Merrick, W.A. (1987).  *Dysphoric moods in normal and depressed adolescents:  An Experience Sampling Method (ESM) study* (Dissertation).  (Major advisor: Mihaly Csikszentmihalyi, Ph.D.)


*PRESENTATIONS*

Merrick, W. A. (11/04/2009).  *Limitations of the Static-99R in Sexually Violent Predator (SVP) evaluations*.  Presented at the 29th Annual Conference of the Association for the Treatment of Sexual Abusers (ATSA).  Phoenix, Arizona, October 21, 2010.

Merrick, W. A. (11/04/2009).  *Limitations of the Static-99R in SVP Risk Assessments (Part One: Descriptive Statistics)*.  Presented to Sand Ridge Secure Treatment Center Evaluation Unit.

Merrick, W.A. (2005, 2006, 2007).  *Social security disability rules for adjudicating mental claims: Organic mental disorders*.  (Invited training).  Invited training seminars for social security disability examiners.  Madison, Wisconsin.

Merrick, W.A. (2005, 2006, 2007). *Social security disability rules for adjudicating mental claims: Personality disorders*. (Invited training). Invited training seminars for social security disability examiners. Madison, Wisconsin.

Merrick, W.A. (2006, 2007). *Social security disability rules for adjudicating mental claims: Autism and other pervasive developmental disorders*. Invited training seminars for social security disability examiners. Madison, Wisconsin.

Merrick, W.A. (2006, 2007). *Social security disability rules for adjudicating mental claims: Attention-deficit/hyperactivity disorders*. Invited training seminars for social security disability examiners. Madison, Wisconsin.

Merrick, W.A. (2007). *Social security disability rules for adjudicating mental claims: Eating disorders* Invited training seminars for social security disability examiners. Madison, Wisconsin.

Merrick, W.A. (1998). *Integrating private practice into a managed care environment*. Invited Presentation. Society of Clinical and Consulting Psychologists conference; Country Inn Hotel, Pewaukee, Wisconsin.

Merrick, W.A. (1998). *The psychology of workers' compensation*. Presented at a meeting of State of Wisconsin workers' compensation claims adjusters, University of Wisconsin-Madison, Madison, Wisconsin.

Merrick, W.A. (1998). *Depression and the ups and downs of learning*. Presented at meeting of the Learning Disabilities Support Group, Madison, Wisconsin.

Merrick, W.A. (1998). *Neuropsychology of attention-deficit/hyperactivity disorder, learning disabilities, and emotional / behavioral problems*. Presented at meeting of Parent Education Project, Madison, Wisconsin.

Merrick, W.A. (1994). *Attention Deficit Disorder and the family*. Presented at support group meeting of Children and Adults with Attention Deficit Disorder (CHADD), Leonard Conference Room, Meriter Hospital, Madison, Wisconsin.

Merrick, W.A. (1994). *What about me? I'm coping too!* (Caregiver's session). Presented at the 1994 National Multiple Sclerosis Society's Annual Family Weekend, Madison, Wisconsin.

Merrick, W.A. (1994). *Is Anyone out there?* (Teenager group). Presented at the 1994 National Multiple Sclerosis Society's Annual Family Weekend, Madison, Wisconsin.

Merrick, W.A. (1993, September). *Alcohol and the brain.* Presented for NewStart Treatment Center, Bolz Auditorium, Meriter Hospital, Madison, Wisconsin.

Merrick, W.A. (1993, July). *Neuropsychological assessment and cognitive retraining*. Beloit Memorial Hospital Medical Rounds, Beloit, Wisconsin.

Merrick, W.A. (1993, May).  *Assessment of malingering*.  Health Seminar series, University of Wisconsin Medical School, Department of Rehabilitation and Physical Medicine, Madison, Wisconsin.

Merrick, W.A. (1993, May).  *Neuropsychology for DVR counselors*.  Presented to Division of Vocational Rehabilitation, Kenosha, Wisconsin.

Merrick, W.A. (1993, April).  *Dealing with depression in M.S.*  National Multiple Sclerosis Society Spring Education Conference, Madison, Wisconsin.

Merrick, W.A. (1993, March).  *The family context of Parkinson's disease*.  Presented to Madison Area Parkinson's Support Group, Madison, Wisconsin.

Merrick, W. A. (1992, November).  *Sources of learning difficulties in children and adolescents*.  Seminar presented at Parkway Hospital, Madison, Wisconsin.

Merrick, W.A. (1992, October).  *Neuropsychological assessments and vocational rehabilitation*.  Presented to State of Wisconsin, Division of Vocational Rehabilitation, Madison, Wisconsin.

Merrick, W.A. (1992, September).  *Recovery from head injury*.  Presented at IntraCorp Educational Series: "Catastrophic Case Management:  Head and Spinal Cord Injuries," Milwaukee, Wisconsin.

Merrick, W.A. (1992, September).  *Assessment and management of disruptive behavior:  Addressing behavioral complications of Alzheimer's disease*.  Presented at Elder Care Concepts Retreat Day, Madison, Wisconsin.

Merrick, W.A. (1992, September).  *Detection and assessment of malingering*.  Presented at the University of Wisconsin Hospital Department of Rehabilitation Medicine, Madison, Wisconsin.

Merrick, W.A. (1992, August).  *Cognitive retraining*.  Presented at the Beloit Hospital Medical- Surgical Conference, Beloit, Wisconsin.

