# Georg C. LaBonte, Esq.

2700 Pioneer Ave
Rice Lake, WI 54868
(715) 434-4867
georg@firelinestc.com



## WORK HISTORY

| | | |
|---|---|---|
| Nov. 2013 – Present | **Chief Financial Officer** *Fireline, Inc., Fireline Grand Chute, LLC, Fireline Brands, Inc.* | |

Owner and CFO of Fireline, Inc., and related companies, which operates indoors shooting ranges, with firearm instruction, and retail sales, as a Class 3 Dealer. Provides guidance and expertise on NFA Gun Trusts for customers.

Jun. 2013 – Present    **Vice President**
*Big Bike Parts, Inc.*

Managing both domestic and foreign manufacturing of aftermarket motorcycle accessories with a worldwide distribution network.

Apr. 2012 – May 2013    **Associate Attorney**
*Law Office of William J. Brisk*

Estate Planning for high net-worth clients, Guardianships, Probates, Medicaid Planning and related services.

Sep. 2010 – Oct. 2011    **Of-Counsel, Law Clerk**
*Sillari & Glines*

Estate Planning, Personal Injury, Real Estate and Family Law.

## EDUCATION

2010 – 2012    **Western New England University School of Law**
*LL.M., Estate Planning and Elder Law*

2007 – 2010    **Suffolk University Law School**
*Doctor of Law (J.D.)*

2002 – 2006    **University of Wisconsin-Milwaukee**
*Bachelor of Arts, Economics*

## RESEARCH EXPERIENCE

Aug. 2009 – Dec. 2009    **Tax Reform Research Assistant**
*Conway, Meredith R., With or Without You: Debt and Equity and Continuity of Interest (May 30, 2010). Stanford Journal of Law, Business, and Finance, Vol. 15, p. 261, 2010; Suffolk University Law School Research Paper No. 10-67.*

### Publications & Presentations

**Gun Trust Workshop**
*Jan. 2015 – Present*
Instruct and revise a two-hour presentation designed to educate the everyday consumer on the benefits, uses and legal protections afforded when utilizing a gun trust to own NFA firearms and other firearms.

**Real Estate Safety Seminar**
*Apr. 20, 2017*
Wrote and presented a safety session for real estate agents for dealing with firearms in homes they are being showing, as well as when and if they should legally use their self-defense firearm while showing a home in the state of Wisconsin.

**MassHealth Update 2012**
*Oct. 26, 2012*
Wrote and presented the session on Caregiver Contracts for the voluntary continuing legal education seminar on the challenges of navigating Massachusetts, MassHealth (Medicaid) program, present by Foxmoor Continuing Education.

### Interests


Shooting


Technology


Skiing


Piloting