# John Michael Davis

**2909 E Van Norman Ave.**

**St. Francis, WI 53235**

**414-840-6381**

[jmdavismilw@yahoo.com](mailto:jmdavismilw@yahoo.com)

# Curriculum Vita

## Education

| | |
|---|---|
| May 1970 | Graduated Pio Nono High School, St. Francis, WI |
| 1970 – 1971 | Stout State University, 34 credits |
| May 1977 | Completed 35 credits at University of Wisconsin-Milwaukee, majoring in Criminal Justice. |

## SPECIALIZED TRAINING

| | |
|---|---|
| March 1974 | Completed Milwaukee Police Department Academy, Certified by Wisconsin Law Enforcement Standards Board. |
| May 1983 | Completed 40-hour Crime Prevention Course. University of Louisville. |
| May 1988 | Completed Milwaukee County Sheriff's Academy. |
| September 2003 | Firearm Detection Techniques. Milwaukee County District Attorney's Office. |
| January 2004 | Completed Milwaukee Police Department 120-hour Detective/Investigator's Course. |
| May 2004 | Critical Incident Management. Oak Creek Police Department. |
| July 2004 | Death Investigations. Chicago Police Department. |
| May 2011 | Identifying Armed Suspects/Federal Firearms Cases. Milwaukee Police Academy. Bureau of Alcohol, Tobacco, and Firearms. United States Attorney's Office. |

Ex. G

# Employment

## Milwaukee County Sheriff

Employed March 1988 through May 2012.  Specific assignments in Detention, Institutions, Park Squad, Urban Response Unit, and Detective Bureau.  Also served as an Instructor for Emergency Vehicle Operation.

1996 Presented proposal to begin a bicycle patrol unit for the County Parks.  Bicycle unit was created and continues in operation.

1996 Started an Auto Theft Squad to enhance the park patrol operation.  Over the next 5 years this squad recovered over 1,000 stolen vehicles, along with over 150 arrests for Operating without Owner's Consent.  Also conducted extensive investigations into "Vin Switch Auto Theft", resulting in a dramatic drop of this type of crime.

2003 Solved a string of over 200 residential burglaries which had occurred over a four county area.  All four suspects were successfully prosecuted and over $100,000 in stolen property was recovered.

2003-2006 Assisted the Gun Reduction Interdiction Program with Firearms investigations.

2004 Headed up an Ad Hoc Task Force consisting of officers from over 40 different police agencies to combat a commercial burglary ring.  This crime group was responsible for over 100 burglaries in at least seven states, with losses in excess of $5,000,000.  Most of the members of this group were successfully prosecuted, and there have been no burglaries linked to this group since 2008.

2010 Assigned to ATF Firearms Trafficking Task Force as a sworn Federal Agent. Investigated gun crimes for Federal Prosecution.

2012 Retired May 31, 2012

## Marquette University Department of Public Safety

Employed July 1981 through January 1988.  Promoted to Sergeant October 1981.  Duties involved the day to day operational supervision of 31 full time employees, who were entrusted with the safety and security of the Marquette community and physical plant.  Responsibilities included scheduling, payroll records, administrative planning, as well as discipline and evaluation.  Primary responsibility for first line supervision of crisis intervention situations.

## Milwaukee Police Department

Employed November 1973 through September 1978.  Duties involved all aspects of police work with specific assignments in squad patrol, foot patrol, accident investigation, vice, and store security.

# Awards

Three Meritorious Arrest-Milwaukee Police Department

Citizens Award of Merit-Milwaukee Police Department 1985

Citizens Award of Merit-Milwaukee Police Department 1986

Honoring Proclamation by Milwaukee Common Council 1986

Eagle's Club Award for Heroic Action 1998

Silver Medal Cycling-International Police Fire Olympics 2000

David Demos Award-Milwaukee County Sheriff 2003

"You Made a Difference Award" Cities of Mequon, Cedarburg, and Port Washington 2003

David Demos Award-Milwaukee County Sheriff 2007

Crime Prevention Award-Milwaukee Exchange Club 2008

Community Service Award-Milwaukee County Sheriff 2016

Ex. G