

# CRIMINAL CASE CONSULTANTS INC
## FORENSIC SERVICES

# 1-888-400-1309

## United States

1967 Wehrle Drive
Suite #1 - Unit 126.
Buffalo, NY 14221
(347) 298-6135

## Canada

10 Milner Business Court
$3^d$ Floor
Toronto, Ontario M1B 3C6
(416) 297-7676

**Expert Forensic Services**
**Coercive Interrogation & Interview Techniques**
**Investigative Methods**

**EXPERT CV**

Criminal Case Consultants provides trial consulting & forensic expert services in the United States, Canada and for the United States Military. Our firm provides forensic expert analysis and opinion on coercive police interrogation techniques and coercive witness & victim interviews. Brian Leslie, a coercive interrogation & interview techniques expert, has over 15 years of previous law enforcement experience which includes major case investigation and specialized training, as well as a term serving as Chief of Police. Mr. Leslie is regularly retained to examine, analyze the contents of written, video and audio witness / victim interviews, suspect interviews and interrogations (audio, video and written transcripts) that were conducted by law enforcement as well as the examination of interviews and investigative notes by child protection service agencies in both the United States and Canada.

# Brian Leslie

*Forensic Expert*
*Coercive Police Interrogation & Interview Techniques*
*Most Recent Summary of Major Criminal Cases*
*Post Conviction & Trial – Canada & United States & U.S. Military*
*Providing Expert Testimony & Opinion, Consultation & Forensic Reports*
*2014 – 2018*

## Corporate Information

Criminal Case Consultants Inc.

E-mail brian@criminalcaseconsultants.com

www.criminalcaseconsultants.com

## Our United States Verified Government Contractor Information
**Military & Federal Agencies On:**

## SAM.gov

DUNS # 243201917
NCAGE # L0GT8
IRS # 473501-421

More Information Visit: www.criminalcaseconsultantsgov.com





DEPARTMENT OF THE ARMY
UNITED STATES MILITARY ACADEMY
TRIAL DEFENSE SERVICES
THAYER HALL, ROOM 206
WEST POINT, NY 10996

MAJA-TDS                                                                 27 February 2018

MEMORANDUM FOR Record

SUBJECT: Documenting Mr. Brian Leslie's Expert-Consultant and Testifying Expert's Assistance – CDT Trevon Turner's Formal Board (Army Regulation [AR] 15-6's Formal Board), Based on an Allegation of a Sexual Assault, under Article 120, Uniform Code of Military Justice

1. On behalf of CDT Turner, the Respondent at a Formal AR 15-6 Board, I want to document the following achievement:

    a. Mr. Brian Leslie was an expert-consultant and a testifying expert at CDT's Turner Board. The Board had to decide whether CDT Turner committed an offence of sexual assault. The alleged victim refused to testify, and the only evidence against the Respondent was the statement from the alleged victim's former boyfriend.

    b. CDT Turner was questioned by an Agent from a Criminal Investigation Division (CID), Special Agent (SA) Berry. CDT Turner, who was only 18 at that time, explained to SA Berry the events of the night, when he and the alleged victim had sexual intercourse, describing it as a consensual encounter. After hours of keeping CDT Turner at the CID, SA Berry pressured the teenager to put himself into the shoes of the alleged victim and name how the crime would have been called if someone would have had sex with her without her consent. CDT Turner said that it would be rape or sexual assault, or words to that effect. After that statement, the Prosecution and SA Berry claimed that CDT Turner "confessed" to rape or sexual assault of the alleged victim.

    c. Mr. Leslie examined all of the evidence in CDT Turner's case and analyzed it. Based on his review, he was able to determine that CDT Turner's so called "confession" was coerced and was not given freely and voluntarily. Mr. Leslie also educated the Board members about different types of investigative techniques, and which techniques were used in CDT Turner's case. After his testimony, it became clear to the Board members that CDT Turner's "confession" should be disregarded as coerced and unreliable.

    d. Due to Mr. Leslie's expert assistance, knowledge, and incredible professionalism, the Defense believes that CDT Turner and his family were able to get their son's life back and prevent him from being not only separated from the United States Military Academy at West Point, but also from being irretrievably characterized for the rest of his

life as a sexual predator, a characterization that would have virtually ended any chances of him having a normal life.

2. Mr. Leslie's expert assistance aided in restoring justice and fairness in this case, making a tremendous positive impact on the life of the 19-year-old CDT Turner and his family.

3. The point of contact for this memorandum is the undersigned by email at Olesea.collins@usma.edu or by phone at (845) 938-0104/ (727) 519-3027 (text).

COLLINS.OLESEA.1455529243
//originally-signed//
OLESEA ROAN (Collins)
CPT, JA
Defense Counsel, Officer in Charge



DEPARTMENT OF THE ARMY
UNITED STATES MILITARY ACADEMY
TRIAL DEFENSE SERVICES
THAYER HALL, ROOM 206
WEST POINT, NY 10996

MAJA-TDS

7 December 2017

MEMORANDUM FOR Record

SUBJECT: Results of Trial, *United Sates v. SPC Audrequez Evans* – Expert- Consultant/ Expert Witness, Mr. Brian Leslie, Coercive Interrogations Techniques Expert

1. SPC Evans was accused and charged with allegedly committing sexual assault of one of his friends. SPC Evans was interrogated by a special agent, Special Investigation Division (CID), U.S. Army, and "confessed" to the sexual assault although he was a pass-out drunk at that time of the claimed offense. The charges were preferred and referred to a General Court-Martial at Fort Meade, Maryland. The trial took place on 4 December 2016 through 6 December 2017. SPC Evans was acquitted of all charges against him.

2. During the trial, the Military Judge, COL Daniel Brookhart, accepted Mr. Brain Leslie as an expert in coercive interrogations techniques.

3. Prior to trials, Mr. Leslie testified at the motions' hearing, when the Defense filed a Motion to Compel a production of an expert. After the Judge heard Mr. Leslie's testimony at the hearing, discussing the area of his expertise, the Military Judge compelled the Prosecution to produce Mr. Leslie as Defense's expert- consultant and a possible testifying expert in coercive interrogations techniques.

4. Mr. Leslie's assistance was invaluable as he was able to break down the techniques used by the CID agent. As the result of such understanding, the jury did not give any weigh to the coerced false confession.

5. The point of contact for this memorandum is the undersigned by email at Olesea.collins@usma.edu or by phone at (845) 938-0104.

COLLINS.OLESEA.1455529243 *Digitally signed by COLLINS.OLESEA.1455529243*

OLESEA COLLINS
CPT, JA
Defense Counsel

## Policing History

1978 – 1981  Hinton Police Service - Alberta
1981 – 1982  Luseland Police Service – Saskatchewan
1982 – 1983  Weyburn Police Service – Saskatchewan
1984 – 1987  Macklin Police Service – Saskatchewan
1987 – 1993  Sarnia Police Service - Ontario

## Books Published *(Distributed Globally)*

- *2012 - Reaction Analysis Profiling*
- *2014 - Deception of a Witness*
- *2016 - Visual Liar*

# United States Military Cases

**2017 – U.S. v Audrequez Evans – U.S. Army - General Court Martial**
*- Sexual Assault, Rape*
*– JAG Lawyer: Olesea Collins CPT*
*- Fort Drum Field Office – Atlantic Region*
*- **Expert Testimony Provided** - Fort Meade, Maryland*
*- General Court Martial – December 04, 2017*
*- Our File Reference # 1247-c*

**2017 – U.S. v Alejandro Gentry – U.S. Army - Article 15 Proceeding**
- *Sexual Conduct*
- *JAG Lawyer: Olesea Collins CPT*
- *Fort Drum Field Office – Atlantic Region*
- ***Expert Testimony Provided*** *- Fort Bragg, North Carolina*
- *December 15, 2017*
- *Our File Reference # 1261-c*

**2018 – U.S. v Ean Nacke – U.S. Army - Summary Proceeding**
- *Sexual Assault*
- *Lawyer: Todd Conormon*
- ***Expert Testimony Provided*** *- Fort Bragg, North Carolina*
- *February 2, 2018*
- *Our File Reference # 1233-c*

**2018 – U.S. v Guillermo Batista-Mendez – U.S. Army - General Court Martial**
- *Sexual Assault (3 counts)*
- *JAG Lawyer: CPT David Allen*
- *Provided Forensic Report For Trial*
- ***Expert Testimony Pending*** *March 27 / 2018 & April 9, 2018*
- *Fort Bragg, North Carolina*
- *Our File Reference # 1268-c*
- ***Case Withdrawn – Prior To Trial***

**2018 – U.S. v Trevaun Turner – U.S. Army - Summary Proceeding**
- *Sexual Assault*
- *JAG Lawyer: Olesea Collins-Roan CPT*
- ***Expert Testimony Provided*** *- Fort Benning, Georgia*
- *February 21, 2018*
- *Our File Reference # 1271-c*

**2018 – U.S. v Ty Moore – U.S. Army - General Court Martial**
- *Sexual Assault*
- *JAG Lawyer: Olesea Collins-Roan CPT*
- ***Expert Testimony Pending****- West Point, New York*
- *June 12-15, 2018*
- *Our File Reference # 1291-c*
- <u>***Trial Pending***</u>

**2018 – U.S. v Nathan Smith – U.S. Army - Court Martial**
- Sexual Misconduct
– JAG Lawyer: Olesea Collins-Roan CPT
- West Point, New York
- April 20, 2018
- Our File Reference # 1310-c
- <u>**Trial Pending**</u>

# Public Defender Cases - United States

**2018 - The State Of Minnesota v. Timothy Miller**
- 1 st Degree Assault  - Greater Bodily Harm
- Public Defenders Office Minneapolis
- Lawyer: Steve Bergeson
- Our File Reference # 1293-c

# United States Cases

**2017 - State of Louisiana v. Lekeithen Harris**
– Attempted 2nd Degree Murder
- Post Conviction – Client: Family
- Our File Reference # 1031-c

**2016 - State of Florida v. Tamara Taylor**
 - Conspire to Commit Organized Fraud, Grand Theft of the 2nd Degree
- Post Conviction – Client: Family
- Our File Reference # 1022-c

5

Case 2:16-cr-00021-PP   Filed 07/20/18   Page 8 of 19   Document 145-9

EX. 1

### 2017 - State of Virginia v. Timothy Wright
- *1st Degree Murder*
- *Post Conviction – Client: Family*
- Our File Reference # 1024-c


### 2017 - State of Wisconsin v. Kim Gentz
- *Stalking*
- *Post Conviction – Lawyer: Michael Torphy*
- Our File Reference # 1027-c


### 2017 - State of West Virginia v. Juan Moore
- *Sexual Abuse by Parent or Guardian (20 Counts)*
- *Post Conviction – Client: Family*
- Our File Reference # 1051-c


### 2017 - State of Mississippi v. Leo Laurent
- *2nd Degree Murder*
- *Post Conviction – Client: Family*
- Our File Reference # 1046-c


### 2017 - State of Ohio v. Timothy Hubal Jr.
- *Gross Sexual Imposition – Rape*
- *Post Conviction – Client: Family*
- Our File Reference # 1053-c


### 2016 - State of Marilyn v. Reginald Love
-1st Degree Murder, Conspiracy to Commit Murder, Attempted 1st degree murder, handgun charges ( 2 counts)
- *Post Conviction – Client: Family*
- Our File Reference # 1074-c

**2016 - State of Louisiana v. William Felix Vail**
- *2nd Degree Murder*
- *Post Conviction – Client: Family*
- Our File Reference # 1219-c


**2016 - State of Michigan v. Christopher Winowiecki**
- *1st Degree Attempt Sexual Assault, Sexual Criminal Conduct in the 1st Degree (2 counts), Criminal Sexual Conduct 2nd Degree*
- *Post Conviction – Client: Family*
- Our File Reference # 1062-c


**2016 - State of Texas v. Arthur Bronchae Kirven**
- *Injury To A Child ( 2 counts causing death)*
- *Post Conviction – Client: Family*
- Our File Reference # 1099-A-c


**2017 - State of Tennessee v. Kenneth Deangelo Thomas**
- *1st Degree Felony Murder*
- *Post Conviction – Client: Family*
- Our File Reference # 1068-c


**2016 - People Of The State Of California v. Hooman Ashkan Panah**
- *1nd Degree Murder – Capital Case – Death Penalty*
- *Post Conviction– Client: Family*
- Our File Reference # 1071-c


**2016 - State Of Delaware v. James Hamilton**
- *Unlawful sexual contact 1st degree & unlawful sexual contact 3rd degree*
- *Post Conviction – Client: Family*
- Our File Reference # 1076-c

**2016 - State Of Texas v. Tarik J McIntyre**
*- Assault Causing Bodily Injury*
*- Post Conviction – Client: Family*
- Our File Reference # 1070-c


**2016 - People Of The State Of California v. Michael Jeffery Lopez**
*- Murder*
*- Post Conviction – Client: Family*
- Our File Reference # 1066-c


**2016 - The State of Florida v. Christopher Douglas**
*-Robbery with a Firearm*
*- Post Conviction – Client: Family*
- Our File Reference # 1080-c


**2016 - The State of Florida v. Roderick Mathis**
*- 1st Degree murder and armed robbery*
*- Post Conviction – Client: Family*
- Our File Reference # 1086-c


**2016 - The State of Michigan v. Gregory V. Young**
*- 1st Degree Premediated Murder, Murder*
*- Post Conviction – Client: Family*
- Our File Reference # 1072-c


**2016 - The State of Texas v. Rudolfo Jr. Munoz**
*-Wrongful death in custody– Client: Family*
- Our File Reference # 1092-c


**2016 - United States v. Anthoine Plunkett**
*– (Conspiracy To Murder For Hire)*
*- Post Conviction– Client: Family*
- Our File Reference # 1123-c

**2017 - The State of California People v. Matthew Worthen**
*- Murder*
*- Assault On A Child Causing Death*
*- Post Conviction – Client: Family*
- Our File Reference # 1143-c


**2015 - State Of Texas v. Robert Espinoza**
*- Capital Murder*
*- Post Conviction – Client: Family*
- Our File Reference # 1171-c

**2016 - The State of Pennsylvania v. Leon Garland**
*- 1st Degree Murder*
*- Post Conviction– Client: Family*
- Our File Reference # 1146-c


**2016 - The State Of Louisiana v. Marcus Artis**
*- Murder*
*- Post Conviction– Client: Family*
- Our File Reference # 1153-c


**2016 - The State Of Texas v. Benny Linenschmidt**
*- Aggravated Sexual Assault On A Child Under 14*
*- Post Conviction– Client: Family*
- Our File Reference # 1077-c


**2018 - The State Of North Carolina v. Roderick Wyche**
*- Murder, Statutory Rape, Felony Conspiracy, 1st Degree Sex Offense With A Minor*
*– Lawyer: Bill Spence*
- Our File Reference # 1220-c


**2018 - The State Of Massachusetts v. Roderick Wyche**
*- Sexual Assault*
*– Lawyer: Armond Hyatte*
- Our File Reference # 1272-c

# Canadian Cases

**2015 - R. v. Shane Lund – Ontario – Lawyer: Eginhart Ehlers**
*- Sexual Assault, (multi-count) Possession, Distribution, Manufacturing of Child Pornography (multi-count) Bestiality*


**2015 - R. v. Adam Collins – Ontario – Lawyer: Eginhart Ehlers**
*- Criminal Breach Of Trust, Theft*


**2015 - R. v. Jordon Lampert – Ontario – Lawyer: Walter Fox**
*- Sexual Assault*


**2016 - R. v. Andrew Fallows– Ontario – Lawyer: Eginhart Ehlers**
*- Criminal Negligence Causing Death, Impaired Operation Causing Death,*
*-Dangerous Driving Causing Death*


**2016 - R. v. James McNabb– Ontario – Lawyer: Eginhart Ehlers**
*- Possession for the Purpose Of Trafficking , Possession of a Restricted Weapon*


**2015 - R. v. Nick Fortonato – Ontario – Lawyer: Eginhart Ehlers**
*– Fraud Over 1 M*


**2015 - R. v. Troy Ellison – Ontario – Lawyer: Eginhart Ehlers**
*– Possession for the Purpose Trafficking*


**2015 - R. v. Fawzi Bidawi – Ontario – Lawyer: Eginhart Ehlers**
*– Careless Storage of a Firearm, Careless Transportation of a Firearm*

10

**2017 - R. v. Neil Malick – Ontario – Lawyer: Walter Fox**
 *– Fabrication of Evidence, Attempt to Obstruct Justice*
**2017 - R. v. Ryan Patterson – N.W.T – Lawyer: Tu Pham**
 *– Assault on a Child*


**2017 - R. v. Kwesi Ellis – Ontario – Lawyer: Bill Halkin**
 *– Dangerous Driving Causing Death*
*- Dangerous Driving Causing Bodily Harm X 2*


## Other Consulting & Forensic Reporting

*\*\* Provided Attorney Consulting and Forensic Reviews On Criminal-Non-Criminal Cases Including: Child Abuse Allegations, Death Related Investigations, Police Misconduct Allegations Related To Investigation Are Not Listed.*


### *Previous Specialized Law Enforcement Training During Police Career 1978 - 1994*

- *Analytical Investigative Methods – Anacapa Sciences Inc.*
- *Sudden & Suspicious Death & Homicide Investigation*
- *Complex Drug Investigations*
- *Crime Scene & Evidence Control*
- *Police Management – Identifying Misconduct*
- *Sexual Assault Investigations*
- *Organized Crime – Tracking Proceeds Of Crime*

11

# Research & Education – Law Enforcement Training Materials

- Essentials Of The REID Technique – Criminal Interrogation and Confessions – Second Edition – By John E Reid
- Anatomy of Interrogation Themes – The Reid Technique of Interviewing and Interrogation – Second Edition – By Louis C. Senese
- How To Identify, Interview & Motivate Child Abuse Offenders To Tell The Truth – Second Edition – David Buckley

# Continual Updated Education
## Seminars & Training

*National Association Of Criminal Defense Lawyers  (Membership # 95130)*
*Classification: Forensic Expert*
*1 Hour Seminars*

*Continuing Legal Education Seminar Training Credits*
*2015 - 2016*

- *Cross The Narcotics Officer –* **Presenter:** Dirk Manoukian
- *GPS, Cellphones –* **Presenter:** Robert Aguero – Seminar
- *Money Laundering & Rico –* **Presenter:** Dominic Gentile
- *Crossing Informants, Cooperating Witnesses, Snitches & rats*
- **Presenter:** J.W. Carney Jr.
- *Sexual Assault Cases Involving Children – Investigation & Preparation*
  – **Presenter:** EG Gary Morris

- *Felony Gun Possession* – **Presenter:** Doris Holt
- *Gang Defenses* – **Presenter:** Katherine Corrigan
- *Conspiracy To Commit Murder* – **Presenter:** Robert Jones
- *Self Defense In Homicide Cases* – **Presenter:** Deja Vishny
- *False Confessions* – **Presenter:** Dr. Antoinette Kavanaugh ( Chicago)
- *Child Abuse & Molestation Of A Child* – **Presenter:** Dr. Rich Kaplan, M.D.
- *Theories, Themes and Storytelling in Sexual Assault Cases* – **Presenter:** Cynthia Roseberry
- *The Role Of The Forensic Psychologist in Defending Sex Offender Cases* – **Presenter:** Joanne Daley
- *Cross Of The Alleged Rape Victim* – **Presenter:** Professor Herschella Conyers
- *Shaken Baby Syndrome* – **Presenter:** Keith Findley
- *Voir Dire in Sex Cases* – **Presenter:** Marvin Schechter
- *Interrogation, Coercion and False Confessions* - **Presenter:** Professor Richard Leo
- *False Confessions- Obtaining Clinical Psychological Evidence* – **Presenter:** Paul Casteleiro
- *Working With Experts In False Confession Cases* – **Presenter:** Paul Cateleiro
- *Cross-Examining Law Enforcement In False Confession Cases* – **Presenter:** Deja Vishny
- *Defending Child Pornography Cases* – **Presenter:** Jay Clark & Michael Iacopino
- *Cross-Examination of Child Witnesses* – **Presenter:** Shaun McCrea
- *Conspiracy Allegations In A Drug Case: Evidentiary Implications* – **Presenter:** Don Samuel
- *Defending Drug Cases : Mail Order Pharmacists, Compounders, Street Crimes*
- *Battling 21st Century Surveillance* – **Presenter:** Hanni Fakhoury
- *Successful Litigation In Cases Dealing With Selective Enforcement& Racial ---Profiling* – **Presenter:** Colette Tvedt
- *Sexual Predator Defenses – Robert LeBell*
- *Debunking the Prosecutors Claim Of A Drug Conspiracy* – **Presenter:** Thomas Decker
- *Capital Murder, Death Penalty Training – Making The Case For Life*

- *Defending Modern Drug Case – 4th Amendment, Suppression, Search Seizure –* **Presenter:** Vincent Savarese
- *Conspiracy Allegations in a Drug Case –* **Presenter:** Samuel
- *Street Crimes, Stress and Suggestion: Helping the Jury see what the Witness did not-* **Presenter:** Jonathan Rapping
- *Forensic Science, the NAS report and a Case Analysis-* **Presenter:** Brent Turvey
- *Beating the Assault & Battery Charge –* **Presenter:** Drew Finding
- *Cross a Snitch in a Drug Case –* **Presenter:** Robert Fichinan
- *Self Defense in Homicide Cases –* **Presenter:** Deja Vishney
- *Rodriguez & the Roadside Detention –* **Presenter:** Vincent Savarese
- *From PhaRxm to Table: False Prescriptions, Pill Mills, Doctor Shopping & Pharmacies –* **Presenter:** Marcia Shein
- *Cannabis DUI's –* **Presenter:** Abe Hutt
- *Interpreters & Translators During Auto Stops & Interviews –* **Presenter:** Christopher Dupont
- *Forfeiture –* **Presenter:** Steven Kessler
- *Child Pornography Sentencing –* **Presenter:** Larry Matthews & Tracy Sabenow
- *Ethical Online Investigation In The Age of Social Networking & Technology –* **Presenter:** Bill Gallagher
- *Effective Use Of Experts In Sentencing*
- *Sex Offense Allegations With Jurors –* **Presenter:** Rick Kanmen
- *Making the Case For Life: Mitigation in Capital Cases –* **Presenter:** N.A.C.D.L
- *Making the Case For Life: Investigation – Capital Cases –* **Presenter:** N.A.C.D.L

### Toronto, Canada

*1 day Seminar – September 27, 2017 - Rock and a Hard Place: False Guilty Pleas and Wrongful Convictions –* **Presenter:** Innocence Canada

## National Association Of Criminal Defense Lawyers
## Continuing Legal Education Seminar Training Credits
## 1 Hour Seminars

### 2017 - 2018

- *Self Defense in Homicide Cases* – **Presenter:** *Deja Vishny*
- *Evaluating Strangulation Evidence* – **Presenter:** *Tara Godoy*
- *Working With and Crossing the Pathologist in a Gunshot Cases* – **Presenter:** *Deja Vishny*
- *Voir Dire in Self Defense Cases* – **Presenter:** *Eric Davis*
- *Eyewitness Identification* – **Presenter:** *Ellen Eggers & Scott Fraser*
- *Science in Sexual Assault Cases* – **Presenter:** *Nellie King*
- *Not So Total Recall Memory and Witness Identification* – **Presenter:** *Dr. Elizabeth Loftus*
- *Suppressing Eyewitness Identifications* – **Presenter:** *Paul Rudof*
- *The Science of the Mind Sanism, Pretextuality and Mental Disabilities* – **Presenter:** *Professor Michael Perlin*
- *Challenging the Confession of a Mentally Ill Client* – **Presenter:** *Dr. Clarence Watson*
- *False Confessions in Sex Cases* – **Presenter:** *Deja Vishny*
- *Forensic Mental Health & the Law* – **Presenter:** *Professor Steven Drizin , JD*
- *Exposing & Fighting Misconduct in Criminal Cases – Police Misconduct on the Streets* – **Presenter:** *Colette Tvedt*
- *Misconduct in Police Investigations* – **Presenter:** *Deja Vishny*
- *Mental Aspects Of False Confessions* – **Presenter:** *Dr. Antoinette Kavanaugh*
- *The Science Behind False Confessions* – **Presenter:** *Christine Funk*
- *Understanding and Challenging False Confessions* – **Presenter:** *Deja Vishny*
- *Ethical Use Of Experts* – **Presenter:** *Christopher Leibig*
- *Defending Cops Accused of Misconduct* – **Presenter:** *Richard Jaffe*
- *Systematic Police Agency Misconduct* – **Presenter:** *Scott Sanders*
- *Forensic Lab Fraud* – **Presenter:** *Nancy Caplan*
- *Investigating Police Misconduct* – **Presenter:** *Kevin McClain*
- *Brady and Giglio* – **Presenter:** *Denis Devlaming*
- *Applying the Scientific Method In Fire Investigations* – **Presenter:** *Paul*

*Bieber & Len Walker*
- *Presenting Forensic Evidence At Trial* – **Presenter:** *Iris Eytan*
- *Understanding Mobile Forensics*– **Presenter:** *John Elis*
- *Introduction to DNA Mixtures* – **Presenter:** *Bicka Barlow*
- *Abusive Head Trauma* – **Presenter:** *Tara Godoy*
- *Drug Recognition Evaluations (DRE)* – **Presenter:** *Steve Oberman*
- *Firearms & Toolmarks* – **Presenter:** *William Tobin*
- *Digital Evidence* – **Presenter:** *Doug Carner*
- *Fire Investigations* – **Presenter:** *Paul Bieber*
- *Computer Search Warrants* – **Presenter:** *Professor Orin S Kerr*
- *Strangulation Evidence* – **Presenter:** *Tara Godoy*
- *Bitemark Evidence* – **Presenter:** *Hon. Christopher Plourd*
- *Bloodspatter Evidence*– **Presenter:** *Tim Palmback*
- *Building a Mental Health Defense* – **Presenter:** *John Niland*
- *Confronting & Utilizing the Pathologist in Murder Cases* – **Presenter:** *Robert Sanger*
- *Fighting the Fantasy of Forensics*– **Presenter:** *Jose Baez*
- *Forensic Pathology & Toxicology*– **Presenter:** *Michael Cristalli*
- *DNA Database Issues*– **Presenter:** *Bicka Barlow*
- *Locating, Vetting, Retaining and Using Experts* – **Presenter:** *Christine Funk*
- *Under the Shadow PTSD* – **Presenter:** *Michael Harris*
- *Developments in Fingerprint Evidence* – **Presenter:** *Simon Cole*
- *Time of Death Calculations* – **Presenter:** *Jim Cooney*
- *Qualifying Forensic Science Opinions* – **Presenter:** *David Kaye*
- *Shaken Baby Syndrome* – **Presenter:** *Professor Keith Findley*
- *Using Forensic Science in Sex Assault Cases*– **Presenter:** *Michael Waddington*
- *Cross-Examination of Alleged Rape Victim*– **Presenter:** *Callie Steele*
- *Shining Light on Suggestiveness in Children's Interviews*– **Presenter:** *Dr. Michael Brannon*
- *Computer Forensics in Child Porn Cases* – **Presenter:** *Don Vifer*