# Jeffrey A. Danik
# FBI Supervisor-Retired

## Miami FBI Office

## FBI Supervisor and periodic Acting Assistant Special Agent-in-Charge (A/ASAC)

This was an intensive leadership position. Supervised a highly successful Task Force of FBI Agents and police officers targeting transnational crime organizations. Interdiction of cargo and supply chain theft gangs concentrating on bonded warehouses, freight forwarders, and at airports and seaports. Instituted a nationwide outreach effort, coordinating efforts of several law enforcement major theft task forces. Successfully established a highly effective industry liaison program. Supervised investigations resulting in the arrest and conviction of dozens of criminals, dismantling gangs, millions of dollars in recoveries and lengthy prison sentences.

Acting Assistant Special Agent in Charge. Was periodically assigned Executive duties over nine violent-crime squads for one of the FBI's largest Violent Crime Programs. Supervised over 150 employees assigned across squads investigating transnational narco-traffickers, violent gangs, fugitives, bank robberies, kidnapping and crimes against children.

**Success examples**:
USA v. Cruz; Llufrio et al; Theft of gold shipment from commercial aircraft at Miami International Airport. Multiple convictions, substantial recovery of cargo, restitution ordered.

USA v. Marino; Tarrio et al; Theft of massive shipment of diabetic test strips posing danger to public if reintroduced into supply chain. Multiple convictions, restitution ordered.

USA v Valle et al: Five defendants convicted in multi-million-dollar theft of pre-retail medical products under the Safe Doses Act. Removed millions of doses of possibly contaminated stolen cold medicine and baby formula from being reintroduced into the food supply chain.

**Speaker:**
Transported Asset Protection Association Seminar, Austin, Texas.
Miami-Dade Public Safety Training Institute, Cargo-Major Theft Conference, Miami, Florida.
Florida International Bankers Association (FIBA) Anti-Money Laundering Conference, Miami, Florida.

## FBI Certified Police Instructor

Provided extensive domestic and international police training on behalf of the FBI.

**Representative examples**:

Conducted a 10-day school in Russia for 80 Russian Police Detectives on Money Laundering, corruption, Financial Crime and policing in a democracy;

Conducted a one-week school in Macedonia for 50 Detectives on violent crime, Money Laundering, corruption, Financial Crime and policing in a democracy;

Conducted public corruption training for fifty Detectives from police agencies throughout Africa at the International Law Enforcement Academy (ILEA) in Botswana;

Conducted terrorism training for FBI employees throughout the United States including as team leader in New York City, Washington, D.C. and Pittsburgh and internationally in Rome, Italy.

Myself and one U.S Treasury Department officer conceived, planned, instructed and coordinated a highly successful 4-day Terrorism Finance/Money Laundering school at Riyadh, Saudi Arabia attended by numerous police and anti-money laundering compliance officials from eleven countries in the Middle East.

Adjunct instructor for the FBI Miami Division Police Instructor Certification course.

## FBI International Operations Division-Saudi Arabia and Kuwait

As Assistant Legal Attaché and periodically as Acting Legal Attaché, coordination of FBI operations between the United States and Saudi Arabia and the United States and Kuwait. Heavy emphasis on Counterterrorism cases, Terror Finance matters and law enforcement training. Extensive daily collaboration with numerous U.S. government agencies on significant operational and policy matters related to complex terrorism investigations.  Provided consultation and coordinated coverage of several hundred significant terrorism leads in the United States, Saudi Arabia and Kuwait.

**Success examples**:

USA v Gufran Mohammed and Mohammed Said; worked directly for the case agent as team leader for a delicate, significant aspect of this prosecution; Defendants charged with Material Support of Terrorism to al-Qaeda, al-Shabab and al-Nusra Front. Defendants arrested in Saudi Arabia and extradited to the U.S. Both Defendants Pled guilty.

Was a team member working at direction of case agent, covering leads regarding Suliman Abu Ghaith, a senior al-Qaeda official and son-in-law of Mohammed bin Laden.

Routinely briefed senior Intelligence agency officials, senior FBIHQ officials, military commanders and Ambassadors on counterterrorism efforts and operations of the FBI in Saudi Arabia and Kuwait.

Lead agent, reporting to the Director's security detail, for security related to the diplomatic visit of the FBI Director.

FBI lead for one of the largest and most successful Counter-Radicalization meetings ever held between the U.S., several western allies and Saudi Arabia.

USA v Hitselberger, Kuwait in-county lead; coordinated extensively with Kuwait officials and the Department of State for the arrest and deportation of Hitselberger to the USA.

Recruited and processed numerous candidates for the FBI National Academy from host nations.

## FBI Supervisor, Acting SSRA-West Palm Beach

Supervised FBI agents and police officers in a Task Force environment investigating a large number of complex criminal cases, utilizing Sensitive Undercover Operations in Human Trafficking, Elected Official corruption, Law Enforcement officer corruption and significant Health Care Fraud cases. Routinely served as Acting Senior Supervisory Resident Agent responsible for 85 employees and three Supervisors.

**Successes**:
Operation Sledgehammer: Supervisor; Conceived and implemented this long-term FBI Undercover Operation. Resulted in the arrest and conviction of over one hundred persons, including healthcare professionals, for conspiracy, fraud and money laundering. Investigation was awarded the prestigious Attorney General's Award for Fraud Prevention.

Undercover Operation, Human Trafficking: Supervisor; conceived and implemented this highly successful long-term FBI Undercover Operation. Resulted in the arrest and conviction of numerous persons involved in human trafficking, narcotics trafficking and the illegal sale of guns. Several individuals were rescued from exploitation. Dismantled a substantial portion of a violent local gang, the Krazy Locos. Targets were convicted of various crimes including homicides, robbery, firearms and narcotics charges.

Operation Blind Justice: Conceived, implemented and oversaw this entire FBI Undercover Operation aimed at law enforcement corruption. Resulted in the arrest and conviction of sixteen individuals, eleven of whom were prison guards. Several defendants conspired to possess cocaine with intent to distribute related to their transporting multi-kilo cocaine loads. Personally, designed this operation, selected the Undercover officers, oversaw multiple operations and planned and staffed the take-down, requiring an elaborate scenario using two SWAT Teams. Responsible for all liaison with integral partners at Palm Beach and Martin County Sheriff's Offices, Florida DOC, ATF and ICE.

## FBI-Washington, D.C.-Counterterrorism Division
Counterterrorism supervisor and periodically Acting Unit Chief in the FBI's National Threat Center Section. Was part of a small team that designed and implemented the government's primary terrorist incident tracking tool, "The Guardian Threat Tracking System". I was a system administrator and oversaw, with others, the civilian support team for Guardian. I managed a group of analysts mining Guardian for data who then produced intelligence products for the entire IC. Was the lead planner for the design of the eGuardian system (the unclassified version of Guardian).

## Associations:
- Member of ASIS, an International Association of security professionals.
- Associate Member, Police Benevolent Association (PBA), Palm Beach County, FL.
- Member, Society of Former Special Agents of the FBI.
- Court Appointed-Volunteer, Florida 15th Circuit Judicial District, Office of the Guardian ad Litem.
- Inspector, Palm Beach County Supervisor of Elections (part-time, election related).

# Representative FBI Undercover Experience-Retired FBI Supervisory Special Agent Jeff Danik

## Counterterrorism-al Qaida and al Shabaab (Somalia)-foreign fighters

Planned and staffed an FBI undercover operation in a Middle East country targeting an al-Qaida cell recruiting and funding fighters to join their training programs and to fight in Somalia. Ran the entire operation in the foreign country including overseeing initial surveillance, target identification and movements, coordinating with host country authorities and U.S Embassy stakeholders. Planned and assisted in video and audio packages being installed and importing the undercover agent. Oversaw meetings and evidence collection and then arrest and extradition of subjects. All subjects were convicted in the United States.

## Organized Crime/Political Corruption

Was the primary investigator that planned and instituted an FBI approved undercover operation aimed at penetrating the compromise of a local elected official by an alleged organized crime associate. Official was suspected of taking bribes for their assistance in getting government approvals for strip clubs to operate. Required to operate inside of strip clubs with undercover agents, surveillance agents, informants and targets. Numerous video and audio recordings and surveillances. Part of operation was conducted in Las Vegas during annual adult entertainment industry convention. Cash bribes were paid by undercover agents. Subject arrested and convicted. Extensive news coverage about the investigation and I received an award from the U.S. Attorney's Office and a cash bonus from the FBI.

## Stock/Financial Instrument Fraud

Performed FBI undercover agent role as a CPA, infiltrating a money laundering and investment fraud scheme. Met with targets in an undercover vehicle wired for sound and recorded meetings with them via numerous concealed recording devices. Operational security and surveillance were key factors. All targets were convicted and received prison terms. I received a commendation letter from the FBI Director for my role.

*Jeff Danik-FBI Undercover experience, cont'd*

## Prison corruption

Planned and instituted an FBI approved undercover operation that targeted for penetration two-dozen personnel, mostly prison guards at a Florida maximum security prison. At my direction and approval several undercover agents paid bribes to smuggle drugs and phones into the prison. The guards then requested more lucrative assignments and I designed a system by which they were paid $5,000 to escort cocaine shipments while in uniform to deflect police from interdicting the shipments. 20 people were indicted and arrested, all pled guilty. I received several commendation letters from the FBI, U.S. Attorney's Office, Florida Bureau of Prisons and local police departments who had participated in the operation.

## Human Trafficking/Gang Narcotics and illegal guns

Planned and initiated an FBI undercover operation that penetrated a violent gang's human trafficking, gun running and narcotic distribution network. Recovered several trafficking victims, purchased numerous illegal firearms and had numerous hand-to-hand drug purchases by undercover agents working at my direction. Numerous gang members were convicted and one murder was solved.

## Sophisticated, dangerous operation-kidnapping

Planned and operated an FBI undercover operation that took place inside the most notorious Super-max prison in the United States. The operation was aimed at an individual who had kidnapped and was suspected of murdering a child. The operation was sensitive as a recording device had to be smuggled into the prison without alerting any staff or prisoners. Had the operation been discovered a large-scale violent encounter could have taken place. The operation had a highly positive outcome.

## Counter Intelligence-Spying

Had a material role in two classified foreign counter-intelligence undercover operations involving Intelligence Officers (spies) of significant foreign countries operating in the U.S. These undercover operations took place over long time periods where I conducted extensive surveillance, provided technical electronic recording coverage, collected evidence of tradecraft, designed covers for operatives and secured and controlled undercover meeting locations.

*Jeff Danik-FBI Undercover experience, cont'd*

## Healthcare Fraud

Planned and initiated an FBI undercover operation that penetrated a major organized healthcare fraud organization. I secured assets and personnel to fit the criminal enterprises' operational profile. Extensive video recording and human source penetration was required. The case was extremely successful, over one-hundred people were arrested and convicted, including several doctors and licensed healthcare professionals. The investigation was awarded the prestigious 2015 U.S. Attorney General Award for Fraud Prevention.

## FBI Undercover training certification adjunct instructor/evaluator

I was a part-time evaluator for the FBI's gold-standard undercover certification training school. I would assist in running law enforcement officers applying to be certified FBI undercover agents through real world scenarios that were staged in public venues to enhance their training experience. I would advise on proper techniques, teach best practices and induce stress to gauge student's reactions. I would provide evaluations and assist program managers in choosing candidates for graduation.

## Alias False Identification and front company establishment

Materially participated in designing dozens of false identification and business fronts for FBI undercover operations. This included setting up front companies and contracting for clandestine assets needed for mission success.