UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,            Case No. 16-cr-21-pp

    Plaintiff,

v.

SAMY MOHAMMED HAMZEH,

    Defendant.

---

**NOTICE OF REVIEW HEARING UNDER 18 U.S.C. §3164**

---

Section 3164(c) mandates that no detainee, as defined by 18 U.S.C. §3164(a), will be held in custody pending trial after the expiration of the ninety-day period specified in §3164(b). Subsection (c) says that if the detainee's trial has not started within that ninety-day period, the court must conduct an "automatic" review of conditions of release. By the court's calculation, the ninety-day period under 18 U.S.C. §3164(b) has expired.

**PLEASE TAKE NOTICE** that on **Friday, July 27, 2018** at **1:00 p.m.** in **Room 222** of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, the court will conduct the "automatic" review required by 18 U.S.C. §3164. The parties, and the defendant, must appear in person.

Dated in Milwaukee, Wisconsin this 24th day of July, 2018.

                                               BY THE COURT:

                                               _____
                                               **HON. PAMELA PEPPER**
                                               **United States District Judge**