UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs*.                                             Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.
_____

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the document filed on today's date and its attachments. The grounds for the request to seal are detailed in the submission.

Dated at Milwaukee, Wisconsin this 26th day of July, 2018.

                Respectfully submitted,

                /s/    *Craig W. Albee*
                Craig W. Albee, WI Bar #1015752
                Joseph A. Bugni, WI Bar #1062514
                Gabriela A. Leija, WI Bar #1088023
                FEDERAL DEFENDER SERVICES
                  OF WISCONSIN, INC.
                517 E. Wisconsin Ave - Rm 182
                Milwaukee, WI   53202
                Tel.: (414) 221-9900
                E-mail: craig_albee@fd.org

                *Federal Defender Services*
                *of Wisconsin, Inc.*