# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin,** presiding. | Deputy Clerk: Mary Murawski |
| DATE: **July 27, 2018** | Court Reporter: FTR Gold |
| CASE NO. **16-CR-021** | Time Called: 2:19:24 |
| UNITED STATES v. **Samy Mohammed Hamzeh** | Time Concluded: 2:34:40 |
| PROCEEDING: **Hearing to Set Conditions of Release** | |

UNITED STATES by: **Paul Kanter Gregory J. Haanstad, Benjamin Taibleson**

Probation Officer: **Hannah Graham**

Interpreter: **None**

DEFENDANT: **Samy Mohammed Hamzeh,** in person, and by

ATTORNEY: **Craig Albee**

---

COURT: Today, Judge Pepper has ordered defendant's release and here in this court to set the conditions of release.

All parties have received the update from Pretrial Services.

GOVT:
- Is in agreement with Pretrial Services recommendation, with a couple of comments.
- Would like the location monitoring to be GPS.
- It remains the govt's position that detention is appropriate.
- Govt understands the reason for Judge Pepper's order of release.
- It is important to keep in mind the original reason for detention. The focus should be on the reason firearms were being acquired and intention of use of those firearms.
- Pretrial is recommending deft be released to his mother, who will act as 3rd party custodian. Govt requesting home detention and to be released into the custody of parents. Confined to the home except for doctor's appointment or to meet with his attorney.
- Recommend no employment and confined to home.
- As referenced in Pretrial Services Report, deft has 2 passports, U.S. and Jordan. Request deft surrender both immediately and deft not to be released until they have been turned over to the Clerk's office.
- Request some form of property bond be posted on deft's behalf.
- Standard conditions
- No contact with any govt witnesses including 2 confidential sources.

DEFENSE:
- Conditions recommended by PTS are appropriate.
- GPS not an issue
- No contact provision not an issue
- Defense notes the deft throughout his adult life has been employed.  Request he be able to work for the same employer listed in the Pretrial Report.  It is good for him to be productive.  GPS protects for risk of flight.
- Ask passport be provided to the clerk of court by Monday.  His family has the US passport in court today.
- Defense opposes property bond.  Parents are renters and have no significant assets.

PRETRIAL SERVICES OFFICER:  Believes updated recommendation is appropriate.

COURT calls Ms. Khwala Hamzeh to defense table and questions her with regard to her acting as the third-party custodian.

GOVT:  asks the court to reiterate most respectfully, that if she becomes aware of violations, it is her obligation to report to law enforcement and Pretrial Services and if she doesn't, she could face contempt of the court and be issued citations.

Ms. Khwala Hamzeh understands.

COURT will release deft on O/R Bond with conditions.

**Bond Status:**

☑ Defendant is released on: ☑ O/R bond ☐ Unsecured bond in the amount of Amount
☐ Bond Secured by: ☐ Cash ☐ Property ☐ Cash/Property
☐ *See* Conditions of Release, below ☑ *See* Order Setting Conditions of Release