Filed with Classified Information Security Officer
CISO _____
Date 08/07/2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMY M. HAMZEH

    Defendant.

Case No. 16-CR-21

FILED IN CAMERA, EX PARTE AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE

**(U) GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**