# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 28, 2018

Honorable William E. Duffin
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Samy M. Hamzeh*
Case No. 16-CR-21

Dear Magistrate Judge Duffin:

In response to the Court's ex parte order, R. 171, dated August 21, 2018, Hamzeh has no objection to the Court's proposal to disclose the records to the defense and the prosecution.

Thank you for your consideration.

Sincerely,

/s/     Craig W. Albee

CWA/cm