UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 16-CR-21

SAMY HAMZEH,

Defendant.

## NOTICE OF APPEARANCE

Please take notice that plaintiff, United States of America, is now also represented by

Assistant United States Attorney Adam Ptashkin.

Dated at Milwaukee, Wisconsin, this 19th day of September, 2018.

MATTHEW D. KRUEGER
United States Attorney

By:     /s/Adam Ptashkin

ADAM PTASHKIN
Assistant United States Attorney