UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                 Case No. 16-CR-21

SAMY M. HAMZEH,

        Defendant.

## THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME

On September 5, 2018, United States Magistrate Judge Duffin held a status hearing in the above-captioned case. At that hearing, the parties discussed the defense's September 4, 2018 Third Motion to Compel the production of certain discovery and the government's intention to file a responsive motion under the Classified Information Procedures Act ("CIPA"). The defense also indicated that it intended to submit a filing regarding the materials it sought in its Third Motion to Compel and CIPA. The parties agreed to submit those filings by September 24, 2018, and this Court set that deadline for those filings.

On September 18, 2018, the defense filed a Fourth Motion to Compel the production of certain discovery (as it had previously indicated it would). In light of the defense's fourth motion, the parties jointly move the Court to extend the deadline for the parties' respective filings regarding CIPA and the defense's Third and Fourth Motions to Compel from September 24, 2018 to September 26, 2018. The additional time will allow the parties to ensure their respective filings fully address CIPA and the defense's Third and Fourth Motions to Compel.

Respectfully submitted this September 20, 2018 at Milwaukee, Wisconsin.

MATTHEW D. KRUEGER
United States Attorney

*/s/ Benjamin Taibleson*
BENJAMIN TAIBLESON
ADAM PTASHKIN
Assistant United States Attorneys
Attorneys for Plaintiff
United States Attorney's Office
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700

*/s/ Craig Albee*
CRAIG ALBEE
JOSEPH BUGNI
Attorneys for Defendant Hamzeh
Federal Defender Services
   of Wisconsin, Inc.
517 East Wisconsin Avenue, Rm. 182
Eastern District of Wisconsin
Telephone: (414) 221-9900