UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SAMY M. HAMZEH

        Defendant.

Case No. 16-CR-175

<u>FILED IN CAMERA, EX PARTE AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE</u>

---

## (U) GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* MOTION FOR AN ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE