UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WICSDONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 16-CR-21 (PP)

    vs.

SAMY M. HAMZEH,

        Defendant.

## UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE

       Samy Hamzeh, by counsel, respectfully moves this Court to adjourn the status conference in this matter, currently scheduled for Nov. 6, 2018, to November 16 or 19. There are two reasons for this request. First, both of Hamzeh's primary lawyers will be preparing for Seventh Circuit oral argument in *Jensen v. Pollard*, which just recently was scheduled for November 7. We will be preparing for argument and traveling to Chicago on November 6, and the scheduling of *Jensen* also will interfere with time available for Hamzeh before that date. Second, perhaps not unexpectedly, the transcript review is taking longer than expected and there are continuing problems that have been identified with the government's transcripts. An additional week and a half to review transcripts and communicate with the government won't be enough to resolve the issues, but will put the defense in a better position to report back to the Court. The government does not oppose this adjournment request and has indicated that either of the proposed dates would work.

*Federal Defender Services*
*of Wisconsin, Inc.*

Accordingly, Hamzeh asks the Court to reschedule the status date for November

16, 19, or some other day that is convenient for the Court.

Dated at Milwaukee, Wisconsin this 29th day of October, 2018.

Respectfully submitted,

/s/     *Craig W. Albee*
Craig W. Albee, WI Bar #
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI  53202
Tel. (414) 221-9900
E-mail:  craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh

2

*Federal Defender Services*
*of Wisconsin, Inc.*