UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*      Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

_____

## ORDER

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Date:_____      _____
                                                                       Honorable William E. Duffin
                                                                       U.S. Magistrate Judge