# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin,** presiding. | Deputy Clerk: Mary Murawski |
| DATE: **November 9, 2018 at 9:00 A.M.** | Court Reporter: Liberty |
| CASE NO. **16-CR-021** | Time Called: 9:00:31 |
| UNITED STATES v. **Samy Mohammed Hamzeh** | Time Concluded: 9:07:45 |
| PROCEEDING: **Telephonic Status Conference** | |

UNITED STATES by: **Benjamin Taibleson, Adam Ptashkin**


DEFENDANT: **not present,** in person, and by
ATTORNEY: **Craig Albee, Joseph Bugni**

---

COURT: Here today to schedule the spoliation hearing.

ALBEE: At the last hearing govt agreed to give 2 weeks' notice of the name of their expert and a summary of that testimony. Would like something a little bit later. Would like to have any information that may be turned over from the CIPA hearing that defense could use at the spoliation hearing.

TAIBLESON: Will send over to defense the name of the IT Expert today.

**Spoliation Hearing set for December 12, 2018 at 1:00 P.M.** (Court will set aside the whole afternoon. Parties to do as well.)

ALBEE would like some sort of summary as to what the IT expert will testify to.

COURT: Have the CIPA hearing first. Then if court determines it needs argument, court can schedule that quickly.