UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

---

## NOTICE OF APPEARANCE

---

Please take notice that plaintiff, United States of America, is now also represented by Jennifer Burke, Trial Attorney for the United States Department of Justice, National Security Division, Counterterrorism Section

Dated at Milwaukee, Wisconsin, this 16th day of November, 2018.

        MATTHEW D. KRUEGER
        United States Attorney

By:    /s/Adam Ptashkin

        ADAM PTASHKIN
        Assistant United States Attorney

JENNIFER BURKE
Bar No: 9706250061MD
Trial Attorney U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202)-353-0023
Fax: (202)-514-0849
E-mail: Jennifer.burke@usdoj.gov