UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *vs.*　　　　　　　　　　　　　　　　Case No.　16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Exhibits A through E referenced in his Omnibus Memorandum filed via CM/ECF to the Court today as the exhibits are subject to a protective order issued by the Court.

Dated at Milwaukee, Wisconsin this 11th day of December, 2018.

        Respectfully submitted,

        /s/    *Craig W. Albee*
        Craig W. Albee, WI Bar #1015752
        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        517 E. Wisconsin Ave. - Rm 182
        Milwaukee, WI  53202
        Tel. (414) 221-9900
        e-mail:  craig_albee@fd.org

        *Counsel for Defendant*, Samy M. Hamzeh

*Federal Defender Services of Wisconsin, Inc.*