UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    *Plaintiff,*

                                                        16-CR-21 (PP)

        *vs.*

SAMY M. HAMZEH,

                    *Defendant.*

**ORDER**

Upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United

States District Court for the Eastern District of Wisconsin, Exhibits A through E

referenced in Hamzeh's Omnibus Memorandum filed on December 11, 2018, in the

above-captioned case be **SEALED** until further order of this Court.

SO ORDERED this _____ day of _____, 2018.

_____
Honorable Pamela Pepper
U.S. District Court Judge