UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.                                                        Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Hamzeh's attachments referenced in his Fifth Motion to Compel *Brady* and Rule 16 Material filed via CM/ECF to the Court today as the attachments are subject to a protective order issued by this Court.

Dated at Milwaukee, Wisconsin this 25th day of January, 2019.

                                                 Respectfully submitted,

                                                 /s/    *Craig W. Albee*
                                                 Craig W. Albee, WI Bar #1015752
                                                 Joseph A. Bugni, WI Bar #1062514
                                                 FEDERAL DEFENDER SERVICES
                                                   OF WISCONSIN, INC.
                                                 517 E. Wisconsin Ave. - Rm 182
                                                 Milwaukee, WI 53202
                                                 Tel. (414) 221-9900
                                                 e-mail: craig_albee@fd.org

                                                 *Counsel for Defendant*, Samy M. Hamzeh

*Federal Defender Services
of Wisconsin, Inc.*