UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.   Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, under General Local Rule 79(d), hereby requests that the Court file and maintain under seal Exhibit A referenced in his Superseding Discovery Motion filed via CM/ECF today as it contains information subject to a protective order issued by this Court.

Dated at Milwaukee, Wisconsin this 15th day of February, 2019.

    Respectfully submitted,

/s/    Craig W. Albee
Craig W. Albee, WI Bar #1015752
Joseph A. Bugni, WI Bar #1062514
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave. - Rm 182
Milwaukee, WI 53202
Tel. (414) 221-9900
e-mail: craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh

*Federal Defender Services of Wisconsin, Inc.*