UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.                                                      Case No. 16-CR-21

SAMY M. HAMZEH,

    *Defendant*.

## ORDER

Upon the motion of the defendant and good cause appearing therefore,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Exhibit A referenced in Hamzeh's Superseding Discovery Motion filed on February 15, 2019, in the above-captioned case be **SEALED** until further order of this Court.

SO ORDERED this \_\_\_\_\_ day of _____, 2019.

                                                            Honorable William E. Duffin
                                                            U.S. Magistrate Judge