UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## Government's Motion to Set a Trial Date

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson and Adam Ptashkin, Assistant United States Attorneys, hereby requests the Court set a trial date in this case.

This case was indicted on February 9, 2016. R. Doc. 6. Trial was eventually set for February 12, 2018. R. Doc. 45. An unopposed Motion to Adjourn Jury Trial filed by the defendant was granted on January 9, 2018. R. Doc. 87, 89. Trial was then set for August 20, 2018. R. Doc 111. Trial was adjourned again on July 27, 2018 after an unopposed Motion was filed by the defendant. R. Doc. 166. A hearing in response to a defense spoliation motion was held on December 12, 2018. R. Doc. 203. On March 25, 2019, the Magistrate Judge filed an order disposing of the defendant's outstanding discovery motions. R. Doc. 219. The case is, accordingly, no longer referred to the Magistrate Judge. Further, trial-ready translated transcripts have been produced. Given this procedural

disposition, the United States respectfully requests the Court set a trial date. The United States respectfully submits the case is ready to proceed to trial now that litigation regarding the defendant's spoliation and discovery motions is complete.

CONCLUSION

For the reasons set forth above, the United States respectfully requests the Court set a trial date at this time.

Dated at Milwaukee, Wisconsin this 27th day of March, 2019.

                Respectfully submitted,
                MATTHEW D. KRUEGER
                United States Attorney

By:   */s/ Adam Ptashkin*

                Adam Ptashkin
                Benjamin Taibleson
                Assistant United States Attorneys
                United States Attorney's Office
                Eastern District of Wisconsin
                517 East Wisconsin Avenue
                Milwaukee, Wisconsin 53202
                Telephone: (414) 297-1700
                E-Mail: benjamin.taibleson@usdoj.gov