UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE: April 8, 2019
JUDGE: Pamela Pepper
CASE NO: 2016-cr-21
CASE NAME: United States of America v. Samy Hamzeh
NATURE OF HEARING: Status Conference
APPEARANCES: Benjamin Taibleson – Attorney for the government
Adam Ptashkin – Attorney for the government
Joseph Bugni – Attorney for the defendant
Craig Albee – Attorney for the defendant
COURTROOM DEPUTY: Kristine Wrobel
TIME: 9:03 a.m. - 9:22 a.m.; 9:31 a.m. -9:43. a.m.
HEARING: Final pretrial conference set for September 25, 2019 at 9:30 a.m.
Status conference set for October 17, 2019 at 10:30 a.m.
Trial set for October 21, 2019 at 8:30 a.m.

**AUDIO OF THIS HEARING AT DKT. NO. 223**

The court had scheduled today's hearing because the parties had indicated that the time had come to discuss setting dates for the final pretrial conference and the trial. The court asked whether the parties still anticipated that the case would take ten business days to try. Counsel for the government responded that the government anticipated needing about four days to present its case-in-chief. Defense counsel responded that seven to ten business days still seemed reasonable.

After comparing calendars, everyone agreed to a trial date of October 21, 2019. The parties also discussed a deadline for file motions regarding the defendant's possible entrapment defense, and a deadline for filing more standard motions *in limine*. The court instructed the parties to review the docket and their previous filings, and to determine whether they needed to add any information to those filings. The court indicated that it would consider general jury instructions at the final pretrial conference, noting that it would be unable to rule on some proposed jury instructions until it could see how the evidence came in at trial.

The court **ORDERS**:

If the government wishes to file a motion to preclude a defense of entrapment, or if the defendant wishes to file an affirmative motion for leave to present the defense and for an entrapment instruction, the party seeking to file the motion must do so no later than the end of the day on August 21, 2019; responses are due by the end of the day on September 4, 2019 and replies by the end of the day on September 11, 2019.

1

Parties must file any other motions *in limine* no later than end of the day on September 13, 2019, with responses due by the end of the day on September 20, 2019.

The parties must attend a final pretrial conference on September 25, 2019 at 9:30 a.m. in Room 222.

The parties must attend a status conference on October 17, 2019 at 10:30 a.m. in Room 222, to address last-minute issues ahead of the trial.

The trial will begin on October 21, 2019 at 8:30 a.m. in Room 222. The parties estimate that the trial will last ten business days.

Dated in Milwaukee, Wisconsin this 8th day of April, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**
