UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                    Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

      Defendant.

---

**FIRST MOTION FOR EXTENTION OF TIME TO FILE RESPONSE**

---

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson and Adam Ptashkin, Assistant United States Attorneys, hereby files a motion for an extension of time to file its response to the Defendant's Consolidated Objections to the Magistrate Judge's Discovery and CIPA Orders.

The government's response to the defendant's objections is currently due on April 24, 2019. It will include, first, a publicly filed response to the defendant's objection to the magistrate judge's rulings on discovery issues that do no implicate the Classified Information Procedures Act ("CIPA"). It will also include a separate, classified filing on CIPA-related discovery.

In order to facilitate these filings, the government requests a one-week extension to its deadline – to May 1, 2019 – to file its response.

Counsel for the Defendant was consulted and does not object to this request.

Dated at Milwaukee, Wisconsin this 22nd day of April, 2019.

>Respectfully submitted,
>MATTHEW D. KRUEGER
>United States Attorney
>
>By: */s/ Benjamin Taibleson*
>
>Benjamin Taibleson
>Adam Ptashkin
>Assistant United States Attorney
>United States Attorney's Office
>Eastern District of Wisconsin
>517 East Wisconsin Avenue
>Milwaukee, Wisconsin 53202
>Telephone: (414) 297-1727
>Fax: (414) 297-1738
>E-Mail: benjamin.taibleson@usdoj.gov