Filed with the Classified Information Security Officer
CISO  DM Guerrero Randall
Date  05/01/2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 16-CR-21

SAMY HAMZEH,                      FILED IN CAMERA, EX PARTE
                                                         AND UNDER SEAL WITH THE
          Defendant.                     CLASSIFIED INFORMATION
                                                         SECURITY OFFICER OR
                                                         DESIGNEE

---

## (U) GOVERNMENT'S CLASSIFIED *IN CAMERA, EX PARTE* RESPONSE TO THE DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(D)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE