UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

       *Plaintiff*,

    *vs.*                                 Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

       *Defendant*.
_____

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the document filed on today's date and its attachments. The grounds for the request to seal are detailed in the submission.

Dated at Milwaukee, Wisconsin this 21st day of August, 2019.

                                     Respectfully submitted,

                                     */s/    Joseph A. Bugni*
                                     Joseph A. Bugni
                                     FEDERAL DEFENDER SERVICES
                                       OF WISCONSIN, INC.
                                     517 E. Wisconsin Ave - Rm 182
                                     Milwaukee, WI   53202
                                     Tel.: (414) 221-9900
                                     E-mail: craig_albee@fd.org

                                     *Counsel for Defendant*, Samy M. Hamzeh

                                                *Federal Defender Services*
                                                     *of Wisconsin, Inc.*