UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

   *Plaintiff*,

   *vs.*              Case No. 16-cr-21-WED

SAMY M. HAMZEH,

   *Defendant.*
_____

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the document filed on today's date and its attachments. The grounds for the request to seal are detailed in the submission.

Dated at Milwaukee, Wisconsin this 30th day of August, 2019.

            Respectfully submitted,

            */s/  Joseph A. Bugni*
            Joseph A. Bugni, WI Bar No. 1062514
            FEDERAL DEFENDER SERVICES
             OF WISCONSIN, INC.
            517 E. Wisconsin Ave - Rm 182
            Milwaukee, WI 53202
            Tel.: (414) 221-9900
            E-mail: joseph_bungi@fd.org

            *Counsel for Defendant*, Samy M. Hamzeh