UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*　　　　　　　　　　　　　　　　Case No. 16-cr-21-WED

SAMY M. HAMZEH,

    *Defendant*.

___

## ORDER

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable William E. Duffin
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge