# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

August 30, 2019

Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Hamzeh*
Case No. 16-cr-21-PP

Dear Judge Pepper:

Pursuant to the Court's order, the defense is filing the revised questionnaire that spans five pages, with a blank page at the end for longer answers. In order to comply with the Court's order, we had to make some substantial changes to the formatting. We have deleted questions and consolidated others to save words and space, but we have not changed the meaning or tenor of the questions. In addition, we have added a few questions, including "would you vote for a Muslim for President" and "have you had any experiences with Muslims, Palestinians, or people of Middle Eastern descent that would make it difficult for you to be fair and impartial to the defendant."

Thank you for your consideration,

Sincerely,

/s/ Joseph A. Bugni

JAB/cm