UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*

                                            Case No. 16-cr-21

SAMY M. HAMZEH,

    *Defendant*.

## SECOND EXPERT NOTICE

Samy Hamzeh, by counsel, files this disclosure of expert testimony, which complies with both this Court's pretrial order and the dictates of Rule 16(b)(1)(C), Rules 702, 703, and 705.

**1. Dr. Ken Robbins**

As the defense previously alerted the government, we are replacing Dr. William Merrick with Dr. Ken Robbins, his CV is attached as Exhibit A. In addition, Dr. Robbins has met with Mr. Hamzeh and has reviewed and concurs with Dr. Merrick's report. He will testify consistent with that report about Hamzeh's IQ, how people with an IQ at Hamzeh's level function, make decisions (generally), and how they are influenced by others. He will also testify about these limitations and how people generally mask or cloak their limitations.

## 2. Dr. Marc Sageman

Dr. Sageman's CV is attached as exhibit B. He will testify in response to Dr. Levitt, the government's expert, noticed on June 9, 2017. The defense expects Dr. Sageman to testify about the Palestinian Israeli conflict and the Palestinian community, both in Gaza, the occupied territories (West Bank), nearby countries and far countries, like the United States. He will testify about the attitudes and cultural pressures and commonly shared feelings within this community.

He will also testify about the events in Palestine that the informants and Hamzeh discussed in the recorded conversations—particularly those referenced in the recorded conversations. These include the impetus for some of the fabulist statements by Hamzeh and the informants about Hamas and travel to Palestine, Jordan, Israel and the surrounding region. Among the events he will testify about is the 2014 Israeli incursion into Gaza, what the Israelis call Operation Protective Edge, and the wide discrepancy in fatalities and injuries in the respective Israeli and Palestinian communities. He will testify about the attitude of the Palestinians toward violence against Israelis in December 2015 as a result of what was happening on the ground in Palestine at the time. He will testify about the statistics of causalities that Palestinians suffered during this time and before at the hands of Israeli soldiers. And he will testify about how all of this influenced the cultural atmosphere and conversation of those associated with and affected by the diaspora. In addition, Dr. Sageman will testify about and give context to the conversations between Hamzeh and the informants and the cultural and psychological

influence that undergirds and informs both the attitudes expressed, the words used, and the inaction taken.

As the attached CV, Exhibit B, makes clear, in addition to being a doctor he is also an expert in terrorism.

Dated at Milwaukee, Wisconsin this 4th day of September, 2019.

Respectfully submitted,

/s/    *Craig W. Albee*
Craig W. Albee, WI Bar #1015752
Joseph A. Bugni, WI Bar #1062514
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI  53202
Tel. (414) 221-9900
E-mail:  craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh
