

M<span style="font-variant:small-caps">arc</span> S<span style="font-variant:small-caps">ageman</span>, M.D., P<span style="font-variant:small-caps">h</span>.D.

Telephone: (202) 375-1115  
e-mail: sageman@post.harvard.edu

PMB 222  
402 King Farm Blvd, Ste 125  
Rockville, MD 20850

# CURRICULUM VITAE

**EDUCATION:**

<u>Harvard University</u>, Cambridge, MA
- 1973    A.B. (Social Relations), Harvard College

<u>New York University</u>, New York, NY
- 1977    M.A. (Sociology), Graduate School of Arts and Sciences
- 1979    M.D. (Medicine), School of Medicine
- 1982    Ph.D. (Sociology), Graduate School of Arts and Sciences

**PROFESSIONAL QUALIFICATIONS AND ASSOCIATIONS:**

Unrestricted Medical License – Maryland, New Jersey, New York and Pennsylvania (1981- 2017)
Diplomate, American Board of Psychiatry and Neurology (1996 - 2006)
Diplomate, American Board of Forensic Psychiatry (1998 - 2008)
American Academy of Psychiatry and the Law
American Psychiatric Association (Fellow)
College of Physicians of Philadelphia (Fellow)
Foreign Policy Research Institute (Senior Fellow)
Center for Strategic and International Studies (Senior Advisor)
George Washington University Homeland Security Policy Institute (Senior Fellow)

**AREAS OF SPECIAL EXPERTISE:**

<u>Political Science</u>: Terrorism, Political Violence, Middle East, South Asia, Europe
<u>Sociology</u>: Large Scale Organizations, Political Sociology, Social Movement
<u>Psychiatry</u>: Forensic psychiatry, intercultural adaptation, social psychology, and trauma

**PROFESSIONAL EXPERIENCE:**

<u>Consultant on Political Violence</u>
- 2013-present    Independent scholar on political violence, expert witness on terrorism
- 2003-2013    Consulting with various U.S. government agencies, including the National Security Council, DHS, FBI, Department of Justice, Department of State, many branches of Department of Defense and

1

the intelligence community, Sandia National Laboratories, and over twenty foreign governments. I have been qualified as an expert witness on terrorism and testified in federal court.

<u>Private practice of psychiatry</u>
  1994-2017  Forensic psychiatry, including trial expert testimony (about 20)

<u>Hospital of the University of Pennsylvania</u>
  1992-95  Residency in Psychiatry
  1991-92  Internship (Medicine)

<u>New York University Medical Center</u>
  1979-81  Residency in Anatomic Pathology

**GOVERNMENT EXPERIENCE:**

<u>U.S. Army</u>
  2010-13  Special Adviser to the Deputy Chief of Staff of the Army (Intelligence) on the Insider Threat
  2012-13  Special Adviser to the Deputy Chief of Staff of the International Security Assistance Forces (Intelligence) in Afghanistan on Insider Attacks

<u>New York Police Department</u>
  2008-09  Scholar-in-Residence

<u>U.S. Secret Service</u>
  2006-07  Consultant at the National Threat Assessment Center on terrorism

<u>Central Intelligence Agency</u>
  1984-91  Assignments in Washington, DC; Islamabad, Pakistan; and New Delhi, India

<u>United States Navy</u> (retired as Commander)
  1981-84  Flight Surgeon, with tours in Pensacola, Florida; MCAS Futemna, Okinawa, Japan; and NADC in Warminster, Pennsylvania

**TEACHING AND RESEARCH EXPERIENCE:**

<u>Columbia University, School of International and Public Affairs</u>, New York, New York
  2008-09  Adjunct Associate Professor

<u>University of Pennsylvania</u>, Philadelphia, PA
  2003-07  Clinical Assistant Professor, Department of Psychiatry
  1998-2005  Faculty member, Solomon Asch Center for the Study of Ethno-political Conflict & lecturer, Department of Psychology
  1995-97  Clinical associate, teaching medical students, psychiatric residents and law students
  1991-95  Clinical assistant

<u>New York University School of Medicine,</u> New York, New York
  1979-81  Clinical assistant

<u>Institute for Cancer Research</u>, Fox Chase, PA
  1972  Research Assistant in Biochemistry



Harvard University, Cambridge, MA
    1971-73        Teaching Assistant in Physics

**Semester long courses**
    Forensic Psychiatry (yearlong graduate seminar for senior resident physicians)
    Law and Psychology (graduate seminar)
    Psychology of Genocide
    Psychology of Trauma
    Moral Psychology of Holocaust Perpetrators
    Social Psychology of Terrorism
    Urban Terrorism

Invited lectures on terrorism delivered at Harvard University, University of Chicago, University of Maryland, University of Michigan, University of Pennsylvania, Syracuse University, University of California at Berkeley, Duke University, University of North Carolina, University of Texas, Northwestern University, University of Arizona, Principia College, U.S. Naval Academy, Johns Hopkins University, George Washington University, American University, Massachusetts Institute of Technology, University of Southern California, National Defense University, Naval Postgraduate School at Monterey and various universities in Germany, England, Canada, Netherlands, France, Italy, Singapore, Belgium, Turkey, Denmark, Switzerland, Austria, Malta, Ireland, Saudi Arabia, Spain, Russia, Israel, Iraq and Australia
    Invited presentations at numerous professional meetings
    Testimony before the 9/11 Commission, Washington, D.C., 2003
    Testimony before the Beslan Commission, Moscow, Russia, 2005

**HONORS:**

| | |
|---|---|
| 1970-73 | Harvard National Scholar |
| 1973-79 | MD-PhD Medical Scientist Training Fellow |
| 1993-94 | Sol Ginsburg Fellow (Group for the Advancement of Psychiatry) |
| 1997-01 | Trustee, The Balch Institute for Ethnic Studies |
| 1999 | Fellow, The College of Physicians of Philadelphia |
| 2002 | Councilor, The Historical Society of Pennsylvania |

**BIBLIOGRAPHY:**

Sageman, Marc, 2019, *The London Bombings*, Philadelphia: University of Pennsylvania Press
Sageman, Marc, 2017, *Turning to Political Violence: The Emergence of Terrorism*, Philadelphia: University of Pennsylvania Press
Sageman, Marc, 2016, *Misunderstanding Terrorism*, Philadelphia: University of Pennsylvania Press

3

Sageman, Marc, 2016, "On Radicalisation," in Jayakumar, Shashi, ed., *State, Society and National Security*, Singapore: World Scientific Publishing Co.: 105 – 128

Sageman, Marc, 2014, "The Stagnation in Terrorism Research, *Terrorism and Political Violence*, Vol. 26, No. 4 (September – October): 565 – 580

Sageman, Marc, 2014, "Low Return on Investment," *Terrorism and Political Violence*, Vol. 26, No. 4 (September – October): 614 – 620

Sageman, Marc, 2013, "The Stagnation in Terrorism Research," in *Chronicles of Higher Education*, April, 30

Sageman, Marc, 2012, "Recent Trends in Global neo-jihadi Terrorism in the West and the Turn to Political Violence," in Graig Forcese & Francois Crepeau, eds, *Terrorism, Law and Democracy: 10 Years after 9/11*, Montreal, Canada: Canadian Institute for the Administration of Justice: 7 – 35

Sageman, Marc, 2012, "'New' Terrorism in the Western World?" *NATO Review Magazine*, July 12, 2012

Sageman, Marc, 2011, "AQAP External Operations," in Abigail Chapman & Janice Adelman, eds., *Influencing Violent Organizations Pilot Effort: Focus on Al Qaeda in the Arabian Peninsula (AQAP)*, Strategic Multi-Layer Assessment (SMA) Office, Department of Defense, Office of the Secretary of Defense (OSD), Fall 2011: 228 – 246

Sageman, Marc, 2011, "The Turn to Political Violence in the West," in Rik Coolsaet, ed., *Jihadi Terrorism and the Radicalisation Challenge: European and American Experiences, Second Edition*, Aldershot, Hampshire: Ashgate Publishing LTD: 117 – 129

Richard Danzig, Marc Sageman, Terrance Leighton, Lloyd Hough, Hidemi Yuki, Rui Kotani and Zachary Hosford, 2011, *Aum Shirikyo: Insights Into How Terrorists Develop Biological and Chemical Weapons*, Washington, D.C.: Center for a New American Security

Sageman, M.S., 2011, "Ripples in the waves: fantasies and fashions," in Rosenfeld, J., ed., *Terrorism, Identity and Legitimacy: The Four Waves theory and political violence*, London: Routledge: 87-92

Sageman, M.S., 2011, "Civilian Trials and the Prevention of Atrocities," *Terrorism and Political Violence*, 23: 13-15

Sageman, M.S., 2010, "The Turn to Political Violence," in Ashley Arana, Tessa Baker & Sarah Canna, eds., *Defining a Strategic Campaign for Working with Partners to Counter and Delegitimize Violent Extremism: A Strategic Multilayer Assessment Project*, Boston: National Security Innovations

Reidel, Bruce; Bergen, Peter; Anderson, Frank; and Sageman, Marc, 2010, "Eighteen Months and Beyond: Implications of U.S. Policy in Afghanistan," *Middle East Policy*, 17 (1), Spring: 1 – 30

Sageman, Marc, 2009, "Confronting al Qaeda: Understanding the Threat in Afghanistan," *Perspectives on Terrorism*, December 2009, 3 (4): 4 – 25

Sageman, Marc, 2008, "A Strategy for Fighting International Islamist Terrorists," *The Annals of the American Academy of Political and Social Science,* July 2008, 618: 223 – 231

Fischhoff, Baruch; Atran, Scott; and Sageman, Marc, 2008, "Mutually Assured Support: A Security Doctrine for Terrorist Nuclear Weapons Threats," *The Annals of the American Academy of Political and Social Science*, July 2008, 618: 160 – 167

Sageman, Marc, 2008, "The next Generation of Terror," *Foreign Policy*, March/April, 36 – 42

Sageman, Marc, 2008, "The mistaken war on terror," *New Scientist*, 2 February 2008: 44 – 45

Sageman, Marc, 2008, *Leaderless Jihad*, Philadelphia: University of Pennsylvania Press

Magouirk, Justin, Atran, Scott and Sageman, Marc, 2008, "Connecting Terrorist Networks," *Studies in Conflict and Terrorism*, 31 (1 January): 1 – 16

Sageman, Marc, 2007, "Al Qaeda," in Jocelyne Cesari, ed., *Encyclopedia of Islam in the United States*, Westport, Connecticut: Greenwood Press: 37 – 40

Sageman, Marc, 2007, "Understanding Terror Networks," in Stephan Gale, Michael Radu and Harvey Sicherman, eds., *The War on Terrorism*, Philadelphia: Foreign Policy Research Institute: 117 – 121

Scott Atran, Marc Sageman and Justin Magouirk, 2007, "Terror's Social Club," *Bulletin of the Atomic Scientists*, 63 (5, September/October): 10 – 11

Sageman, Marc, 2006, "The Psychology of Al Qaeda Terrorists: The Evolution of the Global Salafi Jihad," in Carrie Kennedy & Eric Zillmer, eds., *Military Psychology: Clinical and Operational Applications*, New York: The Guilford Press: 281 – 294

Sageman, Marc, 2006, "Common Myths About al-Qaida Terrorism," *eJournal USA*, 11 (2, August): 32 – 33

Sageman, Marc, 2006, "Global Salafi Terrorist Networks," in Ronald Luman, ed., *Unrestricted Warfare Symposium 2006*, Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory: 265 – 273

Atran, Scott and Sageman, Marc, 2006, "Connecting the Dots," *Bulletin of the Atomic Scientists*, 62 (4, July/August): 68

Sageman, Marc, 2006, "Islam and al Qaeda," in Pedazhur, Ami, ed., *Root Causes of Suicide Terrorism: The Globalization of Martyrdom*, New York: Routledge: 122 – 131

Sageman, M.S., 2005, "Understanding al-Qaida Networks," in Kamien, David, ed., *The McGraw-Hill Homeland Security Handbook*, New York: McGraw-Hill Companies, Inc.: 53 – 72

Jialun Qin, Jennifer Xu, Daning Hu, Marc Sageman, and Hsinchun Chen, 2005, "Analyzing Terrorist Networks: A Case Study of the Global Salafi Jihad Network," in Kantor et al (Eds.), *Intelligence and Security Informatics*, Berlin: Springer-Verlag: 287 – 304

Edna Reid, Jialun Qin, Yilu Zhou, Guanpi Lai, Marc Sageman, Gabriel Weimann, and Hsinchun Chen, 2005, "Collecting and Analyzing the Presence of Terrorists on the Web: A Case Study of Jihad Websites," in Kantor et al (Eds.), *Intelligence and Security Informatics*, Berlin: Springer-Verlag: 402 – 411

Sageman, M.S., 2005, "The Bonds of Terror: The Rise of the Global Jihad," in Rohan Gunaratna (ed.), *Combating Terrorism*, Singapore: Marshall Cavendish International: 37 – 46

Sageman, M.S, 2005, "Jihadi Networks of Terror," in Katharina von Knop, Heinrich Neisser & Martin Van Creveld, eds., *Countering Modern Terrorism: History, Current Issues and Future Threats*, Bielefeld, Germany: W. Bertelsmann Verlag GmbH: 15 – 30

Sageman, M.S., 2005, "The Normality of Global Jihadi Terrorism," *Journal of International Security Affairs*, 8 (Spring 2005): 79 – 89

Sageman, M.S., 2004, *Understanding Terror Networks*, Philadelphia: University of Pennsylvania Press

Herbert, J & Sageman, M.S., 2004, "First Do No Harm: Emerging Guidelines for the Treatment of Posttraumatic Reactions," in Rosen, G.M., ed., *Posttraumatic Stress Disorder: Issues and Controversies*, Chichester, England: John Wiley & Sons

Rosen, G.M., Sageman, M. & Loftus, E., 2003, "A Historical Note on False Traumatic Memories," *Journal of Clinical Psychology*, 60: 137 – 139

Sageman, M.S., 2003, "Three Types of Skills for Effective Forensic Psychological Assessments," *Assessment*, 10 (4): 321 – 328

Sageman, M.S., "Admissibility of Mental Expert Evidence," in Dattilio, F. & Sadoff, R., eds., 2002, *Mental Health Experts: Roles & Qualifications for Court*, Mechanicsburg, Pennsylvania: Pennsylvania Bar Institute Press

Sageman, M.S., 2002, "Challenging the Admissibility of Mental Expert Testimony," *The Practical Litigator*, 13 (January): 7 – 17

Sageman, M.S., 1998, "How to Find, Select, and Evaluate a Mental Health Professional for Trial," *The Practical Litigator*, 9 (May): 27 – 40

Sageman, M.S. et al, 1995, "Outcome Assessment Strategies in Mental Health," in Sederer, L.I. & Dickey, B., ed., *Outcomes Assessment in Clinical Practice*, New York: Williams & Wilkins

Sageman, M.S. et al, 1994, "Outcome Assessment and Psychiatric Services," *Hospital and Community Psychiatry*, 45 (December): 1165