UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

        Defendant.

## MOTION TO SEAL DOCUMENT

NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Adam Ptashkin, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing Document 259 (which will be filed immediately after this Motion to Seal) in the above-named case for one year or until further order of this Court.

As a basis for said motion, the government states that the document is an expert witness disclosure that contains detailed biographical information about multiple government expert witnesses that are involved in multiple federal prosecutions that involve violence or attempted violence, and the government believes it is best for the future safety of these witnesses to error on the side of caution and file this document seal.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2019.

                                    Respectfully submitted,

                                    MATTHEW D. KRUEGER
                                    United States Attorney

By:  
    <u>s/Adam Ptashkin</u>  
    Assistant United States Attorney  
    Office of the United States Attorney  
    Eastern District of Wisconsin  
    517 East Wisconsin Avenue, Room 520  
    Milwaukee, Wisconsin   53202  
    Telephone: (414) 297-1701  
    Fax: (414) 297-1738  
    E-Mail:adam.ptashkin@usdoj.gov