UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

v.                                        Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

          Defendant.

## ORDER TO SEAL

Upon consideration of the government's Motion to Seal, the Court finds that Document 259 is appropriately filed under seal and, therefore, **ORDERS** that the Clerk of Court seal Document 259 for a period of one year from the date of this Order, or until further order of the Court.

Dated at Milwaukee, Wisconsin this _____ day of September, 2019.

                                                        _____
                                                        HONORABLE PAMELA PEPPER
                                                        United States District Court Judge