UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*　　　　　　　　　　　　　　　　　　Case No. 16-cr-21-WED

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the unredacted supplemental brief and its attached exhibits filed today. The ground for the request to seal is detailed in the submission.

Dated at Milwaukee, Wisconsin this 6th day of September, 2019.

    Respectfully submitted,

    /s/    *Joseph A. Bugni*
    Joseph A. Bugni, WI Bar #1062514
    Craig W. Albee, WI Bar #1015752
    FEDERAL DEFENDER SERVICES
     OF WISCONSIN, INC.
    517 E. Wisconsin Ave - Rm 182
    Milwaukee, WI 53202
    Tel. (414) 221-9900
    E-mail: craig_albee@fd.org

    *Counsel for Defendant*, Samy M. Hamzeh