UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                              Case No. 16-CR-21

SAMY HAMZEH,

        Defendant.

---

## MOTION TO SEAL

---

        NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson and Adam Ptashkin, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing (1) the government's submission filed on September 13, 2019 – *i.e.*, its Response to "Brief by Samy Mohammed Hamzeh In Support of Objection (R.224); and (2) the "Brief by Samy Mohammed Hamzeh In Support of Objection (R.224)," ECF NO. 265, both filed in the above-named case, until further order of this Court.

        As a basis for said motion, the government relies upon the facts and circumstances described in its submission.

        Respectfully submitted this 13th day of September, 2019 at Milwaukee, Wisconsin.

                                                    Respectfully submitted,
                                                    MATTHEW D. KRUEGER
                                                    United States Attorney

                                  By:    s/ BENJAMIN TAIBLESON
                                           Assistant United States Attorney