UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                    Case No. 16-CR-21

SAMY HAMZEH,

      Defendant.

---

## ORDER TO SEAL

---

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that (1) the government's submission filed on September 13, 2019 – *i.e.*, its Response to "Brief by Samy Mohammed Hamzeh In Support of Objection (R.224); and (2) the "Brief by Samy Mohammed Hamzeh In Support of Objection (R.224)," ECF NO. 265, both filed in the above-named case, be **SEALED** until further order of this Court.

SO ORDERED this \_\_\_\_ day of September, 2019.

                                                        HONORABLE Pamela Pepper
                                                      United States District Judge