UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.      Case No. 16-CR-21

SAMY HAMZEH,

    Defendant.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Adam Ptashkin and Benjamin Taibleson, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the defense's Second Supplemental Memorandum in Support of CIPA Objections (R.244), ECF NO. 279 filed in the above-named case, until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in the defendant's submission.

Respectfully submitted this 18th day of September, 2019 at Milwaukee, Wisconsin.

    Respectfully submitted,
    MATTHEW D. KRUEGER
    United States Attorney

By:   s/ ADAM PTASHKIN
    Assistant United States Attorney