UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                     Case No. 16-CR-21

SAMY HAMZEH,

      Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the defense's Second Supplemental Memorandum in Support of CIPA Objections (R.244), ECF NO. 279, in the above-named case be **SEALED** until further order of this Court.

SO ORDERED this ____ day of September, 2019.

                                                   HONORABLE Pamela Pepper
                                                   United States District Judge