UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Case No. 16-CR-21

SAMY HAMZEH,

    Defendant.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, Adam Ptashkin and Benjamin Taibleson, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing Document 290 (which will be filed immediately after this Motion to Seal) in the above-named case for one year or until further order of this Court.

As a basis for said motion, the government states that the document contains the names of both parties' witnesses, and thus for witness security the United States believes the document should be sealed.

Respectfully submitted this 20th day of September, 2019 at Milwaukee, Wisconsin.

                                      Matthew D. Krueger
                                      United States Attorney

                By:    /s/ *Adam Ptashkin*

                                      ADAM PTASHKIN
                                      BENJAMIN TAIBLESON
                                      Assistant United States Attorneys
                                      Attorneys for Plaintiff
                                      United States Attorney's Office
                                      Eastern District of Wisconsin

517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Benjamin.taibleson@usdoj.gov