UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.          Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

### Joint Stipulation

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson and Adam Ptashkin, Assistant United States Attorneys, and the defendant, hereby stipulate to the following:

U.S. Exhibits 100-159, and 500-530 detailed in the below chart, are authentic recordings pursuant to the Federal Rules of Evidence, specifically Federal Rule of Evidence 901. The recordings are in the same condition as when they were recorded, and are accurate and trustworthy recordings.

| Exhibit Number | Exhibit |
|---|---|
| 100 | 10/13/2015 recorded conversation clip #1 |
| 101 | 10/13/2015 recorded conversation clip #2 |
| 102 | 10/13/2015 recorded conversation clip #3 |
| 103 | 10/13/2015 recorded conversation clip #4 |
| 104 | 10/15/2015 recorded conversation #1 |
| 105 | 10/15/2015 recorded conversation #2 |
| 106 | 11/2/2015 recorded conversation #1 |

| 107 | 11/2/2015 recorded conversation #2 |
| --- | --- |
| 108 | 11/2/2015 recorded conversation #3 |
| 109 | 11/2/2015 recorded conversation #4 |
| 110 | 11/2/2015 recorded conversation #5 |
| 111 | 11/2/2015 recorded conversation #6 |
| 112 | 11/2/2015 recorded conversation #7 |
| 113 | 11/2/2015 recorded conversation #8 |
| 114 | 11/2/2015 recorded conversation #9 |
| 115 | 11/2/2015 recorded conversation #10 |
| 116 | 11/2/2015 recorded conversation #11 |
| 117 | 11/2/2015 recorded conversation #12 |
| 118 | 11/2/2015 recorded conversation #13 |
| 119 | 11/2/2015 recorded conversation #14 |
| 120 | 11/2/2015 recorded conversation #15 |
| 121 | 11/6/2015 recorded conversation |
| 122 | 11/12/2015 recorded conversation #1 |
| 123 | 11/12/2015 recorded conversation #2 |
| 124 | 11/19/2015 recorded conversation #1 |
| 125 | 11/19/2015 recorded conversation #2 |
| 126 | 11/19/2015 recorded conversation #3 |
| 127 | 11/23/2015 recorded conversation |
| 128 | 12/7/2015 recorded conversation #1 |
| 129 | 12/7/2015 recorded conversation #2 |
| 130 | 12/7/2015 recorded conversation #3 |
| 131 | 12/14/2015 recorded conversation |
| 132 | 1/19/2016 recorded conversation |
| 133 | 1/19/2016 recorded conversation #1 |
| 134 | 1/19/2016 recorded conversation #2 |
| 135 | 1/19/2016 recorded conversation #3 |
| 136 | 1/19/2016 recorded conversation #4 |
| 137 | 1/19/2016 recorded conversation #5 |
| 138 | 1/19/2016 recorded conversation #6 |
| 139 | 1/20/2016 recorded conversation #1 |
| 140 | 1/20/2016 recorded conversation #2 |
| 141 | 1/20/2016 recorded conversation #3 |
| 142 | 1/20/2016 recorded conversation #4 |
| 143 | 1/20/2016 recorded conversation #5 |
| 144 | 1/20/2016 recorded conversation #6 |
| 145 | 1/21/2016 recorded conversation #1 |
| 146 | 1/21/2016 recorded conversation #2 |
| 147 | 1/21/2016 recorded conversation #3 |
| 148 | 1/21/2016 recorded conversation #4 |
| 149 | 1/22/2016 recorded conversation #1 |
| 150 | 1/22/2016 recorded conversation #2 |
| 151 | 1/23/2016 recorded conversation #1 |

| | | |
|---|---|---|
| 152 | 1/23/2016 recorded conversation #2 | |
| 153 | 1/23/2016 recorded conversation #3 | |
| 154 | 1/24/2016 recorded conversation #1 | |
| 155 | 1/24/2016 recorded conversation #2 | |
| 156 | 1/24/2016 recorded conversation #3 | |
| 157 | 1/25/2016 recorded conversation #1 | |
| 158 | 1/25/2016 recorded conversation #2 | |
| 159 | 1/25/2016 recorded conversation #3 | |

| Exhibit | Exhibit Number |
|---|---|
| 500 | Recorded Conversation on 10/13/15 on Discovery Disc 11/FBI Disc 11 |
| 501 | Recorded Conversation on 10/15/15 on Discovery Disc 14/FBI Disc 14 |
| 502 | Recorded Conversation on 11/02/15 on Discovery Disc 22/FBI Disc 24 |
| 503 | Recorded Conversation on 11/6/15 on Discovery Disc 25/FBI Disc 1A15 |
| 504 | Recorded Conversation on 11/12/15 on Discovery Disc 30/FBI Disc 29 |
| 505 | Recorded Conversation on 11/19/15 on Discovery Disc 34/FBI Disc 37 |
| 506 | Recorded Conversation on 11/23/15 on Discovery Disc 37/FBI Disc 40 |
| 507 | Recorded Conversation on 12/7/15 on Discovery Disc 45/FBI Disc 45 Call 4 |
| 508 | Recorded Conversation on 12/7/15 on Discovery Disc 45/FBI Disc 45 Call 5 |
| 509 | Recorded Conversation on 12/14/15 on Discovery Disc 51/FBI Disc 52 |
| 510 | Recorded Conversation on 1/19/16 on Discovery Disc 73/FBI Disc 72 Part 1-5 |
| 511 | Recorded Conversation on 1/19/16 on Discovery Disc 73/FBI Disc 72 Part 8 |
| 512 | Recorded Conversation on 1/20/16 on Discovery Disc 79/FBI Disc 81 |
| 513 | Recorded Conversation on 1/21/16 on Discovery Disc 84/FBI Disc 86 Part 2 |
| 514 | Recorded Conversation on 1/21/16 on Discovery Disc 84/FBI Disc 86 Parts 3&4 |
| 515 | Recorded Conversation on 1/22/16 on Discovery Disc 86/FBI Disc 99 |
| 516 | Recorded Conversation on 1/23/16 on Discovery Disc 90/FBI Disc 87 Part 1 |

| 517 | Recorded Conversation on 1/23/16 on Discovery Disc 90/FBI Disc 87 Part 2 |
| --- | --- |
| 518 | Recorded Conversation on 1/24/16 on Discovery Disc 92/FBI Disk 88 Part 3 |
| 519 | Recorded Conversation on 1/24/16 on Discovery Disc 95/FBI Disk 92 Part 1 |
| 520 | Recorded Conversation on 1/24/16 on Discovery Disc 97/FBI Disc 106 |
| 521 | Recorded Conversation on 12/07/15 on Discovery Disc 45/FBI Disc 45 Part 1 |
| 522 | Recorded Conversation on 12/07/15 on Discovery Disc 45/FBI Disc 45 Part 2 |
| 523 | Recorded Conversation on 12/07/15 on Discovery Disc 45/FBI Disc 45 Part 3 |
| 524 | Recorded Conversation on 1/19/16 on Discovery Disc 73/FBI Disc 72 Part 7 |
| 525 | Recorded Conversation on 1/20/16 on Discovery Disc 78/FBI Disc 76 |
| 526 | Recorded Conversation on 1/21/16 on Discovery Disc 84/FBI Disc 86 Part 1 |
| 527 | Recorded Conversation on 1/23/16 on Discovery Disc 91/FBI Disc 90 |
| 528 | Recorded Conversation on 1/24/16 on Discovery Disc 94/FBI Disc 93 |
| 529 | Recorded Conversation on 1/24/16 on Discovery Disc 95/FBI Disc 92 Part 1/2 jab |
| 530 | Recorded Conversation on 1/25/16 on Discovery Disc 104/FBI Disc 105 |

Agreed to on this 26th day of September, 2019

MATTHEW D. KRUEGER
UNITED STATES ATTORNEY

Joseph Bugni
Counsel for Defendant

Benjamin P. Taibleson
Assistant U.S. Attorney