UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

  *vs*.                                                    Case No. 16-cr-21

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the attached exhibits filed today. The grounds for this request are that the exhibits are covered by the parties' protective order.

Dated at Milwaukee, Wisconsin this 4th day of October, 2019.

                        Respectfully submitted,

                        /s/    Craig W. Albee
                        Craig W. Albee, WI Bar #1015752
                        Joseph A. Bugni, WI Bar #1062514
                        FEDERAL DEFENDER SERVICES
                          OF WISCONSIN, INC.
                        517 E. Wisconsin Ave - Rm 182
                        Milwaukee, WI 53202
                        Tel. (414) 221-9900
                        E-mail: craig_albee@fd.org

                        *Counsel for Defendant*, Samy M. Hamzeh