UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff*,

    *vs.*                                                                              Case No. 16-cr-21

SAMY M. HAMZEH,

    *Defendant*.
_____

**ORDER**

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Date:_____          _____
                                                        Honorable Pamela Pepper
                                                        U.S. District Court Judge

-