UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Adam Ptashkin and Benjamin Taibleson, Assistant United States Attorneys for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing R. Doc. 313, which will be filed by the United States immediately after this filing in the above-named case, until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in the government's submission.

Respectfully submitted this 7th day of October, 2019 at Milwaukee, Wisconsin.

                                    Respectfully submitted,
                                    MATTHEW D. KRUEGER
                                    United States Attorney

                      By:    s/ ADAM PTASHKIN
                            Assistant United States Attorney