| Statements on pages | Date | Statement | Dkt. 291 page 18 - 21 | From 8/17 | From 9/16 |
|---|---|---|---|---|---|
| Dkt. 302 Page 5 | 11/2/2015 DD22:54 | "you shoot both of them, take their weapons and leave. They carry the best kind of weapons. Jews carry the best Kalashnikovs. So if we shoot two and get two Kalashnikovs, it will be it." | 18 | 77 days | 47 days |
| Dkt. 302 Page 5 | 10/13/2015 DD11:16 | "If you cannot go to Gaza, you would get a machine gun and start shooting….," Hamzeh responds "I will start spraying them. Yes I will be a suicide attacker [Laughing]" and Steve says "That is difficult, man." | 1 | 57 days | 27 days |
| Dkt. 302 Page 6 | 11/6/2015 DD25:17 | "If both us go in with handguns and shoot the four, we will take the Kalashnikovs and go in, spray as much as you can. A lot of people are inside … | 22 | 81 days | 51 days |
| Dkt. 302 Page 6 | 10/13/2015 DD11:7 | "I will buy a weapon and start hunting them. I am going there to do something. I am not going there to fool around . . . you cannot get to Gaza, [Steve]. You need someone who knows how to get you there. Someone who knows about such things, instead of falling in the hands of spies. All of them are spies over there. The whole county cooperates with Israel there." | 1 | 57 days | 27 days |
| Dkt. 302 Page 7 | 10/13/2015 DD11: 4 | "From Jordan, I will go to the [West] Bank, to Bethlehem . . . have a passport, an American passport and they would let me in. Then I will go to Bethlehem and look for someone who would get me a weapon, God willing . . . I am telling you, I will get a weapon and hunt as many as I can by the will of God, I mean a number…till I die, I'll keep on doing that till I | 1 | 57 days | 27 days |

| | | die." | | | |
|---|---|---|---|---|---|
| Dkt. 302 Page 8 | 10/13/2015 DD1:8 | "Yes but it is a cover up, it is all cover up. I'll be pretending that I am staying and visiting my relatives. Then I will start, I will start searching here and there amongst the people you totally trust. [For those] who are able to get me to Gaza and those who can. If I cannot get to Gaza, I will do it in the [West] Bank. I mean I am not going to return empty handed. I mean, I am 100% sure that I am not coming back; do you follow me? As if I am seeing death with my own eyes, God willing. I swear by God Almighty, as if I see death with my own eyes." | 1 | 57 days | 27 days |
| Dkt. 302 Page 8 | 10/13/2015 DD11: 11 | "the first option, which I like the best, is to get to Gaza and join the fight with the guys there." | 1 | 57 days | 27 days |
| Dkt. 302 Page 8 | 11/2/2015 DD22:79 | "if they suspect you at the airport, they can put you under surveillance. Jews are sons of bitches, man. So the first two weeks . . . For at least two weeks you need to show the Jews that you are a tourist, do you understand." | 20 | 77 days | 47 days |
| Dkt. 302 Page 9 | 11/12/2015 DD30:29 | the defendant discusses how he will use a fraudulent interest in the Army to hide his plans. | 24 No objection | 87 days | 57 days |
| Dkt. 302 Page 9 | 1/25/2016 DD104:16 | "Because if we bring a silencer, this will only increase, increase doubts about us. . . ." "would be imprisoned for six months rather than being imprisoned because of a silencer for I intended to do something." | 55 | 161 days | 131 days |
| Dkt. 302 Page 9 | 1/25/2016 DD104:16 | Hamzeh tells the informants that if they are caught with automatic weapons, they should just say they are gun guys. But if they are caught with silencers, it would be clear they were going to commit a mass attack, and they "will be considered as terrorists." | 55 | 161 days | 131 days |

2

| | | | | | |
|---|---|---|---|---|---|
| Dkt. 302 Page 10 | 10/13/2015 DD11:11 | "Yeah, the idea is, if I am with Hamas, there is an army behind me, an army that fights with me, but if I go to Palestine, it's like I'm fighting against a whole army." | 1 | 57 days | 27 days |
| Dkt. 302 Page 10 - 11 | 10/13/2015 DD11:19 | "Oh, yeah. I'll be under surveillance by the whole world. I mean, if you leave the country, you'll be chased either by the Jordanian Government, or Egypt, or chased by . . . The bastard Arabs help them. The Arabs themselves help them out, and this is what upsets you nowadays: How do you as an Arab and a Muslim help out the Jews?!! How? I don't know." | 2 | 57 days | 27 days |
| Dkt. 302 Page 11 | 11/2/2015 DD22: 39 | "To the extent that should Hamas tell me to go and detonate myself, I will go and detonate myself. I will tell them if you do not believe me, put a belt on me and I will go." | 13 | 77 days | 47 days |
| Dkt. 302 Page 11 | 10/13/2015 DD11:26 | "Blow up myself in Tel Aviv. But it is better to be with Hamas because you can kill the largest number." | 2 | 57 days | 27 days |
| Dkt. 302 Page 11 - 12 | 11/2/2015 DD22: 52 | "you got to be with the resistance [groups] to get them. Meaning should you want to join a resistance [groups], they will give it to you. If you want to go on your own, you won't get more than a pistol." | 17 | 77 days | 47 days |
| Dkt. 302 Page 12 | 11/2/2015 DD22:53 | "you spray five or six at the same time . . . I am telling you, when you shoot . . . they walk in groups, the Jews." | 18 | 77 days | 47 days |
| Dkt. 302 Page 12 | 11/12/2015 DD30:25 | "We will not go to prison . . . we will go and kill 20 to 30 people . . . I really wish to reach this level." | 23 | 87 days | 57 days |
| Dkt. 302 Page 13 | 1/19/2016 DD73 PT1- | "Everything needs to be planned. You have to go see, you need to think, and nothing should be rushed . . . Nothing | 33 No objecti | 155 days | 125 days |



|  | 5:19 | works when it's rushed." | on |  |  |
|---|---|---|---|---|---|
| Dkt. 302 Page 13 | 11/2/2015 DD22: 20 | "So once we shoot someone, you need to keep shooting and shooting as much as you can, do you understand? And escape, shoot and escape . . . keep escaping till you get caught. Once you are caught, that is it. You don't let anyone catches you until you get shot at." | 9 | 77 days | 47 days |
| Dkt. 302 Page 14 | 11/2/2015 DD22:36 | "My thing is postponed, my thing is postponed . . . I was going last year but what did they do, the sons of bitches in Egypt! They destroyed the borders, all the tunnels and things that go to Gaza . . . and flooded the tunnels… This postponed the matter for me. I was going to go via Egypt." | 11 | 77 days | 47 days |
| Dkt. 302 Page 14 | 11/12/2015 DD30:25 | "You figure it out. It is your planning, how would I know?" | 23 | 87 days | 57 days |
| Dkt. 302 Page 14 | 11/12/2015 DD30:25 | "We kill two and two. You kill two and I kill two; you take their machineguns and go inside . . . You go in, take out the Kalashnikov and go: bang, bang, bang and fuck them all up; all of them." | 23 | 87 days | 57 days |
| Dkt. 302 Page 15 | 1/21/2016 DD84 PT 2 page 17 | "Do you know that Da'ish [ISIS] is Masonic? . . . They destroyed the world, *man* . . . They destroyed us; they destroyed Islam; they destroyed the world. It is all written in the Qur'an: 'Your bitter enemy is the devil.'" | 44 | 157 days | 127 days |