UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

  *vs*.

SAMY M. HAMZEH,

      *Defendant*.

Case No. 16-CR-21 (PP)

---

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the exhibit attached to Defense's Sur-Reply to Government's Brief Concerning Hamzeh's Statements filed on today's date. The grounds for this request is that the exhibit is covered by the parties' protective order.

Dated at Milwaukee, Wisconsin this 10th day of October, 2019.

    Respectfully submitted,

    /s/    *Craig W. Albee*
    Craig W. Albee, WI Bar #1015752
    Joseph A. Bugni, WI Bar #1062514
    FEDERAL DEFENDER SERVICES
     OF WISCONSIN, INC.
    517 E. Wisconsin Ave - Rm 182
    Milwaukee, WI 53202
    Tel. (414) 221-9900
    E-mail: craig_albee@fd.org

    *Counsel for Defendant*, Samy M. Hamzeh