UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.

    Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

**ORDER**

Based on the defendant's Motion to Seal, it is hereby ORDERED AND ADJUDGED:

That the defendant's Motion to Seal shall be granted.

Dated: _____

    Honorable Pamela Pepper
    U.S. District Court Judge