UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

                                    Case No. 16-cr-21-PP

*vs*.

SAMY M. HAMZEH,

    *Defendant*.

---

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the Response filed on today's date. The grounds for this request is that the document is covered by the parties' protective order.

Dated at Milwaukee, Wisconsin this 14th day of October, 2019.

                          Respectfully submitted,

                          */s/ Craig W. Albee*
                          Craig W. Albee, WI Bar #1015752
                          Joseph A. Bugni, WI Bar #1062514
                          FEDERAL DEFENDER SERVICES
                            OF WISCONSIN, INC.
                          517 E. Wisconsin Ave - Rm 182
                          Milwaukee, WI 53202
                          Tel. (414) 221-9900
                          E-mail: craig_albee@fd.org

                          *Counsel for Defendant*, Samy M. Hamzeh