UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff*,

                                                Case No. 16-cr-21-PP

*vs*.

SAMY M. HAMZEH,

       *Defendant*.

## UNOPPOSED MOTION TO RESCHEDULE THE STATUS CONFERENCE

Samy Hamzeh, by counsel, moves to reschedule the status conference scheduled for Thursday, October 17. The defense would respectfully request that it be moved to a time convenient for the Court either on Wednesday or later in the morning on Thursday. The government does not oppose this request.

As the Court knows, my brother-in-law recently dealt with a medical crisis. Over the past three weeks, I visited my family in Texas twice to help my sister and be with him. Last Wednesday I returned to Milwaukee; on Thursday evening, he passed away at home. The funeral is scheduled for this Thursday evening, and I plan to fly there with my family to attend the funeral. The only reasonable flight for me to take is Thursday morning, leaving from O'Hare at 7:19 am and arriving at 10:04 am. The hearing is scheduled for 10:30 a.m., and I would be cutting it close to get somewhere to participate in the hearing, but would hope that I could do so by 11:15 a.m. or later. The service is at 5 p.m.

1

Thus, I would respectfully request that the Court either move the hearing to Thursday late morning or early afternoon and allow me to appear telephonically or that the Court move the hearing to Wednesday, so that I can appear in person and participate. I would prefer to appear in person, given the hearing's significance. Obviously, Mr. Bugni can handle it if I'm not able, but we'd both prefer to be there. Again, the government does not oppose this request.

Dated at Milwaukee, Wisconsin this 14th day of October 2019.

Respectfully submitted,

/s/     *Craig W. Albee*
Craig W. Albee, WI Bar #1015752
Joseph A. Bugni, WI Bar #1062514
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI  53202
Tel. (414) 221-9900
E-mail:  craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh