UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       *Plaintiff,*

                                    Case No. 16-CR-21 (PP)

    *vs*.

SAMY M. HAMZEH,

       *Defendant.*

## MOTION TO SEAL

       Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the exhibits attached to the Sixth Motion in Limine: Post Arrest Statements, filed on today's date. The grounds for this request is that the exhibits are covered by the parties' protective order.

       Dated at Milwaukee, Wisconsin this 14th day of October, 2019.

                        Respectfully submitted,

                        /s/    *Craig W. Albee*
                        Craig W. Albee, WI Bar #1015752
                        Joseph A. Bugni, WI Bar #1062514
                        FEDERAL DEFENDER SERVICES
                          OF WISCONSIN, INC.
                        517 E. Wisconsin Ave - Rm 182
                        Milwaukee, WI  53202
                        Tel. (414) 221-9900
                        E-mail:  craig_albee@fd.org

                        *Counsel for Defendant*, Samy M. Hamzeh