UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.

    Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

---

# NOTICE OF FILING

Samy Hamzeh, by counsel, files this updated exhibit and witness list. The parties agreed to file updated witness and exhibit lists today. The defense's lists are attached (and under seal). There are two things to note.

First, while additional names have been added, the defense believes that the final witness list will be much shorter. The parties have discussed cutting at least ten agent witnesses in exchange for a stipulation on certain evidence being admitted. The defense hopes that can be ironed out tomorrow.

Second, all of the exhibits on the list have been marked and provided to the government.

Federal Defender Services
of Wisconsin, Inc.

Dated at Milwaukee, Wisconsin this 15th day of October, 2019.

> Respectfully submitted,
>
> /s/     *Craig W. Albee*
> Craig W. Albee, WI Bar #1015752
> Joseph A. Bugni, WI Bar #1062514
> FEDERAL DEFENDER SERVICES
>   OF WISCONSIN, INC.
> 517 E. Wisconsin Ave - Rm 182
> Milwaukee, WI  53202
> Tel. (414) 221-9900
> E-mail:  craig_albee@fd.org
>
> *Counsel for Defendant*, Samy M. Hamzeh