# UNITED STATES DISTRICT COURT

## EXHIBIT LIST

**EASTERN**      **DISTRICT OF**      **WISCONSIN**

UNITED STATES OF AMERICA      **EXHIBIT LIST**

    v.

SAMY MOHAMMED HAMZEH

Case Number: 16-CR-121

| Presiding Judge<br>Judge Pamela Pepper | Plaintiff's Attorneys<br>Ben Taibleson/Adam Ptashkin | Defendant's Attorney<br>Craig Albee/Joe Bugni |
|---|---|---|
| Trial Date<br>10/21/2019 | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Machine Gun: H&K MP5 SD 9mm machinegun, serial number S93040 |
| 1A | | | | | Photo of H&K MP5 SD 9mm machinegun, serial number S93040 |
| 1B | | | | | Photo of H&K MP5 SD 9mm machinegun, serial number S93040 (showing serial number) |
| 1C | | | | | Photo of H&K MP5 SD 9mm machinegun, serial number S93040 Fully Automatic Switch |
| 2 | | | | | Machine Gun: H&K MP-5 10mm machinegun, serial number 68-3049 |
| 2A | | | | | Photo of H&K MP-5 10mm machinegun, serial number 68-3049 |
| 2B | | | | | Photo of H&K MP-5 10mm machinegun, serial number 68-3049 (showing serial number) |
| 2C | | | | | Photo of H&K MP-5 10mm machinegun, serial number 68-3049 Fully Automatic Switch |
| 3 | | | | | H&K silencer, serial number 93040 |
| 3A | | | | | Photo of H&K silencer, serial number 93040 (showing serial number) |
| 4 | | | | | Photo of Both Machineguns and Silencer |
| 5 | | | | | Video of the Test Fire of the Machine Guns #1 |
| 6 | | | | | Video of the Test Fire of the Machine Guns #2 |
| 7 | | | | | Video of the Test Fire of the Machine Guns #3 |
| 8 | | | | | Picture of Car at Arrest Scene |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Picture of Machineguns in Trunk at Arrest Scene |
| 10 | | | | | Picture of Machineguns and Green Bag |
| 11 | | | | | Currency Exchanged for Machineguns #1 |
| 11A | | | | | Picture of Currency Exchanged for Machineguns #1 |
| 12 | | | | | Currency Exchanged for Machineguns #2 |
| 12A | | | | | Picture of Currency Exchanged for Machineguns #2 |
| 13 | | | | | Video of Machinegun Sale #1 |
| 13A | | | | | Video of Machinegun Sale #1 Clip #1 |
| 13B | | | | | Video of Machinegun Sale #1 Transcript |
| 14 | | | | | Video of Machinegun Sale #2 |
| 14A | | | | | Video of Machinegun Sale #2 Clip #1 |
| 14B | | | | | Video of Machinegun Sale #2 Transcript |
| 15 | | | | | Defendant's Post-Arrest Statement in Car |
| 15A | | | | | Defendant's Post-Arrest Statement in Car Clip #1 |
| 15A1 | | | | | Defendant's Post-Arrest Statement in Car Clip #1 Transcript |
| 15B | | | | | Defendant's Post-Arrest Statement in Car Clip #2 |
| 15B1 | | | | | Defendant's Post-Arrest Statement in Car Clip #2 Transcript |
| 15C | | | | | Defendant's Post-Arrest Statement in Car Clip #3 |
| 15C1 | | | | | Defendant's Post-Arrest Statement in Car Clip #3 Transcript |
| 15D | | | | | Defendant's Post-Arrest Statement in Car Clip #4 |
| 15D1 | | | | | Defendant's Post-Arrest Statement in Car Clip #4 Transcript |
| 15E | | | | | Defendant's Post-Arrest Statement in Car Clip #5 |
| 15E1 | | | | | Defendant's Post-Arrest Statement in Car Clip #5 Transcript |
| 15F | | | | | Defendant's Post-Arrest Statement in Car Clip #6 |
| 15F1 | | | | | Defendant's Post-Arrest Statement in Car Clip #6 Transcript |
| 16 | | | | | Defendant's post-arrest Interview Part 1 |
| 16A | | | | | Defendant's post-arrest Interview Part 2 |
| 16B | | | | | Defendant's post-arrest Interview Part 3 |
| 16C | | | | | Defendant's Post Arrest Interview Clip #1 |
| 16C1 | | | | | Defendant's Post Arrest Interview Clip #1 Transcript |
| 16D | | | | | Defendant's Post Arrest Interview Clip #2 |
| 16D1 | | | | | Defendant's Post Arrest Interview Clip #2 Transcript |

| | | | | | |
|---|---|---|---|---|---|
| 16E | | | | | Defendant's Post Arrest Interview Clip #3 |
| 16E1 | | | | | Defendant's Post Arrest Interview Clip #3 Transcript |
| 16F | | | | | Defendant's Post Arrest Interview Clip #4 |
| 16F1 | | | | | Defendant's Post Arrest Interview Clip #4 Transcript |
| 16G | | | | | Defendant's Post Arrest Interview Clip #5 |
| 16G1 | | | | | Defendant's Post Arrest Interview Clip #5 Transcript |
| 16H | | | | | Defendant's Post Arrest Interview Clip #6 |
| 16H1 | | | | | Defendant's Post Arrest Interview Clip #6 Transcript |
| 16I | | | | | Defendant's Post Arrest Interview Clip #7 |
| 16I1 | | | | | Defendant's Post Arrest Interview Clip #7 Transcript |
| 16J | | | | | Defendant's Post Arrest Interview Clip #8 |
| 16J1 | | | | | Defendant's Post Arrest Interview Clip #8 Transcript |
| 16K | | | | | Defendant's Post Arrest Interview Clip #9 |
| 16K1 | | | | | Defendant's Post Arrest Interview Clip #9 Transcript |
| 16L | | | | | Defendant's Post Arrest Interview Clip #10 |
| 16L1 | | | | | Defendant's Post Arrest Interview Clip #10 Transcript |
| 16M | | | | | Defendant's Post Arrest Interview Clip #11 |
| 16M1 | | | | | Defendant's Post Arrest Interview Clip #11 Transcript |
| 16N | | | | | Defendant's Post Arrest Interview Clip #12 |
| 16N1 | | | | | Defendant's Post Arrest Interview Clip #12 Transcript |
| 16O | | | | | Defendant's Post Arrest Interview Clip #13 |
| 16O1 | | | | | Defendant's Post Arrest Interview Clip #13 Transcript |
| 16P | | | | | Defendant's Post Arrest Interview Clip #14 |
| 16P1 | | | | | Defendant's Post Arrest Interview Clip #14 Transcript |
| 16Q | | | | | Defendant's Post Arrest Interview Clip #15 |
| 16Q1 | | | | | Defendant's Post Arrest Interview Clip #15 Transcript |
| 16R | | | | | Defendant's Post Arrest Interview Clip #16 |
| 16R1 | | | | | Defendant's Post Arrest Interview Clip #16 Transcript |
| 16S | | | | | Defendant's Post Arrest Interview Clip #17 |
| 16S1 | | | | | Defendant's Post Arrest Interview Clip #17 Transcript |
| 16T | | | | | Defendant's Post Arrest Interview Clip #18 |
| 16T1 | | | | | Defendant's Post Arrest Interview Clip #18 Transcript |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16U | | | | | | Defendant's Post Arrest Interview Clip #19 |
| 16U1 | | | | | | Defendant's Post Arrest Interview Clip #19 Transcript |
| 16V | | | | | | Defendant's Post Arrest Interview Clip #20 |
| 16V1 | | | | | | Defendant's Post Arrest Interview Clip #20 Transcript |
| 16W | | | | | | Defendant's Post Arrest Interview Clip #21 |
| 16W1 | | | | | | Defendant's Post Arrest Interview Clip #21 Transcript |
| 16X | | | | | | Defendant's Post Arrest Interview Clip #22 |
| 16X1 | | | | | | Defendant's Post Arrest Interview Clip #22 Transcript |
| 17 | | | | | | Masonic Center Tour Video |
| 18 | | | | | | Picture of Masonic Center Exterior #1 |
| 19 | | | | | | Picture of Masonic Center Exterior #2 |
| 20 | | | | | | Picture of Front Desk of Masonic Center |
| 21 | | | | | | Picture of Masonic Center Inside Entry Area |
| 22 | | | | | | Picture of Hallway in Masonic Center |
| 23 | | | | | | Picture of Masonic Center Meeting Room |
| 24A | | | | | | Map of Locations of Hamzeh home/Masonic Center/Purchase of Guns |
| 24B | | | | | | Map of Locations of Hamzeh home/Masonic Center |
| 25 | | | | | | Recorded Conversations Summary Chart |
| 26 | | | | | | Timeline |
| 27 | | | | | | Video of defendant at Nine Rounds |
| 28 | | | | | | Map of Israel |
| 100 | | | | | | 10/13/2015 recorded conversation clip #1 |
| 100A | | | | | | 10/13/2015 recorded conversation clip #1 transcript |
| 101 | | | | | | 10/13/2015 recorded conversation clip #2 |
| 101A | | | | | | 10/13/2015 recorded conversation clip #2 transcript |
| 102 | | | | | | 10/13/2015 recorded conversation clip #3 |
| 102A | | | | | | 10/13/2015 recorded conversation clip #3 transcript |
| 103 | | | | | | 10/13/2015 recorded conversation clip #4 |
| 103A | | | | | | 10/13/2015 recorded conversation clip #4 transcript |
| 104 | | | | | | 10/15/2015 recorded conversation #1 |
| 104A | | | | | | 10/15/2015 recorded conversation #1 transcript |
| 105 | | | | | | 10/15/2015 recorded conversation #2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 105A | | | | | | 10/15/2015 recorded conversation #2 transcript |
| 106 | | | | | | 11/2/2015 recorded conversation #1 |
| 106A | | | | | | 11/2/2015 recorded conversation #1 transcript |
| 107 | | | | | | 11/2/2015 recorded conversation #2 |
| 107A | | | | | | 11/2/2015 recorded conversation #2 transcript |
| 108 | | | | | | 11/2/2015 recorded conversation #3 |
| 108A | | | | | | 11/2/2015 recorded conversation #3 transcript |
| 109 | | | | | | 11/2/2015 recorded conversation #4 |
| 109A | | | | | | 11/2/2015 recorded conversation #4 transcript |
| 110 | | | | | | 11/2/2015 recorded conversation #5 |
| 110A | | | | | | 11/2/2015 recorded conversation #5 transcript |
| 111 | | | | | | 11/2/2015 recorded conversation #6 |
| 111A | | | | | | 11/2/2015 recorded conversation #6 transcript |
| 112 | | | | | | 11/2/2015 recorded conversation #7 |
| 112A | | | | | | 11/2/2015 recorded conversation #7 transcript |
| 113 | | | | | | 11/2/2015 recorded conversation #8 |
| 113A | | | | | | 11/2/2015 recorded conversation #8 transcript |
| 114 | | | | | | 11/2/2015 recorded conversation #9 |
| 114A | | | | | | 11/2/2015 recorded conversation #9 transcript |
| 115 | | | | | | 11/2/2015 recorded conversation #10 |
| 115A | | | | | | 11/2/2015 recorded conversation #10 transcript |
| 116 | | | | | | 11/2/2015 recorded conversation #11 |
| 116A | | | | | | 11/2/2015 recorded conversation #11 transcript |
| 117 | | | | | | 11/2/2015 recorded conversation #12 |
| 117A | | | | | | 11/2/2015 recorded conversation #12 transcript |
| 118 | | | | | | 11/2/2015 recorded conversation #13 |
| 118A | | | | | | 11/2/2015 recorded conversation #13 transcript |
| 119 | | | | | | 11/2/2015 recorded conversation #14 |
| 119A | | | | | | 11/2/2015 recorded conversation #14 transcript |
| 120 | | | | | | 11/2/2015 recorded conversation #15 |
| 120A | | | | | | 11/2/2015 recorded conversation #15 transcript |
| 121 | | | | | | 11/2/2015 recorded conversation #16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 121A | | | | | | 11/2/2015 recorded conversation #16 transcript |
| 122 | | | | | | 11/2/2015 recorded conversation #17 |
| 122A | | | | | | 11/2/2015 recorded conversation #17 transcript |
| 123 | | | | | | 11/2/2015 recorded conversation #18 |
| 123A | | | | | | 11/2/2015 recorded conversation #18 transcript |
| 124 | | | | | | 11/6/2015 recorded conversation |
| 124A | | | | | | 11/6/2015 recorded conversation transcript |
| 125 | | | | | | 11/12/2015 recorded conversation #1 |
| 125A | | | | | | 11/12/2015 recorded conversation #1 transcript |
| 126 | | | | | | 11/12/2015 recorded conversation #2 |
| 126A | | | | | | 11/12/2015 recorded conversation #2 transcript |
| 127 | | | | | | 11/12/2015 recorded conversation #3 |
| 127A | | | | | | 11/12/2015 recorded conversation #3 transcript |
| 128 | | | | | | 11/12/2015 recorded conversation #4 |
| 128A | | | | | | 11/12/2015 recorded conversation #4 transcript |
| 129 | | | | | | 11/19/2015 recorded conversation #1 |
| 129A | | | | | | 11/19/2015 recorded conversation #1 transcript |
| 130 | | | | | | 11/19/2015 recorded conversation #2 |
| 130A | | | | | | 11/19/2015 recorded conversation #2 transcript |
| 131 | | | | | | 11/19/2015 recorded conversation #3 |
| 131A | | | | | | 11/19/2015 recorded conversation #3 transcript |
| 132 | | | | | | 11/19/2015 recorded conversation #4 |
| 132A | | | | | | 11/19/2015 recorded conversation #4 transcript |
| 133 | | | | | | 11/23/2015 recorded conversation #1 |
| 133A | | | | | | 11/23/2015 recorded conversation #1 transcript |
| 134 | | | | | | 11/23/2015 recorded conversation #2 |
| 134A | | | | | | 11/23/2015 recorded conversation #2 transcript |
| 135 | | | | | | 12/7/2015 recorded conversation #1 |
| 135A | | | | | | 12/7/2015 recorded conversation #1 transcript |
| 136 | | | | | | 12/7/2015 recorded conversation #2 |
| 136A | | | | | | 12/7/2015 recorded conversation #2 transcript |
| 137 | | | | | | 12/7/2015 recorded conversation #3 |

| | | | | | |
|---|---|---|---|---|---|
| 137A | | | | | 12/7/2015 recorded conversation #3 transcript |
| 138 | | | | | 12/7/2015 recorded conversation #4 |
| 138A | | | | | 12/7/2015 recorded conversation #4 transcript |
| 139 | | | | | 12/7/2015 recorded conversation #5 |
| 139A | | | | | 12/7/2015 recorded conversation #5 transcript |
| 140 | | | | | 12/7/2015 recorded conversation #6 |
| 140A | | | | | 12/7/2015 recorded conversation #6 transcript |
| 141 | | | | | 12/7/2015 recorded conversation #7 |
| 141A | | | | | 12/7/2015 recorded conversation #7 transcript |
| 142 | | | | | 12/14/2015 recorded conversation #1 |
| 142A | | | | | 12/14/2015 recorded conversation #1 transcript |
| 143 | | | | | 12/14/2015 recorded conversation #2 |
| 143A | | | | | 12/14/2015 recorded conversation #2 transcript |
| 144 | | | | | 12/14/2015 recorded conversation #3 |
| 144A | | | | | 12/14/2015 recorded conversation #3 transcript |
| 145 | | | | | 1/19/2016 recorded conversation #1 |
| 145A | | | | | 1/19/2016 recorded conversation #1 transcript |
| 146 | | | | | 1/19/2016 recorded conversation #2 |
| 146A | | | | | 1/19/2016 recorded conversation #2 transcript |
| 147 | | | | | 1/19/2016 recorded conversation #3 |
| 147A | | | | | 1/19/2016 recorded conversation #3 transcript |
| 148 | | | | | 1/19/2016 recorded conversation #4 |
| 148A | | | | | 1/19/2016 recorded conversation #4 transcript |
| 149 | | | | | 1/19/2016 recorded conversation #5 |
| 149A | | | | | 1/19/2016 recorded conversation #5 transcript |
| 150 | | | | | 1/19/2016 recorded conversation #6 |
| 150A | | | | | 1/19/2016 recorded conversation #6 transcript |
| 151 | | | | | 1/20/2016 recorded conversation #1 |
| 151A | | | | | 1/20/2016 recorded conversation #1 transcript |
| 152 | | | | | 1/20/2016 recorded conversation #2 |
| 152A | | | | | 1/20/2016 recorded conversation #2 transcript |
| 153 | | | | | 1/20/2016 recorded conversation #3 |

| | | | | | |
|---|---|---|---|---|---|
| 153A | | | | | 1/20/2016 recorded conversation #3 transcript |
| 154 | | | | | 1/20/2016 recorded conversation #4 |
| 154A | | | | | 1/20/2016 recorded conversation #4 transcript |
| 155 | | | | | 1/20/2016 recorded conversation #5 |
| 155A | | | | | 1/20/2016 recorded conversation #5 transcript |
| 156 | | | | | 1/21/2016 recorded conversation #1 |
| 156A | | | | | 1/21/2016 recorded conversation #1 transcript |
| 157 | | | | | 1/21/2016 recorded conversation #2 |
| 157A | | | | | 1/21/2016 recorded conversation #2 transcript |
| 158 | | | | | 1/21/2016 recorded conversation #3 |
| 158A | | | | | 1/21/2016 recorded conversation #3 transcript |
| 159 | | | | | 1/21/2016 recorded conversation #4 |
| 159A | | | | | 1/21/2016 recorded conversation #4 transcript |
| 160 | | | | | 1/22/2016 recorded conversation #1 |
| 160A | | | | | 1/22/2016 recorded conversation #1 transcript |
| 161 | | | | | 1/22/2016 recorded conversation #2 |
| 161A | | | | | 1/22/2016 recorded conversation #2 transcript |
| 162 | | | | | 1/23/2016 recorded conversation #1 |
| 162A | | | | | 1/23/2016 recorded conversation #1 transcript |
| 163 | | | | | 1/23/2016 recorded conversation #2 |
| 163A | | | | | 1/23/2016 recorded conversation #2 transcript |
| 164 | | | | | 1/23/2016 recorded conversation #3 |
| 164A | | | | | 1/23/2016 recorded conversation #3 transcript |
| 165 | | | | | 1/23/2016 recorded conversation #4 |
| 165A | | | | | 1/23/2016 recorded conversation #4 transcript |
| 166 | | | | | 1/24/2016 recorded conversation #1 |
| 166A | | | | | 1/24/2016 recorded conversation #1 transcript |
| 167 | | | | | 1/24/2016 recorded conversation #2 |
| 167A | | | | | 1/24/2016 recorded conversation #2 transcript |
| 168 | | | | | 1/24/2016 recorded conversation #3 |
| 168A | | | | | 1/24/2016 recorded conversation #3 transcript |
| 169 | | | | | 1/24/2016 recorded conversation #4 |

| | | | | | |
|---|---|---|---|---|---|
| 169A | | | | | 1/24/2016 recorded conversation #4 transcript |
| 170 | | | | | 1/24/2016 recorded conversation #5 |
| 170A | | | | | 1/24/2016 recorded conversation #5 transcript |
| 171 | | | | | 1/24/2016 recorded conversation #6 |
| 171A | | | | | 1/24/2016 recorded conversation #6 transcript |
| 172 | | | | | 1/25/2016 recorded conversation #1 |
| 172A | | | | | 1/25/2016 recorded conversation #1 transcript |
| 173 | | | | | 1/25/2016 recorded conversation #2 |
| 173A | | | | | 1/25/2016 recorded conversation #2 transcript |
| 174 | | | | | 1/25/2016 recorded conversation #3 |
| 174A | | | | | 1/25/2016 recorded conversation #3 transcript |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |