UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs.*                                                                                    Case No. 16-cr-21-WED

SAMY M. HAMZEH,

    *Defendant*.

## MOTION TO SEAL

Samy Hamzeh, by counsel, pursuant to General Local Rule 79(d), hereby requests that the Court file and maintain under seal the document filed on today's date. The grounds for the request to seal are detailed in the submission.

Dated at Milwaukee, Wisconsin this 16th day of October, 2019.

                                           Respectfully submitted,

                                           /s/    *Craig W. Albee*
                                           Craig W. Albee, WI Bar #1015752
                                           Joseph A. Bugni, WI Bar #1062514
                                           FEDERAL DEFENDER SERVICES
                                              OF WISCONSIN, INC.
                                           517 E. Wisconsin Ave - Rm 182
                                           Milwaukee, WI 53202
                                           Tel. (414) 221-9900
                                           E-mail: craig_albee@fd.org

                                           *Counsel for Defendant*, Samy M. Hamzeh