UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                        Case No. 16-cr-21-pp

SAMY M. HAMZEH,

    Defendant.

**ORDER SUPPLEMENTING OCTOBER 16, 2019 ORDER RULING ON GOVERNMENT'S MOTION *IN LIMINE* REGARDING DEFENDANT'S RECORDED STATEMENTS (DKT. NO. 342)**

In its October 16, 2019 order ruling on the government's motion *in limine* at Dkt. No. 272 (and related motions at Dkt. Nos. 277, 276, 278), the court noted that the defendant had not indicated one way or the other whether he objected to a handful of the government's proposed submissions. Dkt. No. 342 at 38, 41, 42, 43, 45. The defendant has clarified its objections/requests. Dkt. No. 352 at 7. To close this loop, the court issues this supplemental order.

The court will exclude Disk 73, Part 8, page 17, lines 34-44; page 18, lines 1-45; pages 19-20; and page 21, lines 1-33.

The court already has ruled that it will exclude Disk 84, Part 2, page 16 lines 40-46 and page 17 lines 1-19. Dkt. No. 342 at 41. The court already has ruled that it will allow the government to present Disk 84, Part 2, page 17 lines 21-37. Id.

1

The court already has ruled that it will exclude Disk 84, Part 2, pages 50-52. Id. at 42.

The court already has ruled that the government may present Disk 86, page 18 line 9 to page 19 line 26. Id. at 43.

The court will exclude Disk 90, Part 2, page 35 and page 36 from the first line to the paragraph that begins with the defendant saying, "And the situation is under control . . . ."

The government may present Disk 90, Part 2, page 36 from the line beginning with Mike saying, "Did everyone have his money ready" through page 38, the paragraph starting with the defendant saying, "I mean, you are not asking for a big amount . . . ."

The court will exclude the remainder of the excerpt on page 38 and the portion on page 39.

Dated in Milwaukee, Wisconsin this 21st day of October, 2019.

BY THE COURT:

**HON. PAMELA PEPPER**
**United States District Judge**