UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                       Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

      Defendant.
_____

**DOCKETING STATEMENT**
_____

The United States of America has filed a Notice of Appeal from three written orders of this Court excluding evidence from trial, and hereby files its Docketing Statement for that appeal:

1.    The District Court's orders, which were entered on October 15, 16, and 21, 2019, excluded from evidence at trial certain information regarding the availability of machineguns and many of the defendant's recorded statements.

2.    Pursuant to Title 18, United States Code, Section 3731, the United States has filed a timely notice of appeal on today's date. The notice of appeal specifies that the prosecution of the appeal is conditional upon the approval of the Solicitor General of the United States, which approval is being sought by the United States Attorney's Office for the Eastern District of Wisconsin.

3. The District Court has jurisdiction over this federal criminal case pursuant to Title 18, United States Code, Section 3231.

4. The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to Title 18, United States Code, Section 3731.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2019.

Respectfully submitted,

*s/ Matthew D. Krueger*
MATTHEW D. KRUEGER
United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-1700
matthew.krueger@usdoj.gov
*Counsel of Record*

*s/ Benjamin Taibleson*
Benjamin Taibleson
Adam Ptashkin
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-1700
benjamin.taibleson@usdoj.gov
adam.ptashkin@usdoj.gov