# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

October 22, 2019

Benjamin P Taibleson
United States Department of Justice (ED-WI)
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202

    Re:    **USA v. Hamzeh**
             **USDC Case No.: 16-CR-21**

Dear Mr. Taibleson:

The Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on 10/22/19. If a transcript is necessary, you will need to complete the "7th Circuit Transcript Information Sheet" and the "Transcript Request Form". Both forms are available on our website at http://wied.uscourts.gov by clicking on Forms and selecting the "Transcript Request Form" and "Seventh Circuit Transcript Information Sheet" link.

The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. Counsel must review the docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

If a Docketing Statement, as required by Circuit Rule 3(c), was not filed with the Notice of Appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. If you have any questions, please feel free to call.

                          Very truly yours,

                          STEPHEN C. DRIES
                          Clerk of Court

                          By: s/ Jelena Vekic
                          Deputy Clerk

Enclosure
cc:    Craig W Albee