UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

      Defendant.
_____

**AMENDED NOTICE OF APPEAL**
_____

The United States of America hereby appeals, to the United States Court of Appeals for the Seventh Circuit, from the orders of this Court entered on October 15 (Dkt. No. 333), 16 (Dkt. No. 342), and 21 (Dkt. Nos. 360, 361), 2019, which excluded from evidence at trial certain information regarding the availability of machineguns and many of the defendant's recorded statements.

The United States Attorney certifies that this appeal is not taken for purpose of delay and that the evidence is substantial proof of facts material in the proceeding pending in the district court. The further prosecution of this appeal is conditional upon the approval of the Solicitor General of the United States.

Dated at Milwaukee, Wisconsin this 22nd day of October, 2019.

        Respectfully submitted,

        *s/ Matthew D. Krueger*
        MATTHEW D. KRUEGER
        United States Attorney

        *s/ Benjamin Taibleson*
        Benjamin Taibleson
        Adam Ptashkin
        Assistant United States Attorneys
        United States Attorney's Office
        Eastern District of Wisconsin
        517 East Wisconsin Avenue
        Milwaukee, Wisconsin 53202
        (414) 297-1700
        benjamin.taibleson@usdoj.gov
        adam.ptashkin@usdoj.gov