UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

      Defendant.

## MOTION TO WITHDRAW AS ATTORNEY

The United States of America hereby moves this Court to withdraw Adam H. Ptashkin, Assistant U. S. Attorney, U.S. Attorney's Office, Eastern District of Wisconsin, as counsel in this criminal action. Assistant U. S. Attorney Adam H. Ptashkin is leaving the U.S. Attorney's Office for the Eastern District of Wisconsin.

WHEREFORE, the United States moves for the entry of an order withdrawing Adam H. Ptashkin as counsel for the United States in this action. It is also hereby requested that all official records in this matter, including those of the Clerk of the United States District Court for the Eastern District of Wisconsin, reflect this withdrawal.

Dated at Milwaukee, Wisconsin, this 23rd day of September, 2020.

                                                MATTHEW D. KRUEGER
                                                United States Attorney

By:    */s/Adam H. Ptashkin*
         ADAM H. PTASHKIN
         Assistant United States Attorney
         U.S. Attorney's Office
         Eastern District of Wisconsin
         517 E. Wisconsin Ave, Suite 530
         Milwaukee, WI 53202

Phone: (414) 297-1700
E-mail: adam.ptashkin@usdoj.gov