# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

## SUPPLEMENTAL RECORD TRANSMITTAL LETTER

December 16, 2020

Mr. Gino J. Agnello, Clerk
United States Court of Appeals
Seventh Circuit
219 S. Dearborn St.
Chicago, IL 60604

RE: **US v Hamzeh**
USCA No.: 19-3072
USDC No.: 16CR21

Dear Mr. Agnello:

Enclosed herewith please find the supplemental record on appeal in connection with the above-referenced case consisting of:

( ) Volumes of pleading(s)
(1) Loose pleading(s) docket number 332 sent electronically
( ) Volumes of transcript(s)
( ) Exhibit
( ) Volumes in camera material(s)
( ) Other

Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: D. La Brie
Deputy Clerk, Appeals

Enclosure
cc: counsel of record