# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

# SUPPLEMENTAL RECORD TRANSMITTAL LETTER

December 17, 2020

Mr. Gino J. Agnello, Clerk
United States Court of Appeals
Seventh Circuit
219 S. Dearborn St.
Chicago, IL  60604

    RE:    **US v Hamzeh**
                **USCA No.: 19-3072**
                **USDC No.: 16CR21**

Dear Mr. Agnello:

    Enclosed herewith please find the supplemental record on appeal in connection with the above-referenced case consisting of:

- ( )    Volumes of pleading(s)
- (1)    Loose pleading(s) docket #332
- ( )    Volumes of transcript(s)
- ( )    Exhibit
- ( )    Volumes in camera material(s)
- ( )    Other

    Please acknowledge date of receipt of the above-referenced materials on the enclosed copy of this letter.

    Very truly yours,

    GINA M. COLLETTI
    Clerk of Court

    By:  D. La Brie
    Deputy Clerk, Appeals

Enclosure
cc:    counsel of record