UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               Case No. 16-CR-21

SAMY MOHAMMED HAMZEH,

    Defendant.

## NOTICE OF APPEARANCE

Please take notice that the United States of America is also represented by Assistant United States Attorney Kevin C. Knight in the above-captioned matter.

Respectfully submitted this 16th day of February, 2021.

                                                  MATTHEW D. KRUEGER
                                                  United States Attorney

By:    *s/Kevin Knight*
           KEVIN C. KNIGHT
           Assistant United States Attorney