UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | April 13, 2021 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2016-cr-21 |
| CASE NAME: | United States of America v. Samy Hamzeh |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Kevin Knight – Attorney for the government |
| | Craig Albee – Attorney for the defendant |
| COURT REPORTER: | John Schindhelm |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 9:35 a.m. – 9:49 a.m. |
| HEARING: | June 9, 2021 at 9:30 a.m. |

## AUDIO OF THIS HEARING AT DKT. NO. 386

The court had scheduled this hearing to determine how the parties wanted the court to approach the Seventh Circuit Court of Appeals' directive on remand that the court reconsider its evidentiary rulings on the audio recordings in light of the appellate court's guidance. The court asked the parties for their views on whether there was a way to narrow the excerpts the court would need to reanalyze—in other words, whether each side might wish to withdraw some of its objections given the appellate court's rulings. The court gave the parties three examples of issues it felt the Seventh Circuit had resolved—issues the parties did not need to consider: paragraph four, footnote eleven and the machine gun evidence.

The prosecutor indicated that he had spoken with defense counsel prior to the hearing and they had agreed that they would ask the court for another status conference in four to six weeks. In the next few weeks, the parties would discuss the best way to narrow the issues they want the court to reanalyze.

Defense counsel agreed, adding that there could be other issues other loose ends the parties would need to discuss. He explained that his co-counsel would be out on paternity leave and the defense would like to have both counsel available to discuss the best way to move forward. Counsel agreed to discuss with the government a way to narrow the issues.

The court scheduled another status conference for June 9, 2021 at 9:30 a.m. by telephone. The parties must call the court's conference line at 888-557-8511 and use the access code 4893665#. The court explained to the parties that in addition to discussing narrowing the issues it needed to reanalyze, the parties should discuss the three examples where it appeared issues had been resolved and should start thinking about potential trial dates, including how long the parties anticipate the trial would last.

1