UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

    Case No. 16-cr-21-PP

SAMY M. HAMZEH,

    *Defendant*.

## UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE

Samy Hamzeh, by counsel, respectfully moves this Court to reschedule the status conference set for June 9 to June 30 or later to allow the parties additional time to discuss the case. The parties believe that the additional time will make for a more productive status conference. Undersigned counsel has spoken to AUSA Kevin Knight, who has indicated that the government does not oppose this motion.

Dated at Milwaukee, Wisconsin this 3rd day of June, 2021.

Respectfully submitted,

/s/    *Craig W. Albee*

Craig W. Albee, WI Bar #1015752
FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
517 E. Wisconsin Ave. - Rm 182
Milwaukee, WI 53202
Tel.: (414) 221-9900
E-mail: craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh