UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      *Plaintiff*,

                                        Case No. 16-cr-21-PP

*vs*.

SAMY M. HAMZEH,

      *Defendant*.

## NOTICE RE: TRIAL DATES AND SUBMISSIONS

Samy Hamzeh, by counsel, files this notice regarding trial dates and submissions in response to the Seventh Circuit's ruling.

The parties have discussed how to respond to the Seventh Circuit's opinion as it has affected the motions in limine. The parties have come to an agreement on how to proceed, with the following dates provided.

- By September 3, the defense will submit to the government a draft brief about the statements and evidence that the defense still intends to object to.
- By September 24, the government will respond, identifying the points of agreement and disagreement.
- By October 8, the defense will file an omnibus brief identifying all the points of agreement and disagreement and the briefing in support of *why* certain statements remain inadmissible.
- By October 22, the government will file its response brief.
- By October 29, the defense will file its reply brief.
- The parties would ask for a tentative trial date of February 22, 2022.

Federal Defender Services
of Wisconsin, Inc.

Dated at Milwaukee, Wisconsin this 7th day of July, 2021.

>Respectfully submitted,
>
>/s/     Joseph A. Bugni
>Joseph A. Bugni, WI Bar No. 1062514
>Craig W. Albee, WI Bar No. 1015752
>FEDERAL DEFENDER SERVICES
>  OF WISCONSIN, INC.
>517 E. Wisconsin Ave - Rm 182
>Milwaukee, WI 53202
>Tel. (414) 221-9900
>E-mail: joseph_bugni@fd.org

*Counsel for Defendant*, Samy M. Hamzeh