UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: July 7, 2021
JUDGE: Pamela Pepper
CASE NO: 2016-cr-21
CASE NAME: United States of America v. Samy Hamzeh
NATURE OF HEARING: Status Conference
APPEARANCES: Kevin Knight – Attorney for the government
Craig Albee – Attorney for the defendant
Joseph Bugni – Attorney for the defendant
COURTROOM DEPUTY: Amanda Chasteen
COURT REPORTER: John Schindhelm
TIME: 3:04 PM – 3:48 PM
HEARING: Final Pretrial Conference: February 7, 2022 at 1:30 PM
Trial: February 22, 2022 at 9:00 AM

**AUDIO OF THIS HEARING AT DKT. NO. 393**

The court adopted the parties' proposed dates for briefing the evidentiary issues the Seventh Circuit had remanded for the court's reconsideration:

By September 3, 2021 the defense will submit to the government a draft brief about the statements and evidence to which the defense still intends to object.

By September 24, 2021 the government will respond, identifying the points of agreement and disagreement.

By October 8, 2021 the defense will file an omnibus brief identifying all the points of agreement and disagreement and the briefing in support of why certain statements remain inadmissible.

By October 22, 2021 the government will file its response brief.

By October 29, 2021 the defense will file its reply brief.

The prosecutor asked whether the court would like to schedule a date for oral argument. The court stated that it preferred to wait until after it had reviewed the briefing to determine whether oral argument would be of any assistance.

After a discussion of the parties' schedules and the court's, the court scheduled the final pretrial conference for February 7, 2022 at 1:30 p.m. in Room 222, and the trial for February 22, 2022 at 9:00 a.m. in Room 222 (to continue until March 4, 2022, with a small possibility of going into the following week).

1