UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

*vs*.

    Case No. 16-CR-21 (PP)

SAMY M. HAMZEH,

    *Defendant*.

## UNOPPOSED MOTION TO EXTEND TIME FOR FILING REPLY BRIEF

Samy Hamzeh, by counsel, moves this Court for an order extending by one day the schedule for filing a reply brief concerning the court of appeals opinion. I have spoken with the government and they have no opposition to this request.

The defense has substantially finished the reply brief concerning the court of appeals opinion. It is late, and before filing it, I would like to go over the brief a few more times (with fresh eyes) and make sure there are no typos or problems before filing it. It will ensure a cleaner and better work product. Accordingly, the defense requests a one-day extension of time for filing the reply brief concerning the effect of the court of appeals opinion on the transcripts.

Dated at Milwaukee, Wisconsin this 16th day of November, 2021.

> Respectfully submitted,
>
> /s/     *Joseph Bugni*
> Joseph A. Bugni, WI Bar #1062514
> FEDERAL DEFENDER SERVICES
>   OF WISCONSIN, INC.
> 517 E. Wisconsin Ave - Rm 182
> Milwaukee, WI  53202
> Tel. (414) 221-9900
>
> *Counsel for Defendant*, Samy M. Hamzeh