UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

    Case No. 16-cr-21-PP

SAMY M. HAMZEH,

    *Defendant*.

## UNOPPOSED REQUEST FOR IN-PERSON HEARING

Samy Hamzeh, by counsel, respectfully asks this Court to convert the plea hearing scheduled for December 14, 2021 at 9:30 a.m., from a Zoom hearing to an in-person hearing. The government does not oppose this request and all parties are available to appear in person at the scheduled time or at another time convenient to the Court.

Dated at Milwaukee, Wisconsin this 7th day of December, 2021.

Respectfully submitted,

/s/    *Craig W. Albee*
Craig W. Albee, WI Bar No. 1015752
FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
517 E. Wisconsin Ave - Rm 182
Milwaukee, WI 53202
Tel. (414) 221-9900
E-mail:   craig_albee@fd.org

*Counsel for Defendant*, Samy M. Hamzeh