# FEDERAL DEFENDER SERVICES
## OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alex Vlisides

411 East Wisconsin Avenue
Suite 2310
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

May 18, 2022

Honorable Pamela Pepper
Chief Judge, United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Samy Hamzeh*
    Case No. 16-cr-21

Dear Judge Pepper:

In anticipation of next week's sentencing in this case, we are providing the Court with a flash drive containing the defense sentencing video. The video is only twenty minutes long, but could not be filed by ECF. We also are hand delivering a copy of the video to the United States Attorney's Office and the United States Probation Office.

We will also be providing the Court with a sentencing memorandum.

Thank you for your consideration.

Sincerely,

*s/ Craig W. Albee*
Craig W. Albee

CWA/jmb