Kenneth I. Robbins, M.D.
Adjunct Professor of Psychiatry
University of Wisconsin School of Medicine and Public Health
P.O. Box 259428
Madison, WI 53725-9428

6/11/17

Attorney Joseph A. Bugni
Federal Defender Services of Wisconsin, Inc.
22 E. Miflin St.
Suite 1000
Madison, WI 53703

RE: United States of America v. Samy Mohammed Hamzeh
    Case No. 16-CR-21

Dear Mr. Bugni,

As you requested, I interviewed Mr. Samy Hamzeh at the Dane County Jail on 3/27/17. I have also had the opportunity to review the following records: the Order; the Criminal Complaint; the Indictment; Transcribed FBI interviews with Mr. Hamzeh; and a hand delivered letter from you and Mr. Craig Albee to United States Attorneys Gregory Haanstad and Paul Kanter.

I conducted a thorough psychiatric evaluation of Mr. Hamzeh, but will restrict this letter to a summary of my findings.

Before beginning the interview with Mr. Hamzeh, I explained the purpose for the interview, that I would be writing a report that could include information learned in the interview, and that the interview was not for clinical purposes. I also explained he could refuse to answer questions as he chose.

Mr. Hamzeh is a 25 year old single male who is charged with 3 counts of knowingly receiving and possessing a firearm. Based on information from a confidential FBI source, it is alleged Mr. Hamzeh planned to travel to Jordan, enter the West Bank, and conduct an attack on Israeli soldiers and citizens living in the West Bank. It is alleged he also planned to attack the Masonic Center in Milwaukee using machine guns and silencers.

Based on reviewing the materials I was provided and the interview, my conclusions about Mr. Hamzeh are as follows:

1. Mr. Hamzeh does not have a psychiatric disorder or substance use disorder.

Exhibit D

2. Mr. Hamzeh is not a psychopath. Throughout our interview, he demonstrated his struggles with guilt about the impact his actions would have on his family. He spoke of how difficult it has been to have to live with the knowledge he has humiliated his family, when he had always tried so hard to make them proud. He made clear by the way he talked about what has transpired, that he has a strong sense of empathy for other people, a strong conscience, and no history of violence. He appeared to be genuinely puzzled as to how anyone could believe he would actually take a weapon and hurt other people. He described this as "all talk," the kind of talk that took place every day when he would get together with peers in Jordan. He feels betrayed by friends who tried to persuade him to perform acts of violence and without his knowledge, recorded the conversations.

3. Mr. Hamzeh is an immature, naïve young man who has struggled all his life to keep up with friends. He has never been a leader, rather he has always been on the periphery of his more popular peers. He felt he had connected with Jordanian friends in the United States and said he tried his best to appear to be one of them when they approached him with violent ideas. He said he spoke to his family and Imam when they asked him to be violent, not because he ever struggled with a decision about whether to commit violent acts. Rather, he felt he was in a corner. He wanted to keep his friendships, but knew these friends wanted him to commit violent acts. He said he spoke to his family and his Imam so he would have an excuse for his friends. He felt he would be able to tell them that just like them he wanted to commit violent acts against Israelis and Masons, but his Imam and family forbade him. He said he hoped they would accept that excuse and would stay friends.

4. Mr. Hamzeh does not fit the profile of people who would kill strangers. He has a strong moral code with a very prominent conscience and empathy; he has always wanted to make his family proud and he is well aware acts of violence do not accomplish that; and he has not been violent in the past. His talk of killing Masons or Israelis is the Jordanian version of a boy in Green Bay talking of wanting to "kill the Vikings." It is talk that is loyal to the community, but cannot be taken literally.

If I can be of any further assistance, please feel free to contact me.

Sincerely,

/s/ Kenneth I. Robbins, M.D.

Kenneth I. Robbins, M.D.