UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                        Case No. 16-cr-21

SAMY HAMZEH,
        Defendant.

## MOTION TO DISMISS
## COUNTS TWO AND THREE OF THE INDICTMENT

    The plaintiff, United States of America, by its attorneys Richard G. Frohling, United States Attorney for the Eastern District of Wisconsin, and Benjamin Taibleson, Assistant United States Attorney for said district, hereby moves to dismiss counts two and three of the February 9, 2016 indictment in the above-captioned case, pursuant to (1) the parties' November 18, 2021 plea agreement and (2) the sentencing hearing conducted by this Court on May 25, 2022.

    Respectfully submitted this 1st day of June, 2022.

                                                          Respectfully submitted,

                                                          RICHARD G. FROHLING
                                                          United States Attorney

                                By:    */s/ Benjamin Taibleson*
                                                       BENJAMIN TAIBLESON
                                                       Assistant United States Attorney
                                                       Office of the United States Attorney
                                                       Eastern District of Wisconsin
                                                       517 E. Wisconsin Avenue, Room 530
                                                       Milwaukee, Wisconsin 53202
                                                       (414) 297-1700
                                                       benjamin.taibleson@usdoj.gov