UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 16-cr-21

SAMY HAMZEH,

    Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO DISMISS COUNTS TWO AND THREE OF THE INDICTMENT

Upon motion of the United States, and pursuant to (1) the parties' November 18, 2021 plea agreement and (2) the sentencing hearing conducted by this Court on May 25, 2022,

**IT IS ORDERED** that the United States is granted leave to dismiss counts two and three of the indictment in the above-captioned case.

Dated at Milwaukee, Wisconsin, this _____ day of June, 2022.

_____
Hon. Pamela Pepper
United States District Judge