# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 16-cr-21-PP

Samy Mohammed Hamzeh,
        Defendant.

## ORDER GRANTING MOTION FOR RELEASE OF PASSPORTS (DKT. NO. 429)

In response to defendant, Samy Mohammed Hamzeh,

The court **ORDERS** that the Clerk of Court release the **PASSPORTS**, being held as a condition of bond for Samy Mohammed Hamzeh to: Craig Albee, 411 E. Wisconsin Ave., Ste. 2310, Milwaukee, WI 53202.

        Dated in Milwaukee, Wisconsin this 14th day of June, 2022 .

        BY THE COURT:

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District**