Merrick, W.A. (1992, April).  *Neuropsychological assessment for DVR clients*.  Presented to Wisconsin State Division of Vocational Rehabilitation, Madison, Wisconsin.

Merrick, W.A. (1992, April).  *Reliable methods of stress management*.  Presented at "Surviving the Economy" workshop series, Madison, Wisconsin.

Merrick, W.A. (1992, April).  *Neuropsychologically-based cognitive retraining using the Reitan Evaluation of Hemispheric Abilities and Brain Improvement Retraining (REHABIT) program*.  Presented at the University of Wisconsin Hospital, Rehabilitation Psychologists, Madison, Wisconsin.

Merrick, W.A. (1992, February).  *Neuropsychology and cognitive rehabilitation in mild head injury*.  Invited address to Wisconsin Mild Brain Trauma Support Group, Madison, Wisconsin.

Merrick, W.A. (1991, November). *Neuropsychological assessment of head injured children and adults*. Invited address to the Oklahoma Association of Rehabilitation Nurses, O'Donaghue Rehabilitation Center, Oklahoma City, Oklahoma.

Merrick, W.A. (1991, October). *An existential model of multiple sclerosis*. Presented at the Oklahoma Chapter meeting of the National Multiple Sclerosis Society, Oklahoma City, OK.

Merrick, W.A. (1991, September). *MS and the mind*. Presented at the "MS Update-1991" workshop Sponsored by the Oklahoma Chapter of the National Multiple Sclerosis Society. Tulsa, OK.

Merrick, W.A. (1991, August). *Peer counselor training workshop for patients with multiple sclerosis*. Presented to the Oklahoma Chapter of the National Multiple Sclerosis Society. Oklahoma City, OK.

Merrick, W.A. (1991, June). *Malingering: An overview*. Presented at the Oklahoma Neuropsychological Society meeting, Oklahoma City, Oklahoma.

Merrick, W.A. (1991, May). *Family therapy for pastoral counselors*. Presented at the Annual Meeting of Clergywomen of the Oklahoma Indian Missionary Conference; Oklahoma City, Oklahoma.

Merrick, W.A. (1991, May). *Clinical judgments and other technological innovations advancing science*. Presented at the Association for the Advancement of Science (AAAS), Lubbock, Texas.

Merrick, W.A. (1991, April). *Multiple sclerosis: An overview*. Presented at the meeting of the Oklahoma City Chapter of the Multiple Sclerosis Society. Hilton Hotel, Oklahoma City, Oklahoma.

Merrick, W.A. (1990). *Forensic neuropsychological evaluations of head-injured patients: Guidelines for assessment*. Presented at the 2nd Annual Conference on "Rebuilding Shattered Lives." Center for Head Injuries, Edison, New Jersey.

Merrick, W.A. (1990). *Adequacy of diagnostic criteria for affective disorders*. Presented at the Psychology Department Research Colloquium, Whiting Forensic Institute, Middletown, Connecticut.

Merrick, W.A., & Mokros, H.B. (1990). *Ecological factors associated with the experience of dysphoric moods in adolescents*. Presented at the meeting for the Society for Research on Adolescence, Atlanta, Georgia.

Merrick, W.A. (1989). *Neuropsychological assessment of memory functions*. Invited Address to Neuropsychology Seminar, Department of Psychiatry, Yale University, New Haven, Connecticut.

Merrick, W.A. (1989). *Introduction to the Wechsler Memory Scale - Revised (WMS-R)*. Presented at the Psychology Department Research Colloquium, Whiting Forensic Institute, Middletown, Connecticut.

Merrick, W.A., Moulthrop, M.A., & Luchins, D.J. (1989). *Recall and recognition of acoustic semantic memories: The Development of the Acoustic Recognition Test*. Presented at the meeting of the International Neuropsychological Society, Vancouver, British Columbia, Canada.

Merrick, W.A., & Augustine, E.A. (1989). *Phineas Gage and the place of technology in neuropsychological assessment*. Presented at the meeting of the International Neuropsychological Society, Vancouver, British Columbia, Canada.

Merrick, W.A., Lewandowski, L.A., & Littman, E.A. (1988). *Initial neuropsychological response of a patient with Acquired Immunodeficiency Syndrome (AIDS) to azidothymidine (AZT)*. Presented at the meeting of the National Academy of Neuropsychologists, Orlando, Florida.

Merrick, W.A., & Moulthrop, M.A. (1988). *Cognitive inefficiencies due to Acquired Immunodeficiency Syndrome (AIDS) and AIDS Related Complex (ARC)*. Presented at the meeting of the National Academy of Neuropsychologists, Orlando, Florida.

Merrick, W.A. (March, 1988). *The everyday life of psychopathology*. Presented at the Yale Child Study Center Research Grand Rounds, New Haven, Connecticut.

Merrick, W.A. (1987, 1988). *Introduction to neuropsychological assessment and studies of neuropsychological functioning in patients with AIDS - Dementia Complex*. Invited Address to Neuropsychology Seminar, Department of Psychiatry, Yale University, New Haven, Connecticut.

Mokros, H.B., Merrick, W.A., & Poznanski, E.O. (September, 1987). *The Experience Sampling Method as a way to assess mood variation in children and adolescents*. Presented at the Childhood Depression Consortium, Boston, Massachusetts.

Merrick, W.A. (October, 1986). *Dysphoric moods in normal and depressed adolescents*. Presented at Child Psychiatry Grand Rounds; Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois.